UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW DELANEY,

                Plaintiff,                        Case No.

              v.                            **NOTICE OF REMOVAL**

HC2, INC.,
STEPHANOS ZANNIKOS,
MICHAEL JOHN ESKER NACCHIO,
and
TOYOTA MOTOR NORTH AMERICA, INC.
                Defendants.
-------------------------------------------------------------X

        Defendant Toyota Motor North America, Inc. ("TMNA") hereby gives notice of

its removal to this Court, pursuant to 28 U.S.C. § 1441, et seq., of this action, pending

in the Supreme Court of New York, County of New York.   In support of removal,

Toyota state as follows:

        1.     Plaintiff Andrew Delaney ("Plaintiff") commenced a civil action against

defendants entitled *Andrew Delaney v. HC2, Inc., Stephanos Zannikos, Michael John*

*Esker Nacchio, and Toyota Motor North America, Inc.,* Index No. 155158/2024 in the

Supreme Court of New York, New York County on June 14, 2024, by filing a summons

and a complaint, copies of which are annexed hereto as Exhibit A.

        2.     Plaintiff filed a corrected complaint on June 14, 2024 (the "Corrected

Complaint"), a copy of which is annexed hereto as Exhibit B.

        3.     The Corrected Complaint was purportedly served upon TMNA on June

24, 2024.  A copy of the Affirmation of Service is annexed hereto as Exhibit C.

4.      This request for removal is being filed within (30) days after receipt of the Corrected Complaint by TMNA.

5.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that may be removed to this Court by TMNA pursuant to the provisions of 28 U.S.C. § 1441, because it is a civil action arising under the Constitution, laws or treaties of the United States.

6.      A copy of the filing of this Notice of Removal will be filed promptly with the clerk of the Supreme Court of New York, New York County, and will be served promptly on Plaintiff and the other defendants.  *See* 28 U.S.C. § 1446(d).

7.      No prior application for the same or similar relief has been made to this or any other court.

**A.  The Complaint Involves Federal Questions**

8.      Plaintiff has asserted claims under 42 U.S.C. § 12101 et seq., also known as the Americans with Disabilities Act, and 42 U.S.C. § 2000e et seq. also known as Title VII of the Civil Rights Act of 1964 ("Title VII").

9.      The Americans with Disabilities Act and Title VII are laws of the United States.

**B.  All Defendants Consent to Removal**

10.      Defendants HC2, Inc., Stephanos Zannikos and Michael John Esker Nacchio each consent to the removal, as set forth in the consent executed on their behalf by their counsel, which is annexed hereto as Exhibit D.

WHEREFORE, TMNA respectfully requests that this above-captioned action be removed from the Supreme Court of the State of New York, County of New York, to this Court.

Dated:  New York, New York
          July 10, 2024

Respectfully submitted,

SCHOEMAN UPDIKE & KAUFMAN LLP

By: _____
Beth L. Kaufman
551 Fifth Avenue
New York, NY 10176
Tel: (212) 661-5030

E-mail:  bkaufman@schoeman.com

*Attorneys for Defendant Toyota Motor North America, Inc.*