# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
ANDREW DELANEY,

                     *Plaintiff*,                              Index No.

             -against-                          <u>SUMMONS</u>

HC2, INC.,
STEPHANOS ZANNIKOS,
MICHAEL JOHN ESKER NACCHIO,
and
TOYOTA MOTOR NORTH AMERICA, INC.,

                     *Defendants*.
-------------------------------------------------------------------x

To the above-named defendants:

      YOU ARE HEREBY SUMMONED to answer the Complaint and to serve a copy of your answer, or, if the Complaint is not filed with this Summons, to serve a Notice of Appearance on the plaintiff's attorney within 20 days after service of this Summons, exclusive of the day of service, or within 30 days after service is complete if this Summons is not personally served on you within the State of New York.

      YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the Complaint.

DATED:      New York, New York         <u>/s/Andrew Delaney</u>
             June 4, 2024              Andrew Delaney
                                    *Plaintiff*
                                    Sen.Gil Puyat Avenue
                                    Makati Central Post Office 1057
                                    Brgy. San Antonio
                                    Makati 1250
                                    Republic of the Philippines
                                    63-94-2677-8826
                                    srview1@gmail.com

To:

Defendants' addresses:

HC2, Inc.
360 Lexington Avenue Ste. 1100
New York, New York 10017

1

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 3 of 190

Stephanos Zannikos
360 Lexington Avenue Ste. 1100
New York, New York 10017

Michael John Esker Nacchio
Mondelez International, Inc.
100 Deforest Avenue
East Hanover, New Jersey 07936-2813

Toyota Motor North America, Inc.
CT Corporation System
28 Liberty Street
New York, New York 10005


<u>Venue</u>:  Plaintiff designates New York County as the place of trial.  The basis of this designation
is defendant HC2's residence in New York County.

2

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 4 of 190

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------x

ANDREW DELANEY,

                *Plaintiff*,

          -against-

HC2, INC.,
STEPHANOS ZANNIKOS,
MICHAEL JOHN ESKER NACCHIO,
and
TOYOTA MOTOR NORTH AMERICA, INC.,

                *Defendants*.

-------------------------------------------------------------------x

Index No.

COMPLAINT

JURY TRIAL DEMANDED

Complaining of the defendants plaintiff Andrew Delaney ("Delaney") alleges as follows:

<u>PRELIMINARY STATEMENT</u>

This is an action brought pursuant to Judiciary Law § 487 and other laws against the defendants based upon the deceit and/or consent to deceit of the defendants with the intent of the defendants to deceive the courts resulting in the plaintiff incurring monetary damages.

<u>PARTIES</u>

1.     The plaintiff Delaney resides in the Republic of the Philippines and has his address at Sen. Gil Puyat Avenue, Makati Central No. 1057, Brgy. San Antonio, Makati City 1250, the Philippines.  Delaney is HC2, Inc.'s ("HC2") and Toyota Motor North America, Inc.'s ("Toyota") former employee.

2.     The defendant HC2 is a District of Columbia corporation with its principal place of business at 360 Lexington Avenue Ste. 1100, New York, New York 10017.  HC2 is Toyota's agent.

1

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 5 of 190

3.      Upon information and belief, the defendant Stephanos Zannikos ("Zannikos") is an attorney duly licensed to practice law in the State of New York, and maintains an office for the practice of law at 360 Lexington Avenue Ste. 1100, New York, New York 10017.  Zannikos is HC2's general counsel.

4.      Upon information and belief, the defendant Michael John Esker Nacchio, Esq. ("Nacchio") is an attorney duly licensed to practice law in the State of New York, and maintains an office for the practice of law at Mondelez International, Inc., 100 Deforest Avenue, East Hanover, New Jersey 07936-2813.  Nacchio was HC2's outside counsel.

5.      The defendant Toyota is a California corporation with its principal place of business at 6565 Headquarters Drive, Plano, Texas 75024.  Toyota is registered with the New York Secretary of State.  Its registered agent is CT Corporation System, 28 Liberty Street, New York, New York 10005.

6.      Douglas A. Goldstein, Esq. ("Goldstein"), Spector & Ehrenworth, P.C., Kasowitz Benson Torres LLP ("Kasowitz"), Ronald R. Rossi, Esq., Gregory M. Messer, Esq. ("Messer"), Gary F. Herbst, Esq. ("Herbst"), and Lamonica Herbst & Maniscalco LLP ("Lamonica") are unnamed co-conspirators in this action.

<u>JURISDICTION AND VENUE</u>

7.      This Court has jurisdiction over the defendants pursuant to N.Y. C.P.L.R. § 301 and § 302.

8.      N.Y. C.P.L.R. § 302(a)(2) further authorizes the exercise of personal jurisdiction over Toyota which committed tortious acts within New York either in person or by an agent.

9.      Venue is proper in New York County pursuant to N.Y. C.P.L.R. § 503 because HC2 and Zannikos maintain offices at 360 Lexington Avenue Ste. 1100, New York, New York

2

10017, in New York County, and Toyota does business in New York County, and because a portion of the events giving rise to this action occurred in New York County.

<u>FACTS</u>

10. On December 23, 2020, Delaney filed for chapter 7 in the United States Bankruptcy Court for the Eastern District of New York. *In Re Andrew John Delaney*, Case No. 20-44372 (Bankr. E.D.N.Y. 2020).

11. Delaney has standing to bring this lawsuit in his own capacity because it is post-petition and he is only claiming damages for the defendants' acts which accrued after January 1, 2021.[1]

12. After Delaney filed for bankruptcy, the defendants 1) committed tortious acts against Delaney, 2) lied to the chapter 7 trustee Messer and his lawyers Lamonica and Herbst about Delaney, 3) falsely and continuously accused Delaney of "extortion" (a crime in New York State, where there is no civil extortion) after a federal district court had already ruled "it is not an extortion" (*see* footnote 1 below), 4) filed a fraudulent proof of claim for $1,180,152.67 (Exhibit A), 5) breached the stipulation and agreement between HC2 and Delaney and the August 1, 2021 bankruptcy court order by continuing to appear in the case and oppose Delaney

---

[1] On April 20, 2020, the defendants filed a fraudulent lawsuit against Delaney in the United States District Court for the Southern District of New York (the "Southern District") seeking a temporary restraining order ("TRO") and preliminary injunction ("PI") based on two baseless claims for breach of contract and faithless service doctrine. *HC2, Inc. v. Delaney*, 20-cv-3178 (S.D.N.Y. April 20, 2020) (Liman, J.). The defendants brought the case based on *jurisdictional fraud*. There was no claim for "extortion", which is a crime in New York where there is no civil extortion.
On April 20, 2020, Judge Liman *denied* HC2's TRO application. On May 27, 2020, Judge Liman *further denied* HC2's PI motion ruling that it had no chance of success on the merits and "It [Delaney's lawyer's letter to Toyota] is a routine demand letter and it's not extortion."
*See* Frank G. Runyeon, "WilmerHale, Toyota Agency Posted Sealed Info, Loses Gag Bid," Law360, May 27, 2020. https://www.law360.com/articles/1277147/print?section=commercialcontracts
But that did not stop the defendants *from lying about the contents of the Toyota letter* and *ignoring Judge Liman and from continuing* to lie about Delaney and to accuse him in his bankruptcy case of "extortion" in the relevant period 2021-2024.

3

after HC2 had been ordered withdrawn from the case with prejudice, 6) violated N.Y. Jud. Law § 487 through their deceit and collusion, and 7) violated the new N.Y. Labor Law § 740 which amendments took effect on January 26, 2022.

13.    On January 5, 2021, Delaney publicly accused the defendants of jurisdictional fraud in an article which appeared in Law360 "Ex-WilmerHale Temp Says Agency 'Cooked' Case Jurisdiction."[2]

14.    On February 18, 2021, Delaney accused the defendants of procuring perjury and instructing witnesses to lie under oath for Toyota.[3]

15.    On March 12, 2021, Delaney filed a motion to voluntarily dismiss his chapter 7 case.  The trustee initially verbally agreed with Delaney to the dismissal – until the defendants got to him with their lies, corruption, and deceit.

16.    The defendants did not want for Delaney to dismiss the chapter 7 case *at all costs*. Right after Delaney filed the motion to dismiss, the defendants began aggressively contacting the trustee and his lawyers, lying to them and to the bankruptcy court about Delaney, and attempting to destroy Delaney personally and professionally.  The defendants lied to Messer and his lawyers about Delaney's assets to make them think there was a "pot of gold", including that he "owned four pieces of real estate" and had "four undisclosed financial accounts".

17.    On March 16, 2021, four days after Delaney's motion to dismiss was filed, the defendants employed an unethical lawyer, Goldstein, to file a notice of appearance and to make

---

[2] Frank G. Runyeon, "Ex-WilmerHale Temp Says Agency 'Cooked' Case Jurisdiction," Law360, Jan. 5, 2021. https://www.law360.com/articles/1341932/ex-wilmerhale-temp-says-agency-cooked-case-jurisdiction

[3] Frank G. Runyeon, "Ex-WilmerHale Temp Says White House Atty Lied For Toyota," Law360, Feb. 18, 2021. https://www.law360.com/articles/1349517/ex-wilmerhale-temp-says-white-house-atty-lied-for-toyota

false and utterly fraudulent filings in Delaney's bankruptcy case.  As shown by HC2's redacted billing records, Goldstein's dishonest acts were all coordinated by the defendants.

18.     From March 16-18, 2021, and at other times through the present, the defendants sent false information to the trustee and his lawyers about Delaney and even drafted and reviewed the trustee's and his lawyers' documents in Delaney's bankruptcy case.  This was illegal, since the trustee is supposed to be independent and also owes a duty to the debtor.[4]

19.     On March 18, 2021, in a 424B5 filing, Toyota disclosed that the company had reported anti-bribery violations related to a Thai subsidiary to the United States Securities and Exchange Commission and the United States Department of Justice (the "DOJ").[5]

20.     On March 25, 2021, in a state court case, Nacchio wrote in a sworn affirmation: "Finally, the lawyer who was assisting Delaney in carrying out his scheme to extort a significant payment from the Corporate Client, is the same lawyer who signed and caused to be filed the State Court Complaint."  *Delaney v. HC2 Inc. d/b/a/ Hire Counsel*, Case No. 651740/2021 (Sup Ct, New York County, 2021) (Tisch, J.) (Tisch Doc. No. 9) The defendants were *continuing to accuse Delaney of extortion even after Judge Liman had ruled otherwise* in an open hearing 10 months before on May 27, 2020. Tisch Document #9 at 3.

21.     On March 26, 2021, the defendants had Goldstein file fraudulent objections to Delaney's motion to dismiss the bankruptcy case.  Mazer-Marino ECF No. 27.  But worse, the defendants falsely informed Messer and his lawyers that Delaney owned four pieces of undisclosed real estate and also had a judgment against him (from Judge Liman) for extortion.

---

[4] "The Role of the Bankruptcy Trustee in Bankruptcy Legal Proceedings," Justicia ("The bankruptcy trustee is required to treat a debtor fairly and honestly but does not represent or advocate for them."). https://www.justia.com/bankruptcy/bankruptcy-procedures/the-role-of-the-bankruptcy-trustee/

[5] "Toyota says it reported Thai bribery probe to U.S. SEC and DoJ," Reuters, Mar. 19, 2021. https://uk.news.yahoo.com/finance/news/toyota-says-reported-thai-bribery-002800432.html

5

Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 9 of 190

The now-public billing records show that Messer, Lamonica, and Herbst were given this false information by the defendants. *See* Exhibit B hereto (Mazer-Marino ECF No. 61-5). As a result of the defendants' lies about Delaney, on the same day, March 26, 2021, Messer wrote in opposition to Delaney's motion to dismiss the bankruptcy case: "The Trustee's investigation also found: (i) four (4) distinct real property ownership records associated with the Debtor…. *The Debtor also does not have only $44,434 in credit card debt as stated on his Motion to Dismiss, but also has a judgment against him for an additional $67,458.91*[6]." (Mazer-Marino ECF No. 22 at 4) (emphasis added) HC2's billing records show that it was the defendants who communicated this false and defamatory information to Messer and his lawyers.

22. On March 26, 2021, based on the defendants' lies and deceit, the trustee wrote: "*Upon information and belief, the Debtor is appealing a judgment entered against him for extorting his prior employer*." (Mazer-Marino ECF No. 22 at 3) (emphasis added) *That was exactly the opposite of Judge Liman's ruling.* Chapter 7 was enacted by Congress to *help debtors* such as Delaney. But the defendants and their crooked lawyers were abusing it to cause damages to Delaney through their lies and deceit.

23. On March 26, 2021, Zannikos filed the "Certification Of Stephanos Zannikos In Support Of HC2, Inc. d/b/a Hire Counsel's Motion For Extension Of Time For HC2, Inc., d/b/a Hire Counsel To Object To Discharge Pursuant To Fed. R. Bankr. P. 4004(B) And To Challenge Whether Certain Debts Are Dischargeable Pursuant To Fed. R. Bankr. P. 4007(C)" in which he again[7] *repeatedly perjured himself*:

Stephanos Zannikos, of full age, certifies as follows:…

---

[6] This was an effective admission that HC2's $1,180,152.67 proof of claim was false.

[7] In addition to the Southern District jurisdictional fraud, which was in a false verified complaint attested to by Zannikos under penalty of perjury.

6

5. On March 17, 2020, the Law Firm Customer [Wilmer Hale] decided to suspend the Project in view of the COVID-19 pandemic while it considered the possibility of moving to a remote review. The Law Firm Customer [Wilmer Hale] and its Corporate Client [Toyota] decided not to conduct the remainder of the review.

6. *HC2 never terminated the Employment Agreement or took any other action to terminate Delaney's employment by HC2.*[8] Nonetheless, Delaney sent multiple emails on March 17 and 18, 2020 to the Law Firm Customer [Wilmer Hale] and the Corporate Client [Toyota] falsely claiming that he had been wrongfully terminated for expressing concerns about COVID-19.

7. *Delaney engaged counsel to demand $450,000 from the Corporate Client [Toyota], but his attorney ceased representing him a few days after making this demand and Delaney immediately engaged new counsel. On April 13, 2020, Delaney's new counsel emailed a letter to the Corporate Client's [Toyota] Chief Executive Officer [Akio Toyoda] and Board of Directors, reiterating his demand for a payment and threatening litigation and disclosure of the Corporate Client's [Toyota] privileged and confidential information if his demand was not met by April 14, 2020.*

8. The Corporate Client [Toyota] did not capitulate to Delaney's demands or threats. On April 15, 2020, a day after Delaney's deadline passed, Delaney's lawyer signed and filed a state court complaint, which alleges and acknowledges that the John Doe plaintiff, identified therein as Delaney, gained the confidential and privileged knowledge and information disclosed therein during the course of a document review project for the Corporate Client [Toyota]….

22. I hereby declare under penalties of perjury that I have read the foregoing Certification, and that the allegations contained therein are true and correct to the best of my knowledge.

Mazer-Marino ECF No. 27-1 (emphasis added) Delaney's *actual* letter to Toyota is attached

hereto as Exhibit C. Judge Liman had already ruled: "It is a routine demand letter and it's not an

extortion." However, the defendants continued to lie about the contents of the demand letter

(including falsely adding a demand for money of $450,000, which specific demand for money is

a requirement for extortion) to make Delaney appear like a criminal while themselves ignoring

the ruling of a federal judge and, worse, then telling the trustee and his lawyers that Judge Liman

---

[8] *See* Zannikos' e-mail dated March 30, 2020 where he clearly admits a year earlier to having "terminated" Delaney. Exhibit D hereto.

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 11 of 190

had issued a judgment against Delaney for extortion.  This is clear and unequivocal deceit and fraud on the court.

24.     On April 6, 2021, HC2 filed an utterly fraudulent proof of claim for $1,180,152.67 so that they could interfere in Delaney's bankruptcy case and harass him.  *See* Exhibit A hereto.  Goldstein explained to the bankruptcy court that this was for supposed attorneys fees and costs from the Southern District case.  HC2 submitted bills in support of the claim, which was mostly $1 million for HC2's former counsel Kasowitz, which had *lost* the TRO and PI.  *See* Exhibit B hereto (Mazer-Marino ECF No. 61-5).  ECF No. 61-5 clearly shows that the whole basis for the $1,180,152.67 proof of claim was HC2's legal costs (mostly Kasowitz's) for the TRO and PI both of which applications it *lost*.  Of course, Judge Liman did *not* ever order Delaney to pay legal fees for HC2's failed applications.  There was no possible legal theory under which the winner (Delaney) could have been ordered to pay the loser's (HC2's) attorneys fees and costs per ECF No. 61-5 (Exhibit B hereto).  It was a total and complete lie to the bankruptcy court.  *However, the defendants wanted to file this fraudulent claim in order to inflate Delaney's low debt, only $44,000, by 97% to be over $1.2 million*.[9]  HC2 falsely claimed to the bankruptcy court that it was Delaney's "creditor" when it knew that it was not.  Its filing of this false proof of claim was a criminal act and the defendants were part of a criminal conspiracy in this regard.

25.     On April 8, 2021, the defendants had Goldstein appear at the hearing on Delaney's motion to dismiss which was denied due to their dishonesty.  At the hearing, Delaney

---

[9] On information and belief, Messer, Lamonica, and Herbst were working in concert with the defendants to present this false proof of claim*, which is a crime*.  Messer, Lamonica, and Herbst went along with this fraud and falsely claimed that it was the trustee who "settled" the HC2 proof of claim on September 1, 2021 after it had already been withdrawn a month earlier which had nothing to do with him.

8

said: "But now they've put in their proof of claim that I owe them $1.2 million.  For what?  For attorneys fees that they spent on a case they brought against that the judge tossed?"  The trustee then stated based on the defendants' lies: "The Trustee has found property under Andrew Delaney in Westchester County."  After lying about Delaney's four bank accounts, fake creditor HC2's Goldstein said: "MR. GOLDSTEIN: Yes. Thank you, Your Honor. And I would just add to the Trustee's presentation that an additional grounds for denial of the motion is lack of bad faith.  It's not just the existence of these assets; it's the fact that the Debtor has failed to disclose them."  Regarding the jurisdictional fraud in the Southern District, Goldstein said: "You know, lack of subject matter jurisdiction in that other lawsuit is really irrelevant for today."  He tried to sweep the defendants' jurisdictional fraud under the rug.

26.     On May 20, 2021, the defendants filed an ex parte motion to issue subpoenas duces tecum to four financial institutions where they falsely claimed Delaney had accounts. (Mazer-Marino ECF No. 51) In its motion, HC2 lied that: "The Debtor did not disclose in his bankruptcy schedules or Statement of Financial Affairs the existence of any assets, liabilities, closed accounts, depositories for securities or other relationships with any of the Financial Institutions."  But Delaney did not have accounts with those "Financial Institutions" so that this was another lie.

27.     On May 26, 2021, it was reported that Toyota was under grand jury investigation in Texas by the DOJ[10] for violating the Foreign Corrupt Practices Act of 1977, 15 U.S.C. ch. 2B § 78a et seq.[11]

---

[10] At the same time, Wilmer Hale hired the DOJ FCPA chief investigating Toyota, Christopher Cestaro, to be a partner in its firm which was representing Toyota.  *See* David Thomas, "WilmerHale taps Justice Department's FCPA chief for white collar group," Reuters, May 1, 2021.
https://www.reuters.com/legal/government/wilmerhale-taps-justice-departments-fcpa-chief-white-collar-group-2021-05-28/

[11] Frank G. Runyeon, "DOJ Takes Toyota Thai Bribery Probe To Texas Grand Jury," Law360, May 26, 2021.

9

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 13 of 190

28.     On June 4, 2021, the defendants had HC2 file a fraudulent adversary case, which it withdrew shortly thereafter with prejudice knowing that it was a blatant fraud on the court. (Mazer-Marino ECF No. 54) In HC2's Complaint Objecting to Discharge of the Debtor (Mazer-Marino ECF No. 1) in the adversary case (Adversary Case No. 1-21-01047), Goldstein lied repeatedly about Delaney:

> 7. Delaney is an individual whose street address is currently 330-340 Baychester Ave. Bronx, New York 10475[12]….

> 12. HC2 never terminated the Employment Agreement or took any other action to terminate Delaney's employment by HC2.[13]  Nonetheless, Delaney sent multiple e-mails on March 17 and 18, 2020 to the Law Firm Customer [Wilmer Hale] and the Corporate Client [Toyota] falsely claiming that he had been wrongfully terminated for expressing concerns about COVID-19.

> 13. Delaney engaged counsel to demand $450,000 from the Corporate Client [Toyota], but his attorney ceased representing him a few days after making this demand and Delaney immediately engaged new counsel. On April 13, 2020, Delaney's new counsel e-mailed a letter to the Corporate Client's [Toyota] Chief Executive Officer [Akio Toyoda] and Board of Directors, reiterating his demand for a payment and threatening litigation and disclosure of the Corporate Client's [Toyota] privileged and confidential information if his demand was not met by April 14, 2020….

> 97. On March 18, 2021, the Clerk of this Court filed a Notice of Discovery of Assets and set a bar date of June 16, 2021 for creditors to file proofs of claims.  See Doc. 20.

> 98. On April 6, 2021, HC2 filed a proof of claim for $1,180,152.67 (the "HC2 Proof of Claim").  See Claim Register, Claim 2….

> 115. On the Petition Date, Delaney had one or more accounts for securities, cash or other valuables with one or more of the Financial Institutions that held securities, cash or other valuables.

---

https://www.law360.com/articles/1388032/doj-takes-toyota-thai-bribery-probe-to-texas-grand-jury

[12] According to www.vocabulary.com, "street address" is defined as "the address where a person or organization can be found."  Delaney resides and is domiciled in the Philippines.  The address here is for a Staples Store in the Bronx where Delaney never resided.

[13] This is another lie.  Zannikos admitted to terminating Delaney in his March 30, 2020 e-mail.  See Exhibit D hereto.

10

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 14 of 190

116. Delaney was required to disclose in his bankruptcy schedules or his Statement of Financial Affairs, and at the Meeting of Creditors, the existence of one or more accounts for securities, cash or other valuables with one or more of the Financial Institutions.

117. Delaney did not disclose in his original or amended bankruptcy schedules or Statement of Financial Affairs, or at the Meeting of Creditors, the existence of any assets, liabilities, open or closed accounts, depositories for securities or other relationships with any of the Financial Institutions….

WHEREFORE, HC2 respectfully requests that this Court enter a judgment against Delaney: A. For denial of a discharge pursuant to Code Sections 727(a)(2) and/or (a)(4) and Bankruptcy Rule 4004….

All of the defendants' above-quoted statements above were lies and a fraud on the court. Worse, the defendants lied about the orders from a federal judge, Judge Liman, and continued to lie about the contents of the Toyota demand letter so as to be able to falsely accuse Delaney, a lawyer, of extortion. The attorney defendants unethically and deceitfully lied about authority to the courts. The defendants just *"made up" the contents of Judge Liman's order to be the opposite of what it was*, i.e. that he entered a judgment against Delaney for extortion, as well as the contents of the Toyota demand letter, falsely claiming that Delaney demanded "$450,000" and "threatening litigation and disclosure of the Corporate Client's [Toyota] privileged and confidential information." The problem is that no such contents are contained in what Judge Liman called "a routine demand letter". The defendants just lied over and over again in order to win.

29.     On June 16, 2021, after lying in order to get the court to issue the subpoenas in the first place, HC2 served subpoenas duces tecum on Bank of America, E-Trade, Charles Schwab, and Wells Fargo. Mazer-Marino ECF Nos. 57-60. But none of the defendants was Delaney's creditor. Moreover, Delaney did not have accounts at any of these banks, except for Wells Fargo, which was an *attorney IOLTA account* and not his "asset" as the defendants falsely

and fraudulently represented to the trustee and the bankruptcy court to discredit Delaney and prevent him from dismissing his bankruptcy case.

30.     On June 16, 2021, in an affidavit in opposition to Delaney's motion to expunge HC2's false $1,180,152.67 proof of claim (Docket No. 61-2), Zannikos again lied to the court:

> 14. Subsequently, Delaney engaged counsel to demand $450,000 directly from the Corporate Client [Toyota]. (*See* Ex. E; *see also HC2 Inc. v. Andrew Delaney*, 20-cv-03178-LJL, Dkt. No. 1, annexed to Amended Proof of Claim, Ex. 2 ("S.D.N.Y Compl."). The letter, though dated April 7, 2020, was emailed directly to the Corporate Client [Toyota] on April 13, 2020. In it, Delaney's lawyer threatened to commence legal action and publicly disclose such confidential and privileged information about the Corporate Client [Toyota] that Delaney had obtained during the Project if Delaney's demand was not met by the next day. (S.D.N.Y Compl. ¶ 6). The Corporate Client [Toyota] did not pay Delaney's $450,000 demand. (Id. ¶ 7). Instead, on April 14, 2020 the Law Firm Customer [Wilmer Hale] sent an email to Delaney's counsel warning him not to contact the Corporate Client [Toyota] again and objecting to Delaney's threat to disclose the Corporate Client's [Toyota] privileged and confidential information. (Id.).

> 24. Delaney's objection to HC2's proof of claim should be overruled.

Mazer-Marino ECF No. 61-2.  Zannikos once again lied about the contents of the Toyota demand letter and ignored Judge Liman's May 27, 2020 ruling this time in support of HC2's fraudulent proof of claim.

31.     On June 16, 2021, in support of their fraudulent proof of claim, the defendants produced billing records which showed the defendants providing false information to the trustee and drafting his filings in the bankruptcy case:

> 03/16/21 DAG ... e-mail message to G. Messer with introduction, discuss undisclosed information;

> 03/ 17 /21 ALL Continued preparation of the Opposition to Debtor's Motion to Dismiss … my t/c/w G. Messer; telephone conference with G. Messer re: introduction, pending lawsuits, status of bankruptcy case, next steps

> 03/18/2 DAG…. receive and review G. Messer's opposition to motion to dismiss, motion for extension of time to object to discharge; e-mail message to trustee's attorneys re: error in their affidavit of service.

Mazer-Marino ECF No.61.

32.     On June 24, 2021, in connection with the HC2's bogus adversary case, Delaney filed discovery requests to HC2 and deposition notices for Joan Davison ("Davison"), Zannikos, and Brian Hartstein ("Hartstein") including regarding the jurisdictional fraud in the Southern District.

33.     But the defendants' three witnesses refused to appear for depositions because they knew that they had lied to the courts.

34.     On July 12, 2021, a panicked Goldstein filed the *emergency* "Letter Requesting Conference Pursuant to E.D.N.Y. LBR 7007-1 Filed by Douglas A Goldstein on behalf of HC2, Inc." seeking an urgent hearing to quash the depositions of Davison, Zannikos, and Hartstein and/or to limit the question so that Delaney could not ask about the Southern District jurisdictional fraud.  Mazer-Marino ECF No. 72.

35.     On July 13, 2021, Delaney opposed the Goldstein letter.  Mazer-Marino ECF No.73.

36.     On July 15, 2021, Judge Mazer-Marino denied Goldstein's attempt to stop or limit the depositions and ordered the three HC2 witnesses to appear for the depositions noticed by Delaney.

37.     On July 19, 2021, four days later, HC2 suddenly filed a motion to withdraw its proof of claim.  *See* Exhibit E hereto (Mazer-Marino ECF Nos. 75-76).  In its motion, HC2 wrote: "1. By its Motion to Withdraw, HC2 seeks the withdrawal of its proof of claim, filed as Claim 2…. 9. After the June 24, 2021 hearing, Delaney propounded written discovery requests on HC2 and requested the depositions of certain HC2 personnel…. 11. After the July 15, 2021 conference, HC2 determined that it no longer wishes to prosecute Claim 2 or the Cross-Motion,

or defend against the Objection, or otherwise seek allowance of a pre-petition claim against Delaney or the bankruptcy estate…. 22…. *HC2 does not intend to use the withdrawal of Claim 2 for any improper or tactical purpose, such as, for example, the pursuit of Claim 2 in another forum, and HC2 does not seek to escape this Court's jurisdiction over it.  As a result, HC2's request for the withdrawal of Claim 2 does not involve any 'vexatiousness' on HC2's part…. fn. 2 In several filings made with this Court, Delaney has argued that HC2 is not a creditor.  If this Court grants the Motion to Withdraw, Delaney no longer will need to argue that HC2 is not a creditor.*"  Mazer-Marino ECF No. 76.

38.     In reliance on HC2's stipulations and representations to the bankruptcy court, Delaney entered a "Letter of Consent and No Objection to Motions Documents Nos. 76 and 77." Mazer-Marino ECF No. 78.  However, after they got what they wanted, it soon became clear that the defendants had lied to the court about their "intentions" when HC2 and Goldstein continued to appear and to oppose Delaney in the bankruptcy case.

39.     On August 1, 2021, Judge Mazer-Marino ordered "1. Claim 2 of HC2 is hereby withdrawn, with prejudice to HC2s right to file another proof of claim in this bankruptcy case. 2. Discovery concerning Claim 2 and concerning the objection filed by the Debtor against Claim 2 in this case is hereby terminated."  Mazer-Marino ECF No. 83.

40.     On August 2, 2021, the defendants withdrew the HC2 proof of claim and corrected the claims register for Delaney's case: "Description: (2-1) Per Order Dated 8/1/2021, Claim 2 of HC2 is hereby withdrawn, with prejudice to HC2s right to file another proof of claim in this bankruptcy case."

41.     On November 24, 2021, Delaney filed a motion to voluntarily dismiss the bankruptcy case.  Mazer-Marino ECF No. 121.

14

42.     On December 6, 2021, despite withdrawing from the case with prejudice, the defendants continued to have HC2 file the "Objection and Joinder Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)121 Motion to Dismiss Case filed by Debtor Andrew John Delaney."  Mazer-Marino ECF No. 125.

43.     On December 14, 2021, Goldstein appeared at the hearing and successfully opposed Delaney's motion.  He told Judge Mazer-Marino: "MR. GOLDSTEIN: Thank you, Your Honor.  This is Douglas Goldstein.  HC2 does not change its position on the motion either.  Thank you."  Delaney said to the court: "So my -- in addition to which, Mr. Herbst repeated the false statement from hired counsel (sic) for HC2 that I had appealed to the Second Circuit a judgment for extorting my final -- my former employer which was HC2.  Now that was a flat out falsehood.  I had appealed the denial of my counterclaims, which were just settled by the Court's order 23 in September."

44.     On January 26, 2022, the amendments to N.Y. Labor Law § 740 took effect. These have been ruled to be not retroactive, so that the claims in this action are by definition post-petition.

45.     Starting in March 2022 to the present, Delaney engaged in the protected activity of complaining to the government about HC2's failing to furnish him with a copy of the Summary Plan Description in violation of the Employee Retirement Income Security Act of 1974 ("ERISA") and the labor laws and ignored his letters to the company about when he would receive a payment of $2,000 or other amount to which the Social Security Administration informed him he was entitled.

46.     On July 21, 2022, in retaliation for the plaintiff's complaints, the defendants had Goldstein appear again, despite HC2's exiting the bankruptcy case with prejudice, to attend and

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 19 of 190

speak at the bankruptcy hearing in order to successfully oppose Delaney's voluntary dismissal of the bankruptcy case.

47.    On April 12, 2023, also in retaliation, in a Florida defamation case brought by Delaney's former lawyer Christopher T. Beres, Esq. in which Zannikos is one of the defendants, Toyota's law firm Wilmer, Cutler, Pickering, Hale and Dorr LLP ("Wilmer Hale"), which is acting in concert with the defendants pursuant to a three-way joint litigation agreement, continued to accuse Delaney of extortion: "The statement asserted in Paragraph 24 of the Complaint - that 'plaintiff's John Doe client . . . 'is appealing a judgment entered against him for extorting his prior employer''- does not reference Plaintiff. (Compl. ¶ 24).  It concerns Delaney, and describes an action Delaney was taking - appealing a judgment. The average person reading this statement would not conclude that it implicated Plaintiff." *Beres v. Toyota Motor Corporation et al*, Case No. 502023CA001936XXXXMB (Fla. 15th Cir. Ct. March 3, 2023) Doc. #25.  Thus, three years after Judge Liman's decision, the defendants' unnamed co-conspirator Toyota law firm Wilmer Hale is still claiming that Delaney was appealing a judgment entered against him by Judge Liman for extortion.

48.    On May 3, 2023, in the same case, in further retaliation, the defendants' former law firm Kasowitz, also an unnamed co-conspirator in this case, continued to accuse Delaney of extortion: "Plaintiff places much emphasis in his Complaint on the use of the term 'extort' as the core of his falsity assertions with respect to the alleged defamatory statements.  How the term 'extort' is used could easily be a matter of opinion…."  Scott Doc. #48.

FIRST CLAIM FOR RELIEF
(Violations of N.Y. Jud. Law § 487)

49.    Delaney realleges and incorporates herein by reference each and every foregoing paragraph of this complaint as if fully set forth herein.

16

50.     N.Y. Jud. Law § 487 provides, in pertinent part, as follows: "An attorney or counselor who…. [i]s guilty of any deceit or collusion, or consents to any deceit or collusion, with intent to deceive the court or any party … [i]s guilty of a misdemeanor, and in addition to punishment prescribed thereby by the penal law, he forfeits to the injured party treble damages, to be recovered in a civil action."

51.     As set forth above, the defendants engaged in an intentional pattern of collusion, wrongdoing, and deceit with the intent to deceive both Delaney and multiple New York state and federal courts, including the New York County Supreme Court, the United States Bankruptcy Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second Circuit.

52.     This claim is against Zannikos and Nacchio and their employers for their egregious, recurring, concerted, and systematic fraud and deceit and collusion aimed at misleading Messer, Lamonica, and Herbst[14] and the New York federal and state courts.

53.     Zannikos and Nacchio repeatedly lied, misquoted the law, authority, and judgments, and committed perjury in the courts.

54.     Specifically, from 2021-2024, Zannikos and Nacchio ignored Judge Liman's clear order read out in open court on May 27, 2020 that the there was no extortion, lied about the contents of Delaney's April 7, 2020 demand letter to Akio Toyoda, chairman of Toyota Motor Corporation, filed  a false and fraudulent proof of claim in Delaney's chapter 7 case, lied to Delaney's chapter 7 trustee and the trustee's lawyers that Judge Liman had issued a judgment against Delaney for extortion, and instructed Goldstein to continue to appear at hearings in

---

[14] Messer, Lamonica, and Herbst have never denied Delaney's claim that the defendants' statements and information to them were lies.

17

Delaney's bankruptcy case even after HC2 had been ordered to withdraw from the case with prejudice on August 1, 2021.

55.     There is no civil extortion under New York law.  *Extortion is a crime in New York*.  Thus, Zannikos and Nacchio also lied about the laws of New York State to multiple courts and to the trustee, a representative of the DOJ.  Also, to accuse a lawyer of extortion would cause him irreparable damage, as Zannikos and Nacchio well knew when they did so repeatedly.

56.     The attorney defendants conspired with each other and with HC2, Toyota, and several non-parties in the commission of those frauds.  In the process, they violated not only common law anti-fraud prohibitions but also Judiciary Law § 487 (which provides statutory damages to redress fraud or collusion by attorneys) and knowingly and fraudulently presented a false claim for proof against the estate of a debtor in violation of 18 U.S.C. § 152(4).

57.     As a result of these violations of Judiciary Law §487, Delaney has been damaged in his business and property.

58.     Zannikos and Nacchio engaged in this conduct and made these statements in their capacities as attorneys for HC2 and as the agents of Toyota.   HC2 and Toyota are liable for Zannikos' and Nacchio's violations of Judiciary Law §487 under the law of agency, and the doctrine of respondeat superior.

59.     By reason of the foregoing defendants violated Judiciary Law § 487.

60.     The plaintiff is entitled to an award of treble damages of the counsel fees he incurred.

SECOND CLAIM FOR RELIEF
(Civil Conspiracy to Violate N.Y. Jud. Law § 487)

61.     Delaney realleges and incorporates herein by reference each and every foregoing paragraph of this complaint as if fully set forth herein.

18

62.     As set forth herein, the defendants conspired with each other and with other non-parties to violate Judiciary Law §487 by engaging in an intentional pattern of collusion, perjury, and wrongdoing with the intent to deceive Judge Liman, Judge Mazer-Marino, Judge Alexander M. Tisch, Judge Richard G. Latin, Judge Reid P. Scott II (Florida), the New York Appellate Division First Judicial Department, the New York Court of Appeals, and the Judges of the United States Court of Appeals for the Second Circuit..

63.     As a result of the defendants' conspiracy to violate Judiciary Law § 487, Delaney has been damaged in his business and property.

64.     HC2 and Toyota are liable for Zannikos' and Nacchio's roles in this conspiracy under the law of agency, and the doctrine of respondeat superior.

<u>THIRD CLAIM FOR RELIEF</u>
(Negligent Infliction of Emotional Distress)

65.     Delaney realleges and incorporates herein by reference each and every foregoing paragraph of this complaint as if fully set forth herein.

66.     Under the New York Bar Civility Standards, Zannikos and Nacchio owed Delaney a duty of care "to not mislead" (IX) and also had ethical duties to Delaney as a self-represented party pursuant to DR 7-104(A)(2). *See also* DR 1-102(A)(4) (forbidding "conduct involving dishonesty, fraud, deceit, or misrepresentation"); DR 7-102(A)(5) (forbidding a lawyer from "[k]nowingly mak[ing] a false statement of law or fact" in representing a client).

67.     The defendants repeatedly lied to the courts and falsely accused Delaney of extortion, even after a federal judge determined otherwise, and fraudulently interfered in his bankruptcy case, filed a false and fraudulent proof of claim, and prevented Delaney from voluntarily dismissing his bankruptcy case even after they had withdrawn from the case with prejudice.

19

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 23 of 190

68.     Zannikos and Nacchio flagrantly breached their duty to Delaney especially as a self-represented party.

69.     The defendants' breach of their professional duties was at least negligent and was the direct cause of Delaney's injuries.

70.     The defendants' conduct caused Delaney severe emotional distress and mental trauma.

71.     From 2021-2024, Delaney has suffered severe emotional distress and disability.

72.     As a direct and proximate result of the defendants' conduct, the plaintiff suffered humiliation, severe emotional distress, and mental and physical pain and anguish, amounting to damages to be proved at trial.

73.     The plaintiff is entitled to an award of damages including counseling, lost wages, loss of enjoyment of life activities, embarrassment, and loss of reputation.

74.     HC2 and Toyota are liable to the plaintiff under the doctrine of respondeat superior.

<u>FOURTH CLAIM FOR RELIEF</u>
(Breach of Contract and Stipulation)

75.     Delaney realleges and incorporates herein by reference each and every foregoing paragraph of this complaint as if fully set forth herein.

76.     After Judge Mazer-Marino's denial of HC2's emergency motion to quash or limit Delaney's depositions of HC2's management, the defendants had Goldstein e-mail Delaney to reach an agreement with him not oppose their motion to withdraw their proof of claim in exchange for their exiting the case with prejudice.  Delaney agreed and issued a letter to the court of consent and no objection to HC2's withdrawal with prejudice.

20

77.     But after the hearing at which Delaney appeared and consented at which Judge Mazer-Marino signed the order, and after falsely representing to the bankruptcy court and to Delaney that it had no ulterior motive, on December 6, 2021 and December 14, 2021, Goldstein continued to appear in the case and successfully opposed Delaney's voluntary dismissal of the bankruptcy case.  Delaney had a right to voluntarily dismiss the case pursuant to 11 U.S.C. 707(a).[15]

78.     On July 21, 2022, in specific retaliation for Delaney's complaint to the government about HC2's violations of ERISA and other laws, Goldstein appeared at a hearing and opposed Delaney's motions.

79.     The defendants violated the settlement agreement between the parties and also the August 1, 2021 order for it to exit the bankruptcy case with prejudice.  The defendants also lied repeatedly in HC2's motion in support of the withdrawal of their proof of claim with prejudice.

80.     The defendants were working in concert and are liable to the plaintiff for damages.

## FIFTH CLAIM FOR RELIEF
(Violation of N.Y. Labor Law § 740)

81.     Delaney realleges and incorporates herein by reference each and every foregoing paragraph of this complaint as if fully set forth herein.

82.     On January 26, 2022, the amended N.Y. Labor Law § 740 took effect and included "former employees" in the definition of employees.[16]

---

[15] See Shane P. Walsh, *Can a Consumer Debtor Voluntarily Dismiss Own Chapter 7 Case?*, 8 St. John's Bankr. Research Libr. No. 26 (2016) at 1 ("A chapter 7 consumer debtor has the right to voluntarily dismiss his own chapter 7 case, however, that right is not absolute."). https://scholarship.law.stjohns.edu/cgi/viewcontent.cgi?article=1152&context=bankruptcy_research_library

[16] Brian S. Cousin, *Game-Changing Expansion of New York Whistleblower Protection: Will Your Company Be Ready When This Whistle Blows?*, N.Y.L.J., Feb. 4, 2022.

83.     Delaney is bringing this claim against the defendants HC2 and Toyota as their *former employee* for their retaliatory actions against him after January 26, 2022.

84.     Delaney is a former employee of HC2 and Toyota and is therefore a member of a protected class under N.Y. Labor Law § 740.

85.     The new law clearly includes "former employees" and "natural persons employed as independent contractors." § 740(1)(a)

86.     Starting in March 2022, Delaney engaged in the protected activity of complaining to the government about HC2's violation of the law regarding its pension and stock ownership plans by failing to furnish him with a copy of the Summary Plan Description in violation of the Employee Retirement Income Security Act of 1974 ("ERISA") and the labor laws.

87.     The plaintiff is a former employee who reasonably believed that HC2's and Toyota's failure to comply with the laws, rules, and/or regulations of ERISA presented a substantial and specific danger to the public health and safety.

88.     The defendants' violations of the law are a danger to the public health and safety for older Americans[17] such as Delaney, who depend on employer plans and need to know their rights and contents.

89.     HC2 and Toyota retaliated against Delaney by repeatedly refusing to send him a copy of the Summary Plan Description.

---

https://www.foxrothschild.com/publications/game-changing-expansion-of-new-york-whistleblower-protection-will-your-company-be-ready-when-this-whistle-blows

[17] The Cambridge Dictionary defines "senior" as "an older person, usually over the age of 60 or 65, esp. one who is no longer employed."

90.     On July 21, 2022, HC2 and Toyota further retaliated against Delaney for engaging in a protected activity by having Goldstein interfere in and appear at a hearing to successfully oppose Delaney's voluntary dismissal of his bankruptcy case.

91.     On April 12, 2023, HC2 and Toyota further retaliated against Delaney by having or conspiring with Wilmer Hale to continue to falsely accuse Delaney of extortion.

92.     On May 3, 2023, HC2 and Toyota further retaliated against Delaney by having or conspiring with Kasowitz to falsely accuse Delaney of extortion and to write: "How the term 'extort' is used could easily be a matter of opinion."

93.     The defendants' acts of trying to prevent Delaney from voluntarily dismissing his bankruptcy case and their false and repeated accusations against him of "extortion" and having a "judgment against him for extortion" were actions that would adversely impact a former employee's current or future employment, especially as a lawyer.  § 740(1)(e).

94.     At the instructions of the government, the plaintiff notified his employers of their violations but they refused to respond or comply.

95.     The plaintiff provided HC2 and Toyota a reasonable opportunity to correct the practice.

96.     HC2's and Toyota's acts referenced in paragraphs 89-92 above, false accusations against him of extortion and appealing a judgment against him for extortion, and refusal to comply with his rights under ERISA and the labor laws were adverse employment actions and also actions that impacted a former employee's current or future employment.

97.     Since HC2's and Toyota's retaliatory acts commenced on July 21, 2022, the plaintiff has been unemployed and unable to find work.

23

Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 27 of 190

98.    The defendants are liable to injunctive relief, compensation for lost wages and benefits, money damages in the form of front pay in lieu of reinstatement, civil penalties not to exceed $10,000, and since the employers' actions were willful, malicious, or wanton, uncapped punitive damages, and reasonable costs and attorneys' fees associated with bringing this action.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff demands a judgment against the defendants in an amount to be proven at trial, costs and disbursements, together with any other relief the Court finds to be just and proper.

## JURY DEMAND

The plaintiff demands a trial by jury of all issues triable by jury in this action

Dated: June 4, 2024

/s/Andrew Delaney
Andrew Delaney
*Plaintiff*
Sen.Gil Puyat Avenue
Makati Central Post Office 1057
Brgy. San Antonio
Makati 1250
Republic of the Philippines
63-94-2677-8826
srview1@gmail.com

24

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 2

INDEX NO. 155158/2024
RECEIVED NYSCEF: 06/04/2024

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 28 of 190

Exhibit A

| Creditor: (9948151) | Claim No: 2 | Status: |
|---|---|---|
| HC2, Inc. | Original Filed Date: 04/06/2021 | Filed by: AT |
| c/o Spector & Ehrenworth, P.C. | Original Entered Date: 04/06/2021 | Entered by: Douglas A Goldstein |
| 30 Columbia Turnpike, Suite 202 | | Modified: 08/02/2021 |
| Florham Park, NJ 07932 | | |

Amount claimed: $1180152.67

History:
Details        2-1        04/06/2021 Claim #2 filed by HC2, Inc., Amount claimed: $1180152.67 (Goldstein, Douglas)

Description: (2-1) Per Order Dated 8/1/2021, Claim 2 of HC2 is hereby withdrawn, with prejudice to HC2s right to file another proof of claim in this bankruptcy case

Remarks:

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM

NYSCEF DOC. NO. 3

Case 1:20-44972-jmm Doc 615 Filed 06/16/21 Entered 06/16/21 20:30:39

INDEX NO. 155158/2024

Exhibit B

Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 29 of 190

RECEIVED NYSCEF: 06/04/2024

# EXHIBIT I

**KASOWITZ  BENSON  TORRES LLP**
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799                    FED. ID. 13-3720397
212-506-1700
FACSIMILE: 212-506-1800

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2003905                    July 14, 2020

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of April 2020
as reflected on the attached printout.

| | |
|---|---|
| Fees | $413,647.00 |
| Less 10% Discount | (41,364.70) |
| Total Fees | $372,282.30 |
| Disbursements | 2,981.12 |
| **TOTAL AMOUNT DUE** | **$375,263.42** |

5401
12302201

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**

**Federal I.D. # 13-3720397**

APRIL 30, 2020

12302201
HC2, Inc. d/b/a Hire Counsel
Hire Counsel v. Delaney

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 04/13/20 | MARC E. KASOWITZ<br>Work re Delaney employment matter; t/c JD; t/cs<br>PB, RR. | 1.00 |
| 04/13/20 | RONALD R. ROSSI<br>Preliminary review of Delaney matter materials;<br>t/c w PB; t/c ██████████ ████████; ██████<br>████████. | 1.20 |
| 04/13/20 | PAUL BURGO<br>T/c w/ ██████████████ ████████████<br>████████████; t/c w/ M. Kasowitz; t/cs w/ R. Rossi<br>████████████. | 2.10 |
| 04/13/20 | ANDREW MUIR<br>Review materials from P. Burgo and R. Rossi;<br>call with R. Rossi re ████████████<br>████████. | 5.00 |
| 04/14/20 | MARC E. KASOWITZ<br>Work re strategy. | .30 |
| 04/14/20 | RONALD R. ROSSI<br>Attention to draft pleadings; numerous<br>teleconferences w/ ████████████████, case status and<br>strategy; review and direct legal research and<br>drafting of supporting papers. | 6.90 |
| 04/14/20 | GAVIN D. SCHRYVER<br>T/c with PB and BR re ████████████; review<br>████████; review ████████████<br>████████; email BR re strategy. | 2.30 |

HC2, Inc. d/b/a Hire Counsel                    Apr 30, 2020        PAGE    2
FILE NUMBER: 12302201
INVOICE NO.: 2003905


04/14/20    PAUL BURGO                                                    .50
            Corr. w/ ███████████; t/c w/ B. Rutcofsky and G.
            Schryver re ████████████████████████████
            ███████.

04/14/20    KALITAMARA L. MOODY                                          6.10
            Conference call with RRR re pleadings;
            conference call with RRR and A. Muir re ███;
            draft and revise pleadings per RRR; research re
            ██████████████ per RR; review █████████████
            ████████ per RRR.

04/14/20    ANDREW MUIR                                                 10.60
            Call with R. Rossi re ████████████████;
            continue researching ██████████████; begin
            drafting pleadings.

04/14/20    GINO C. BARBERA                                              .50
            Review ███████████████████ with R. Rossi.

04/15/20    RONALD R. ROSSI                                             5.70
            Attention to draft pleadings; numerous
            teleconferences w/ AM, KM to discuss ████
            ██████████████████; review and direct legal
            research and drafting of pleadings.

04/15/20    GAVIN D. SCHRYVER                                           2.80
            T/c with BR re ██████████; t/c
            re █████████████████████████; t/c with
            ████████████; t/cs and emails with JB re █████
            ████████████████████.
            t/c with RR and BR re ███████████████████
            ██████████.

04/15/20    PAUL BURGO                                                   .80
            T/c w/ ████████; review ████████████████████.

04/15/20    KALITAMARA L. MOODY                                        10.10
            Draft and revise ████████████; research re
            ████████████████ per RRR; conference call with
            RRR, AM, MS and ML re ████████████; review and
            analyze pleadings per AM.

04/15/20    ANDREW MUIR                                                13.70
            Continue to draft pleadings; call with
            litigation team re strategy and legal claims
            for pleadings; conduct research re ███████████
            ████████████████ and coordinate additional
            research and drafting by team members.

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 3
INDEX NO. 155158/2024
RECEIVED NYSCEF: 06/04/2024

Case 1:20-cv-04372-jmm Doc 615 Filed 06/16/21 Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 33 of 190

HC2, Inc. d/b/a Hire Counsel        Apr 30, 2020    PAGE   3
FILE NUMBER: 12302201
INVOICE NO.: 2003905

04/15/20  MAXWELL SANDGRUND                6.60
          Hire Counsel/Delaney: draft and review of ███████
          ████████ with R. Rossi, A. Muir and K.
          Moody regarding ████████████████;
          participated in telephone conference with A.
          Muir and K. Moody regarding ████████████;
          review of documents and emails for ████████;
          draft of email memorandum regarding ████;
          conducted and reviewed legal research regarding
          ████████████████████.

04/15/20  JACOB BENSON                    7.20
          Discuss matter with G. Schryver; review
          ████████████████████;
          research issues/caselaw re ███████████;
          correspond re ████with G. Schryver; e-mail
          memo re ████ to G. Schryver.

04/16/20  DANIEL R. BENSON              6.50
          Work re pleadings re ██████.

04/16/20  MARC E. KASOWITZ              .50
          Work re pleadings, strategy.

04/16/20  RONALD R. ROSSI              5.80
          Review and revise pleadings; numerous
          discussions with MEK, DB, AM and KM to discuss
          ████████; review and direct
          legal research and drafting pleadings.

04/16/20  GAVIN D. SCHRYVER            1.30
          T/c with BR re ███████████; emails with JB re
          ██████.

04/16/20  KALITAMARA L. MOODY          11.20
          Draft and revise pleadings; draft and revise
          filing documents per RRR; draft and revise
          pleadings; additional research re ██████.

04/16/20  ANDREW MUIR                14.40
          Review comments and revisions to pleadings from
          D. Benson and attention to incorporating same;
          review papers to be filed; calls with K. Mooney
          re ████████████████
          ████████; continue to draft pleadings.

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020    PAGE   4
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

| Date | Name / Description | Hours |
|---|---|---|
| 04/16/20 | MAXWELL SANDGRUND<br>Review of court rules; reviewed legal research regarding ███████████; draft of proposed order; draft of declaration of R. Rossi; draft and review of email correspondence with ███████████ regarding filings; participated in telephone conference with ████ ███████████; review and revise pleadings in preparation for filing. | 11.10 |
| 04/16/20 | JACOB BENSON<br>Research on ███████████; research on ███████████; research on ███████████; emails and memo to G. Schryver and B. Rutcofsky re all of the above. | 6.70 |
| 04/16/20 | GINO C. BARBERA<br>Review rules and procedure with K. Moody. | .40 |
| 04/17/20 | DANIEL R. BENSON<br>Work re pleadings; tc's, emails RR re same. | 4.70 |
| 04/17/20 | MARC E. KASOWITZ<br>Work re ███████████. | .50 |
| 04/17/20 | RONALD R. ROSSI<br>Attention to pleadings; numerous teleconferences w/ ███████████; review and direct legal research and drafting of supporting papers; t/c w ███████████; discuss same with MEK; t/c with AS-G re motion. | 7.70 |
| 04/17/20 | GAVIN D. SCHRYVER<br>T/c with BR re ███████████; t/c with BR and client team re ████; review complaint; revise ███████████; review ███████████. | 4.50 |
| 04/17/20 | ANN M. ST. PETER-GRIFFITH<br>Conference with R. Rossi; review ███████████; reach out to ███████████; begin working on and researching Motion; draft demand letters. | 7.00 |

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020      PAGE    5
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

| | | |
|---|---|---|
| 04/17/20 | KALITAMARA L. MOODY<br>Draft and revise pleadings per RRR; conference call with RRR and AM; conference call with ASPG, RRR, and AM; review and analyze ███████ per RRR; draft and revise pleadings per RRR. | 8.90 |
| 04/17/20 | ANDREW MUIR<br>Revise pleadings, review and analyze ████ ██████; attention to pleadings. | 12.40 |
| 04/17/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with ████████; participated in telephone conference with ████ ██████; draft of ██████ ██████; review and revise of pleadings in preparation of filing; review of emails in preparation of timeline; review and revise timeline of communications; review of Delaney complaint. | 8.40 |
| 04/17/20 | JACOB BENSON<br>Per G. Schryver request, further case law research on ████████████; review docket and potentially relevant from ██████ ████████. | 4.30 |
| 04/17/20 | GINO C. BARBERA<br>Review procedural rules and requirements with K. Moody and M. Lawrence. | 2.00 |
| 04/18/20 | DANIEL R. BENSON<br>Work re pleadings. | 7.60 |
| 04/18/20 | MARC E. KASOWITZ<br>Review ██████████, draft NY complaint, ██████████; conf. calls w/██████; conf. call w/██████; work re status and strategy. | 1.70 |
| 04/18/20 | RONALD R. ROSSI<br>Attention to draft pleadings, ████████ ████; numerous discussions w/ ███; ██████; MEK and DB, and AM, KM to discuss case status and strategy. | 9.50 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM    INDEX NO. 155158/2024
NYSCEF DOC. NO. 3    Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 36 of 190    RECEIVED NYSCEF: 06/04/2024

Case 1:20-44372-jmm    Doc 61-5    Filed 06/16/21    Entered 06/16/21 20:30:30

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020    PAGE    6
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

```
04/18/20   ANN M. ST. PETER-GRIFFITH                          11.20
           Continue drafting demand letters; research and
           draft Motion to ███████████████████████;
           conference call with client, R. Rossi, and M.
           Kasowitz; call with ████████, R. Rossi and
           ██████████; conduct research relating to the
           ████████████████ concerning ███████████████
           ████████████████████████████████████
           procedures.

04/18/20   KALITAMARA L. MOODY                                 9.20
           Research re ██████████████████; draft and revise
           pleadings per RRR; conference call re filings
           with AM and RRR; research re █████████████████
           ██████████████████ per AMt; research re ████
           ████████████████ per ASPG.

04/18/20   ANDREW MUIR                                        13.50
           Revise draft ████████████████████████████;
           ████████████████████████; call with R. Rossi
           and revise draft pleadings.

04/18/20   MAXWELL SANDGRUND                                  10.50
           Draft and review of email correspondence with
           ██████████████████████████████;
           participated in telephone conference with ████
           ████████████████████████; review of
           record in preparation of pleadings; further
           review and revise of pleadings; conducted and
           reviewed legal research regarding ████████
           ████████████; conducted and reviewed legal
           research regarding ████████████████████████.

04/19/20   DANIEL R. BENSON                                    5.80
           Work re pleadings.

04/19/20   MARC E. KASOWITZ                                    2.20
           Prepare for and participate in conf. call
           w/████████; conf. call w/████████████████; review
           draft pleadings; internal t/cs.

04/19/20   RONALD R. ROSSI                                     7.50
           Attention to draft pleadings; numerous
           teleconferences w/ ██████████████ MEK, and AM, KM
           to discuss ██████████████████████████; review and
           direct legal research and drafting of
           supporting papers.
```

HC2, Inc. d/b/a Hire Counsel                Apr 30, 2020      PAGE    7
FILE NUMBER: 12302201
INVOICE NO.: 2003905


04/19/20   GAVIN D. SCHRYVER                                         .30
           Review caselaw re ███████████████████████
           █████████; email JB re same; revise ████████████
           ██████.

04/19/20   ANN M. ST. PETER-GRIFFITH                               9.30
           Continue drafting and editing demand letter to
           Delaney from HC2; attend conference call with
           █████████, R. Rossi, M. Kasowitz, D. Benson;
           review draft pleadings; attend to email with
           counsel for █████████; research re ███████████
           ███████████████████████████████████████
           ██████████████████████.

04/19/20   KALITAMARA L. MOODY                                     6.40
           Draft and revise pleadings per RRR; draft and
           revise client affidavit per RRR; research re
           █████████████████████████████████████████
           per RRR; review and analyze draft complaint per
           RRR.

04/19/20   ANDREW MUIR                                             8.60
           Call with R. Rossi and K.Moody; revise proposed
           order; review and revise draft pleadings in
           order to file.

04/19/20   MAXWELL SANDGRUND                                       7.20
           Draft and review of email correspondence with
           █████████████████ regarding ██████████;
           participated in telephone conference with ██████
           ████████████████ regarding ██████████; review and
           revise pleadings; conducted and reviewed legal
           research regarding causes of action; conducted
           and reviewed legal research.

04/20/20   DANIEL R. BENSON                                        3.50
           Work re pleadings.

04/20/20   MARC E. KASOWITZ                                        1.50
           Review motion papers; review demand letter to
           Delaney; t/cs DRB.

04/20/20   RONALD R. ROSSI                                         7.10
           Attention to draft pleadings; numerous
           teleconferences w/ █████████████████; MEK, and AM, KM
           to discuss case status and strategy; review and
           direct legal research and drafting of
           supporting papers.

HC2, Inc. d/b/a Hire Counsel                    Apr 30, 2020      PAGE    8
FILE NUMBER: 12302201
INVOICE NO.: 2003905

04/20/20    ANN M. ST. PETER-GRIFFITH                              3.50
            Attend to finalizing demand letter;
            communication with ███████████; attend to email
            with R. Rossi, MEK and team; review ████████
            ████████; review latest version of pleadings;
            attend to ████████ email; attend to email with
            ██████████████; review ██████████████
            and ████████████ filing; conference with R.
            Rossi; review ██████████████ filings.

04/20/20    KALITAMARA L. MOODY                                    9.80
            Draft and revise pleadings per RRR; additional
            research re ████████████████; conference call with
            AM.

04/20/20    ANDREW MUIR                                           6.50
            Revise draft pleadings for filing.

04/20/20    MAXWELL SANDGRUND                                     3.40
            Draft and review of
            ████████████████████████████; conducted
            and reviewed legal research regarding
            pleadings; draft of client affidavit; review of
            ████████████ to client affidavit.

04/20/20    JACOB BENSON                                          4.20
            Further research on ████████████████████████
            ████████████████████████████████████
            ████████.

04/20/20    GINO C. BARBERA                                        .50
            Review pleadings for K. Moody.

04/21/20    DANIEL R. BENSON                                      2.70
            Work re pleadings, ████████████████.

04/21/20    MARC E. KASOWITZ                                      2.00
            Work re strategy and papers; work re ████████
            ████████; conf. call w/████████ ████████████
            ████████.

04/21/20    RONALD R. ROSSI                                       9.30
            Attention to pleadings; numerous
            teleconferences w/ ████████████; MEK, and AM, KM
            to discuss case status and strategy; review and
            direct legal research and drafting of
            supporting papers.

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                                      RECEIVED NYSCEF: 06/04/2024

Case 1:20-44377-jmm Doc 61-5 Filed 06/16/21 Entered 06/16/21 20:30:36
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 39 of 190

HC2, Inc. d/b/a Hire Counsel                    Apr 30, 2020      PAGE    9
FILE NUMBER: 12302201
INVOICE NO.: 2003905


04/21/20   GAVIN D. SCHRYVER                                                1.30
           Revise memo; t/c with BR re strategy; emails re
           updates; emails re ████████████████; emails with
           ████████████.

04/21/20   ANN M. ST. PETER-GRIFFITH                                        9.90
           Review ████████████████; attend conference call
           with ████████████████ and R. Rossi;
           review ████████████████ and draft/edit
           pleadings; conference with R. Rossi; research
           ████████████████████████████; attend
           to team call; conform draft order; review
           ████████████████; attend to edits to
           Memorandum of Law.

04/21/20   KALITAMARA L. MOODY                                             10.20
           Draft and revise pleadings per RRR; research re
           ████████; draft, revise, and finalize pleadings
           for filing per RRR; conference call with RRR,
           ASPG, and AM re finalizing filings.

04/21/20   ANDREW MUIR                                                     16.10
           Review revised pleadings containing ████████████
           ████████, call with R. Rossi re same and draft
           and revise complaint and accompanying TRO
           documents for filing.

04/21/20   MAXWELL SANDGRUND                                                8.80
           Draft and review of email correspondence with
           ████████████████████; draft of
           ████████████████; telephone conference with
           ████████████ team regarding filings; conducted
           and reviewed legal research; review and revise
           other filings; conducted and reviewed legal
           research regarding verified complaint; prepare
           for filings.

04/21/20   GINO C. BARBERA                                                  1.20
           Review procedure with K. Moody; conference with
           R. Rossi about ex parte TRO procedure in the
           SDNY.

04/22/20   MARC E. KASOWITZ                                                 1.20
           Work re strategy; work re ████████████; review
           emails; review ████████████████; work re
           issues.

HC2, Inc. d/b/a Hire Counsel                    Apr 30, 2020        PAGE   10
FILE NUMBER: 12302201
INVOICE NO.: 2003905


04/22/20   RONALD R. ROSSI                                                     3.50
           Review and finalize pleadings for filing;
           numerous teleconferences w/ ▆▆▆▆▆▆▆▆ MEK
           and DB, and AM, KM to discuss case status and
           strategy.

04/22/20   ANN M. ST. PETER-GRIFFITH                                           8.60
           Continue editing filings; conference call with
           KBT ▆▆▆▆▆▆▆ re ▆▆▆▆▆▆▆; review ▆▆▆▆▆▆▆▆▆;
           attend to email with R. Rossi, the KBT Team and
           ▆▆; draft email to the Court; review court
           order; draft email to ▆▆▆▆▆▆▆▆▆▆▆; review of
           docket; conference with ▆▆▆▆▆▆▆▆▆ attend
           to email re remittance of documents for service
           via process server; attend to FEDEX delivery.

04/22/20   KALITAMARA L. MOODY                                                 3.40
           Draft, revise, and finalize papers for filing
           per RRR; conference call with RRR, ASPG, and AM
           re finalizing filings.

04/22/20   ANDREW MUIR                                                         2.70
           Review revised pleadings containing ▆▆▆▆▆▆▆▆
           ▆▆▆▆▆▆▆▆, call with R. Rossi re same and revise
           documents for filing.

04/22/20   MAXWELL SANDGRUND                                                   4.80
           Draft and review of email correspondence with
           ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
           ▆▆▆▆▆▆▆▆regarding filings; review and revise
           ▆▆▆▆▆▆▆▆ filings; prepare documents to be filed;
           telephone conference with ▆▆▆▆▆▆▆▆ regarding
           filings; review of court rules.

04/22/20   JACOB BENSON                                                        2.50
           Further research into ▆▆▆▆▆▆▆▆▆▆▆▆.

04/22/20   GINO C. BARBERA                                                     1.00
           Conference with SDNY clerks about ▆▆▆▆▆▆▆▆
           ▆▆▆▆▆▆▆▆▆▆.

04/23/20   MARC E. KASOWITZ                                                     .30
           Work re papers and service issues, ▆▆▆▆▆.

04/23/20   ANN M. ST. PETER-GRIFFITH                                           7.40
           Draft email to Delaney for R. Rossi re notice
           of court order; attend to address research and
           confirmation; attend to priority mail return
           receipt for Service copies at Delaney Addresses
           and travel to Post Office to facilitate U.S.
           Mail service; attend to Overnight Service via

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 41 of 190

HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020      PAGE  11
FILE NUMBER: 12302201
INVOICE NO.: 2003905

          FEDEX; conference with ████████████████
          ██████████████; attend to conferences and email
          with R. Rossi; attend to email with ███ KBT
          team.

04/23/20  MAXWELL SANDGRUND                                      .60
          Review complaint.

04/23/20  GINO C. BARBERA                                       1.20
          Compile all commencement papers and motion
          papers for service for R. Rossi; contact
          process servers to arrange for service for R.
          Rossi.

04/24/20  MARC E. KASOWITZ                                      1.00
          Work re strategy, dealings w/court.

04/24/20  RONALD R. ROSSI                                       4.40
          Meet-and-confer with Delaney's counsel;
          attention to drafting of proposed stipulation;
          numerous discussions with ███████████ MEK and
          DB, AS-G, AM and KM re same.

04/24/20  ANN M. ST. PETER-GRIFFITH                             5.50
          Prepare for and attend telephonic counsel for
          Delaney in conformity with Judge Liman's order;
          attend to email; prepare draft email for R.
          Rossi; prepare stipulation and order; calls
          with R. Rossi.

04/24/20  KALITAMARA L. MOODY                                   2.30
          Review relevant agreements for ████████████
          ██████████████████████████ per RRR; draft and revise ████████████
          ████████per RRR.

04/24/20  GINO C. BARBERA                                        .50
          Research ███████████████ ████████████ █████
          for A. St. Peter-Griffith and R. Rossi.

04/25/20  ANN M. ST. PETER-GRIFFITH                             .60
          Conference strategizing with R. Rossi; attend
          to related email.

04/26/20  MARC E. KASOWITZ                                      .50
          Review drafts.

04/26/20  RONALD R. ROSSI                                       2.40
          Draft and revise letter to court, discuss same
          wi ███████ MEK and DB, AS-G, and AM.

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM    INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                                      RECEIVED NYSEF: 06/04/2024

Case 1:20-4437-jmm   Doc 61-5   Filed 06/16/21   Entered 06/16/21 20:30:39
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 42 of 190

HC2, Inc. d/b/a Hire Counsel                Apr 30, 2020      PAGE  12
FILE NUMBER: 12302201
INVOICE NO.: 2003905


04/26/20   ANN M. ST. PETER-GRIFFITH                                  .80
           Update call with ██████KBt team; review draft
           letter to judge.

04/26/20   KALITAMARA L. MOODY                                       1.30
           Conference call with ASPG, RRR, and AM;
           conference call with AM re ████████████████████;
           draft and revise preservation notice per RRR;
           draft and revise insert for letter to Judge
           Lisman per RRR.

04/26/20   ANDREW MUIR                                               3.90
           Call with R. Rossi re ████████████████████████
           and draft insert for letter to judge.

04/27/20   MARC E. KASOWITZ                                           .50
           Work re letter to Judge Liman, strategy.

04/27/20   RONALD R. ROSSI                                          3.10
           T/c ████████████ re ████████████████; revise
           letter to court re same; additional efforts to
           meet-and-confer with Delaney; finalize and file
           letter seeking hearing.

04/27/20   ANN M. ST. PETER-GRIFFITH                                1.80
           Conference with R. Rossi; review letter to
           Court; attend to email with R. Rossi and KBT
           team; review ██████████████████; review email from
           ██████████.

04/27/20   KALITAMARA L. MOODY                                      4.20
           Research re procedures per RRR; draft and
           revise oral argument outline per ARJM; review
           and analyze motion per ARJM; draft and revise
           motion per ARJM; research re ████████████████
           ██████████in preparation for filing per ARJM.

04/27/20   ANDREW MUIR                                              3.60
           Research grounds and procedures for filing;
           revise draft oral argument outline.

04/27/20   MAXWELL SANDGRUND                                        1.10
           Draft and review of email correspondence with
           ████████████████████ regarding case and strategy;
           review of letter to court in preparation of
           filing; review of ████████████████████
           ████████████████to court; review of court rules.

04/28/20   MARC E. KASOWITZ                                          .50
           Work re strategy for hearing.

HC2, Inc. d/b/a Hire Counsel                 Apr 30, 2020    PAGE  13
FILE NUMBER: 12302201
INVOICE NO.: 2003905


04/28/20   RONALD R. ROSSI                                           1.20
           Prepare for hearing.

04/28/20   ANN M. ST. PETER-GRIFFITH                                  .60
           Attend to email and review related email;
           review communication to Court; attend to email
           to ████

04/28/20   KALITAMARA L. MOODY                                       4.30
           Oral argument hearing prep per RRR; research re
           ████████ per RRR; draft and revise motion per
           ARJM.

04/28/20   ANDREW MUIR                                               7.00
           Draft and revise oral argument outline and
           accompanying documents for use by R. Rossi at
           oral argument; draft and revise ████████████.

04/28/20   MAXWELL SANDGRUND                                          .10
           Draft and review of email correspondence with
           █████████████ team regarding █████████████.

04/29/20   RONALD R. ROSSI                                           4.60
           Prepare for and attend TRO hearing; debrief
           MEK, DB, █████████████ re same and next steps.

04/29/20   GAVIN D. SCHRYVER                                         1.20
           Review policies emails re same.

04/29/20   ANN M. ST. PETER-GRIFFITH                                 4.70
           Review Delaney opposition; attend to email with
           R. Rossi; review █████████████;
           prepare for and attend hearing; draft proposed
           order; conferences with R. Rossi; draft
           strategy to do list.

04/29/20   KALITAMARA L. MOODY                                        .10
           Review Delaney submission per RRR.

04/29/20   ANDREW MUIR                                               2.00
           Analyze defendant's opposition and report to R.
           Rossi re communications from █████████████
           █████████.

04/29/20   MAXWELL SANDGRUND                                         2.40
           Draft and review of email correspondence with
           █████████████ regarding █████████████;
           review of defendant Delaney's written

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM    INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                                RECEIVED NYSCEF: 06/04/2024

Case 1:20-cv-04432-imm   Doc 61-5   Filed 06/16/21   Entered 06/16/21 20:39:39
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 44 of 190

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020      PAGE  14
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

                    opposition; review of emails from ████████ in
                    preparation of oral argument; review of case
                    file; draft and review of email correspondence
                    with S. Rattigan regarding case file
                    organization.

04/30/20   RONALD R. ROSSI                                        1.40
           Attention to discovery schedule; review legal
           research re ██████████████████;
           discussions with AM re same.

04/30/20   ANN M. ST. PETER-GRIFFITH                             1.40
           Strategy conference with R. Rossi re ██ and
           next steps; attend to email from ██; review ████
           ██████████.

04/30/20   KALITAMARA L. MOODY                                   2.60
           Draft and revise discovery plan per Judge
           Liman; research re Rule 26(f) per ARJM; draft
           and revise ████████████████.

04/30/20   ANDREW MUIR                                           4.10
           Draft and revise ████████████████ and
           discovery plan and draft action item report for
           R. Rossi.

04/30/20   MAXWELL SANDGRUND                                     2.60
           Draft and review of email correspondence with
           ████████████regarding ████████████;
           review and revise preservation letter; review
           and revise case management plan; review and
           revise discovery strategy; conducted internet
           research regarding ████████████; review
           of court order.


                    TOTAL HOURS                                529.20

```
HC2, Inc. d/b/a Hire Counsel            Apr 30, 2020    PAGE  15
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| DANIEL R. BENSON | 30.80 | 1,750.00 | 53,900.00 |
| PAUL BURGO | 3.40 | 1,075.00 | 3,655.00 |
| MARC E. KASOWITZ | 13.70 | 1,950.00 | 26,715.00 |
| RONALD R. ROSSI | 81.30 | 1,150.00 | 93,495.00 |
| GAVIN D. SCHRYVER | 13.70 | 950.00 | 13,015.00 |
| ANN M. ST. PETER-GRIFFITH | 72.30 | 705.00 | 50,971.50 |
| | | | |
| **ASSOCIATE** | | | |
| JACOB BENSON | 24.90 | 625.00 | 15,562.50 |
| KALITAMARA L. MOODY | 90.10 | 525.00 | 47,302.50 |
| ANDREW MUIR | 124.10 | 475.00 | 58,947.50 |
| MAXWELL SANDGRUND | 67.60 | 675.00 | 45,630.00 |
| | | | |
| **MANAGING ATTY** | | | |
| GINO C. BARBERA | 7.30 | 610.00 | 4,453.00 |

```
        TOTAL FEES                      $413,647.00

PROFESSIONAL SERVICES                     2,476.91
AUTOMATED RESEARCH                          392.07
DOCUMENT REPRODUCTION                        35.38
DOCUMENT DELIVERY                            76.76

        TOTAL COSTS                       $2,981.12


    TOTAL FEES AND COSTS                 $416,628.12
```

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
DIRECT FAX: 212-835-5010
mkasowitz@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

August 11, 2020

Joan Davison
HC2, Inc. d/b/a Hire Counsel
225 West Washington Street
Chicago, IL  60606

Re: Hire Counsel v. Delaney

Dear Joan:

I hope you and your family are safe and well.

I enclose our invoice for professional services rendered and disbursements incurred through May 2020. Also enclosed is a detailed summary of services.

Please let me know if you have any questions.

Best.

Sincerely,

Marc E. Kasowitz

Enclosures

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 47 of 190

# KASOWITZ  BENSON  TORRES  LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2004998

August 11, 2020

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of May 2020
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $470,904.00 |
| Less 10% Discount | (47,090.40) |
| Total Fees | $423,813.60 |
| Disbursements | 11,645.49 |
| Current Amount Due | $435,459.09 |
| Previous Balance | 327,454.92 |
| **TOTAL AMOUNT DUE** | **$762,914.01** |

5401
12302201

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM   INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                                RECEIVED NYSCEF: 06/04/2024
Case 1:20-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 48 of 190
Case 1:20-cv-05211-jmm   Doc 61-5   Filed 06/16/21   Entered 06/16/21 20:30:39

KASOWITZ BENSON TORRES LLP
1633 BROADWAY
NEW YORK, NY 10019-6799


Federal I.D. # 13-3720397



MAY 31, 2020


12302201
HC2, Inc. d/b/a Hire Counsel
Hire Counsel v. Delaney


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 05/01/20 | RONALD R. ROSSI<br>Attention to expedited discovery in Delaney employment matter, PI hearing issues and sealing issues. Numerous t/c w/ KBT team re same; review and edit written discovery and Court correspondence re same. | 4.20 |
| 05/01/20 | ANN M. ST. PETER-GRIFFITH<br>Team conference call re employment matter; strategy for scheduling conference; review draft preservation demand letter; conference with A. Muir; review and revise proposed joint scheduling report and related order; review proposed standard protective order and NDA. | 2.70 |
| 05/01/20 | KALITAMARA L. MOODY<br>Conference call with RRR, ASPG, ARJM, MS, and ML; conference call with ARJM and MS re discovery tasks; draft and revise discovery plan, protective order, and preservation notice in preparation for service per ARJM. | 3.60 |
| 05/01/20 | ANDREW MUIR<br>Calls with R. Rossi and case team regarding next steps in Delaney employment matter and action items for discovery; draft and revise case management plan, stipulation regarding expedited discovery, and begin drafting proposed findings of fact. | 9.70 |
| 05/01/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with Hire Counsel team regarding case and strategy; review and revise preservation letter; | 5.10 |

HC2, Inc. d/b/a Hire Counsel                May 31, 2020      PAGE    2
FILE NUMBER: 12302201
INVOICE NO.: 2004998

            participated in multiple telephone conferences
            with ███████████ regarding ███████████
            ██████; review and revise case management
            order; review of Judge Liman's rules and
            proposed sample orders; draft of protective
            order.

05/02/20  ANN M. ST. PETER-GRIFFITH                          .90
            Conference with A. Muir; attend to email with
            R. Rossi re: strategy for call with Delaney
            counsel and scheduling order; review draft
            email from ████████and attend to related
            conference.

05/02/20  ANDREW MUIR                                       1.60
            Review discovery deadline proposal from
            opposing counsel and confer with A. St.
            Peters-Griffith, revise discovery plan and
            draft response to opposing counsel in
            furtherance of meet and confer requirement.

05/02/20  ANDREW MUIR                                       2.70
            Draft meet and confer correspondence and call
            with A. St. Peters-Griffith re same; draft
            correspondence to ████████ re ████████
            ██████████; update litigation team re action
            items.

05/02/20  MAXWELL SANDGRUND                                  .30
            Draft and review of email correspondence with
            ███████████ regarding ██████████████
            █████.

05/03/20  ANN M. ST. PETER-GRIFFITH                         2.10
            Meet and confer conference with R. Rotman,
            Delaney's counsel re: report of conference of
            counsel, scheduling order for PI hearing and
            Delaney employment case, and protective order;
            conference with A. Muir; review revised report
            of conference of counsel; conference with B.
            Choi re: SDNY procedure for non-unilateral
            submission of conference of counsel; review
            drafts of proposed orders and conference of
            counsel.

05/03/20  MAXWELL SANDGRUND                                  .90
            Draft and review of email correspondence with
            ███████████ regarding █████████████;
            review and revise document requests to ████████
            ████.

HC2, Inc. d/b/a Hire Counsel          May 31, 2020       PAGE    3
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/04/20   RONALD R. ROSSI                                    4.30
           Attention to Delaney employment dispute,
           preliminary injunction briefing, expedited
           discovery and sealing issues; t/c with AS-G, AM
           and KM re same.

05/04/20   ANN M. ST. PETER-GRIFFITH                          5.60
           Conferences with A. Muir; conference call with
           A. Muir, R. Rossi and K. Moody; review and edit
           submission to Court for Plaintiff's proposed
           scheduling order; review Defendants proposal;
           attend parties' joint conference that Rotman
           did not attend; conference with ██████████;
           evaluate next steps for discovery; review
           Judge's and Local Rules.

05/04/20   KALITAMARA L. MOODY                                2.40
           Conference call with ASPG, ARJM, and ██
           ████████ re document collection; research re
           SDNY filing protocols; review and analyze
           documents in preparation for filing per ARJM.

05/04/20   ANDREW MUIR                                        6.20
           Finalize joint discovery plan, correspond with
           opposing counsel, attention to filing plan and
           draft response letter re meet and confer
           efforts.

05/04/20   ANDREW MUIR                                        1.60
           Call with ██████████ re ████████████████
           ████with litigation team regarding action items
           and briefing.

05/04/20   MAXWELL SANDGRUND                                   .40
           Draft and review of email correspondence with
           ████████ regarding ██████████████;
           review of proposed case management orders.

05/04/20   SAMUEL RATTIGAN                                     .40
           Work updating case docket folder w/ recent
           filings re Proposed Scheduling Orders.

05/05/20   RONALD R. ROSSI                                    4.70
           Attention to Delaney employment dispute,
           Preliminary Injunction briefing, expedited
           discovery and sealing issues; t/c with AS-G, AM
           and KM re same.

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 3     Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 51 of 190     RECEIVED NYSCEF: 06/04/2024

Case 1:20-cv-04572-JMF   Doc 61-5   Filed 06/16/21   Entered 06/16/21 20:30:39

HC2, Inc. d/b/a Hire Counsel          May 31, 2020     PAGE    4
FILE NUMBER: 12302201
INVOICE NO.: 2004998

| | | |
|---|---|---|
| 05/05/20 | ANN M. ST. PETER-GRIFFITH<br>Review parties' submissions in advance of<br>scheduling hearing; attend to email from ▉;<br>attend to KBT team email. | 2.10 |
| 05/05/20 | KALITAMARA L. MOODY<br>Conference call with ARJM, MS, and ML re action<br>items. | .80 |
| 05/05/20 | ANDREW MUIR<br>Call with litigation team regarding ▉▉▉▉<br>▉▉▉ and ▉▉▉▉▉▉ and research;<br>draft report re meet and confer efforts for use<br>by R. Rossi at hearing. | 2.30 |
| 05/05/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with<br>▉▉▉ regarding ▉▉▉▉<br>▉▉▉; telephone conference with ▉▉<br>▉▉▉ regarding ▉▉▉;<br>conducted and reviewed federal rules of civil<br>procedure in preparation of discovery requests;<br>review of agreements and ▉▉▉▉ in<br>preparation of discovery requests. | 2.40 |
| 05/06/20 | RONALD R. ROSSI<br>Prepare for and attend telephonic hearing in<br>Delaney employment dispute re PI schedule and<br>Case Management Plan, provide work direction to<br>trial team re PI hearing prep; numerous t/cs w<br>AS-G re same; t/c w ▉▉▉ re same; t/c w<br>▉▉▉ re PI hearing issues. | 4.40 |
| 05/06/20 | ANN M. ST. PETER-GRIFFITH<br>Review proposed scheduling orders; prepare for<br>and attend strategy conference call; prepare<br>for and attend telephonic status hearing with<br>Court. | 2.60 |
| 05/06/20 | KALITAMARA L. MOODY<br>Conference call re ▉▉▉▉▉<br>▉▉▉; ▉▉document collection preparations<br>per ARJM; conference call post-hearing with<br>RRR, ASPG, ARJM, and MS; revise discovery<br>requests per ARJM; draft and revise document<br>collection requests per ARJM; conference calls<br>with ARJM. | 4.30 |

HC2, Inc. d/b/a Hire Counsel          May 31, 2020      PAGE   5
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/06/20   ANDREW MUIR                                              6.90
           Prepare for, attend, and follow up re ██████
           ██████████; review status of document
           collection from client and draft response;
           review and revise proposed offensive discovery.

05/06/20   MAXWELL SANDGRUND                                        4.30
           Draft and review of email correspondence with
           █████████ regarding ████████████
           █████████; telephone conference with ████████
           █████████ regarding ███████████████████;
           draft of all discovery requests; review of
           local rules in preparation of discovery
           requests; review of record in preparation of
           discovery requess.

05/07/20   RONALD R. ROSSI                                          2.30
           Prepare issue/evidence outline; discuss same w/
           AS-G, provide work direction to AM re PI
           hearing; correspond w ████████ re same.

05/07/20   ANN M. ST. PETER-GRIFFITH                                3.40
           Attend to email re: hearing on scheduling;
           review ████████████████; conference
           with R. Rossi; review and edit Requests for
           Production, Requests for Admission, and
           Interrogatories.

05/07/20   KALITAMARA L. MOODY                                      1.70
           Draft and revise discovery requests per ARJM.

05/07/20   ANDREW MUIR                                              6.00
           Complete drafting requests for production,
           interrogatories and requests for admission;
           attention to document collection. .

05/07/20   MAXWELL SANDGRUND                                        3.10
           Draft and review of email correspondence with
           ██████████ regarding ████████████
           █████████; review and revise all discovery
           requests.

05/07/20   SAMUEL RATTIGAN                                           .20
           Update case docket folder w/ recent Protective
           Order and Proposed Case Management Plan.

05/08/20   RONALD R. ROSSI                                          4.80
           Attention to Delaney employment dispute re
           ████████████████████, expedited
           discovery and sealing issues; t/c with AS-G, AM
           and KM re same.

Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 53 of 190

HC2, Inc. d/b/a Hire Counsel          May 31, 2020      PAGE    6
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/08/20   ANN M. ST. PETER-GRIFFITH                              2.50
           Attend to communications with ██████ at ██;
           review discovery drafts; review Delaney
           discovery and attend to related email.

05/08/20   KALITAMARA L. MOODY                                    3.90
           Draft and revise review protocol per ARJM;
           draft and revise discovery requests per ARJM.

05/08/20   ANDREW MUIR                                            3.80
           Revise and finalize discovery requests for
           exchange.

05/08/20   MAXWELL SANDGRUND                                      4.20
           Draft and review of email correspondence with
           ████████████ regarding discovery requests;
           conducted and reviewed applicable rules
           regarding discovery requests; review of edits
           to discovery requests; review and revise all
           discovery requests.

05/08/20   SAMUEL RATTIGAN                                         .30
           Review exhibits ISO Request for Admissions to
           confirm requests match.

05/09/20   RONALD R. ROSSI                                        1.20
           Attention to Delany employment dispute re
           ████████████████; t/c
           with AS-G, AM and KM re same.

05/09/20   ANN M. ST. PETER-GRIFFITH                              1.40
           KBT Team conference call to review discovery.

05/09/20   KALITAMARA L. MOODY                                    2.40
           Conference call with RRR, ASPG, and ARJM; call
           with ARJM; draft revise discovery responses.

05/09/20   ANDREW MUIR                                            5.40
           Call with R. Rossi and team regarding ██████████
           ████████████████████████████;
           ████████; draft memorandum re ████████████
           ████████; and begin drafting HC2's responses
           and objections to Delaney's RFAs.

05/10/20   RONALD R. ROSSI                                        1.40
           Attention to Delany employment dispute re
           ████████████████████; t/c
           w AS-G, AM and KM re same.

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020      PAGE    7
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/10/20   KALITAMARA L. MOODY                                        5.90
           Research re ████████████████████████████████
           ████████████ per ARJM; conference call with
           ████████████ and ARJM re collection and
           production; conference call with ARJM; draft
           and revise R&Os to interrogatories per ARJM;
           review and analyze initial document collection
           per ARJM.

05/10/20   ANDREW MUIR                                                7.90
           Call with ██████████ re █████and █████████
           ██████████████, report to R. Rossi re
           ████████████████████████████████████████████
           from ████████, and continue to draft RFA
           responses as well as responses to
           interrogatories.

05/10/20   RICARDO P. MCLEAN                                          6.50
           Prepare electronic discovery documents for
           attorney review as requested by associate K.
           Moody.

05/11/20   RONALD R. ROSSI                                            3.30
           Attention to Delany employment dispute re
           ████████████████████████████████████████████
           ███████████████████████████; t/c with AS-G, AM
           and KM re same.

05/11/20   ANN M. ST. PETER-GRIFFITH                                  2.60
           Conference call with KBT Team re: ███████████
           ██████████████████████████████████;
           strategize for next filings; attend to
           communication with ██████████████████.

05/11/20   KALITAMARA L. MOODY                                        6.10
           Review and analyze ████████████████ in preparation
           for production per ARJM; conference call with
           ARJM re ████████████████████████; conference call
           with ARJM; review and analyze collections per
           ARJM.

05/11/20   ANDREW MUIR                                                3.90
           Call with ██████████████ re ███████████████████;
           Confer with K. Moody re ██████████████████████,
           review and production; calls with R.Rossi and
           A. St. Peters-Grifith re ████████████████████████
           █████████; draft responses to RFAs.

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020        PAGE    8
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/11/20   ANDREW MUIR                                              2.10
           Review and analyze documents collected by
           ▮▮▮▮▮for privilege, confidentiality and
           responsiveness in order to produce same in
           response to defendant's requests for
           production.

05/11/20   MAXWELL SANDGRUND                                         .60
           Draft and review of email correspondence with
           ▮▮▮▮▮▮▮▮▮ regarding strategy; review of
           ▮▮▮▮▮▮discovery demands.

05/11/20   RICARDO P. MCLEAN                                        4.30
           Prepare electronic discovery documents for
           attorney review as requested by associate K.
           Moody.

05/12/20   RONALD R. ROSSI                                          3.40
           Attention to Delany employment dispute re
           ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; t/c with AS-G, AM
           and KM re same.

05/12/20   ANN M. ST. PETER-GRIFFITH                                5.40
           Attend KBT team strategy call; review and
           revised RFA responses; review draft letter re:
           ▮▮▮▮▮▮▮▮▮▮; review and edit
           draft interrogatory answers.

05/12/20   KALITAMARA L. MOODY                                      6.90
           Call with ML re document review; review and
           analyze documents in preparation for production
           per ARJM; review correspondence re service of
           complaint per ARJM.

05/12/20   ANDREW MUIR                                              5.90
           Call with litigation team re document
           collection and review and strategy for
           disclosing documents and review by ▮▮▮▮▮
           ▮▮▮; revise responses and objections to
           Delaney's RFAs, .

05/12/20   ANDREW MUIR                                              2.20
           Complete researching and drafting ▮▮▮▮
           responses and objections to Delaney's RFAs.

05/12/20   MAXWELL SANDGRUND                                        1.80
           Draft and review of email correspondence with
           ▮▮▮▮▮▮▮ regarding ▮▮▮▮▮; telephone
           conference with A. Muir regarding ▮▮▮▮▮

HC2, Inc. d/b/a Hire Counsel                May 31, 2020        PAGE    9
FILE NUMBER: 12302201
INVOICE NO.: 2004998

███████████; review of client documents in
preparation of ████ ████████ affidavit.

05/12/20   RICARDO P. MCLEAN                                   3.70
           Attend to the preparation of electronic
           discovery documents for attorney review as
           requested by associate K. Moody.

05/13/20   RONALD R. ROSSI                                     4.20
           Attention to Delany employment dispute re
           █████████████████████████████████████████;
           ████████████████████████; t/c with AS-G, AM
           and KM re same.

05/13/20   ANN M. ST. PETER-GRIFFITH                          4.80
           Review draft responses to RFPs; attend to email
           with team re production and other discovery
           responses; review various drafts of discovery
           answers; review production plan; call with K.
           Moody; review Delaney production; attend
           conference call with KBT Team; review latest
           draft of letter to Court re: ██████████████;
           ████████████; review answer and counterclaims.

05/13/20   KIRSTEN C. JACKSON                                 4.50
           Review pleadings, ████████████████████████████
           ████████████████████ for Delaney employment
           dispute matter.

05/13/20   KALITAMARA L. MOODY                                6.60
           Review and analyze documents in preparation for
           production; draft and revise production letter;
           review and analyze Delaney's R&Os per ASPG;
           conference call with RRR, ASPG, and ARJM.

05/13/20   ANDREW MUIR                                        6.50
           Calls with ███████████████, and litigation team re
           █████████████████████████████; serve discovery
           responses.

05/13/20   ANDREW MUIR                                        7.10
           Review production of documents from Delaney and
           begin revising draft ███████████ declaration.

05/13/20   MAXWELL SANDGRUND                                  5.80
           Draft and review of email correspondence with
           ███████████████████ regarding ███████████; review of
           client documents in preparation of Hire Counsel
           affidavit; review of internet research
           regarding ████████████████ and covid-19 in
           preparation of ████████████ affidavit; draft of

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020     PAGE  10
FILE NUMBER: 12302201
INVOICE NO.: 2004998

          affidavit on behalf of ███████████████
          ██████.

05/13/20  SAMUEL RATTIGAN                                             .30
          Review/monitor the Court's docket to confirm
          deadlines calendared on same match internally
          calendared deadlines and work updating case
          Docket folder w/ recently filed Answer.

05/13/20  RICARDO P. MCLEAN                                          6.60
          Assist case team with the preparation of
          discovery documents for attorney review and
          production as requested by associate K. Moody.

05/14/20  MARC E. KASOWITZ                                            .50
          Review counterclaims, media.

05/14/20  RONALD R. ROSSI                                            4.90
          Attention to Delaney employment dispute re
          ████████████████████
          ████████████████████; t/c with AS-G, AM
          and KM re same.

05/14/20  ANN M. ST. PETER-GRIFFITH                                 3.70
          Review and revise draft of ███████ affidavit;
          review edits to in camera review letter; attend
          to email re: ███████; begin preparing ███████;
          KBT Team call.

05/14/20  KIRSTEN C. JACKSON                                        3.90
          Review █████████████ policies; draft
          notices of claim.

05/14/20  KALITAMARA L. MOODY                                       6.10
          Review and analyze documents in preparation for
          production per ARJM; draft and revise ███████
          declaration per ARJM; conference call with RRR,
          ASPG, .

05/14/20  ANDREW MUIR                                               5.70
          Finalize ███████ declaration, review
          production set ███████████, confer with R.
          Rossi and litigation team re █████████████████
          ██████████████████.

05/14/20  ANDREW MUIR                                               4.00
          Review production of documents from Delaney and
          begin revising draft ███████ declaration.

HC2, Inc. d/b/a Hire Counsel          May 31, 2020    PAGE  11
FILE NUMBER: 12302201
INVOICE NO.: 2004998

05/14/20  MAXWELL SANDGRUND                         5.20
          Draft and review of email correspondence with
          ██████████ regarding ██████; telephone
          conference with ████████ regarding
          ██████████; review and revise
          client declaration; review of client production
          in preparation of client declaration; review of
          ████████ edits to client declaration.

05/14/20  RICARDO P. MCLEAN                     5.30
          Prepare discovery documents for attorney review
          as requested by associate K. Moody.

05/15/20  MARC E. KASOWITZ                      .30
          Review emails.

05/15/20  RONALD R. ROSSI                     6.70
          Attention to Delaney employment dispute re
          ████████████████████; attention to
          completion of ████████████
          ████████, t/c with AS-G, AM and KM re same,
          t/c ██████ re same.

05/15/20  ANN M. ST. PETER-GRIFFITH              4.30
          Review of various drafts of ████████
          declaration; attend to email; review verified
          complaint for consistency; review revisions
          from ███; review of declaration from Delaney's
          attorney and attachments thereto and compare to
          ████████; review ███declaration;.

05/15/20  KIRSTEN C. JACKSON                   2.90
          Review and revise ████████████.

05/15/20  KALITAMARA L. MOODY                  5.10
          Review and analyze production per ARJM; draft
          and revise production letter; conference call
          re ████████████████ with RRR, ASPG, ARJM.

05/15/20  ANDREW MUIR                        11.10
          Finalize ████████ declaration for service,
          including coordinate revisions from ██████████
          ██████; confer with opposing counsel re
          declaration exchanges; call with litigation
          team re strategy █████████████████████
          ████████████.

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 59 of 190

HC2, Inc. d/b/a Hire Counsel                     May 31, 2020      PAGE   12
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/15/20   MAXWELL SANDGRUND                                          5.20
           Draft and review of email correspondence with
           ██████████████ regarding ████████; prepare
           ████████████ declaration for filing; review and
           revise declaration; review and revise letter
           motion regarding in camera review; review of
           Delaney document production in preparation of
           filing; review of ████████████ document
           production in preparation of filing.

05/15/20   SAMUEL RATTIGAN                                             .20
           Work updating docket file w/ Declaration ISO of
           Preliminary Injunction.

05/15/20   RICARDO P. MCLEAN                                          3.80
           Assist case team with the preparation of
           discovery documents for attorney review and
           production as requested by associate K. Moody.

05/16/20   MARC E. KASOWITZ                                            .50
           Review emails re ████████████████.

05/16/20   RONALD R. ROSSI                                            1.30
           Attention to Delaney employment dispute re
           ██████████████████; revise letter to court
           re same.

05/16/20   ANN M. ST. PETER-GRIFFITH                                   .70
           Draft revisions to letter to Court re: ███
           ████████████; conference with K. Moody; attend
           to related email.

05/16/20   KALITAMARA L. MOODY                                        2.90
           Preliminary injunction briefing prep.

05/16/20   RICARDO P. MCLEAN                                          4.30
           Prepare electronic discovery documents for
           attorney review as requested by associate K.
           Moody.

05/17/20   MARC E. KASOWITZ                                            .30
           Review papers.

05/17/20   ANN M. ST. PETER-GRIFFITH                                  3.20
           Revise initial disclosures; conference with R.
           Rossi.

05/17/20   ANDREW MUIR                                                6.20
           Draft initial disclosures, research ████████████
           ████
           and research and draft ████████ letter.

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020      PAGE   13
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/18/20   MARC E. KASOWITZ                                                  .50
           T/c RR re ███████████████; review emails.

05/18/20   RONALD R. ROSSI                                                  8.20
           T/c w MEK re ██████████████; draft and revise letter to
           SDNY re ███████████
           ████████; t/c w AS-P, AM and KM re initial
           disclosures and PI work; prepare ████████████
           for deposition; ████████
           ████████; review initial disclosures.

05/18/20   ANN M. ST. PETER-GRIFFITH                                        4.90
           Attend to email with R. Rossi and ███████████;
           review Court order re: ████████; review/edit letter response to Court; review
           ██████; call with R. Rossi; attend to email
           with ████████
           ████████████; KBT Team call; review ████
           ██████████████; call with R. Rossi and
           ██████ in preparation for deposition; ████████
           ████.

05/18/20   KALITAMARA L. MOODY                                             5.90
           Draft and revise ██████ motion per ARJM; draft
           and revise letter response to Rotman 5.15
           letter per ASPG; research re ████████████
           per ASPG; conference call with RRR, ASPG, and
           ARJM re status and to-do list; review and
           analyze exhibits to the declaration of ███ per
           ARJM.

05/18/20   ANDREW MUIR                                                     1.10
           Continue to draft ██████████ letter.

05/18/20   ANDREW MUIR                                                     7.60
           Review Court's orders regarding multiple letter
           motions; ████████; revise initial disclosures and
           strategy call with litigation team regarding
           ████████████; call with ████████
           ████████████, and begin drafting
           proposed findings of fact.

05/18/20   MAXWELL SANDGRUND                                              1.80
           Draft and review of email correspondence with
           ████████████ regarding filings; ████████
           ████████████████; review of defendant

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020     PAGE  14
FILE NUMBER: 12302201
INVOICE NO.: 2004998

          declarations; review of court filings regarding
          ████████████████████████████.

05/18/20  SAMUEL RATTIGAN                                            .40
          Monitor/review the Court's docket and work
          updating case Docket file re ████████████████
          ████████████████████████████████████████████
          ██████████████.

05/18/20  RICARDO P. MCLEAN                                         .50
          Prepare deposition transcripts for attorney
          review as requested by K. Moody.

05/19/20  MARC E. KASOWITZ                                          .50
          ████████████████████.

05/19/20  RONALD R. ROSSI                                          7.10
          Prepare for and defend ████████ deposition, t/c
          w/ trial team to discuss status and strategy;
          t/c w/ ████████████ re ████████████████; attention
          to revision of ████████ letter briefs and
          completion of ████████ applications.

05/19/20  ANN M. ST. PETER-GRIFFITH                                6.90
          Team call with A. Muir and K. Moody; ████████
          ████████████████████████████; review proposed
          letter motion re: ████████████████; KBT Team
          call; ████████; conference to discuss ████████ and
          ████████████████████; review ████████ motion to
          file under seal declaration; ████████████████
          ████████████████████.

05/19/20  KALITAMARA L. MOODY                                      9.10
          Call with ASPG and ARJM re ████████; draft and
          revise motion to seal per ARJM; research re
          ████████████████████████████████████ per ASPG;
          sealing application; draft and revise
          conclusions of law.

05/19/20  ANDREW MUIR                                             12.70
          Research ████████████████████████████████████
          ████████████████████ ████ ████████; calls with A.
          St. Peters-Grifith, M. Sandgrund, R. Rossi and
          K. Moody re s████████████████████████████████
          ████████████████████████████; continue to
          draft proposed findings of fact.

Case 1:20-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 62 of 190

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020      PAGE   15
FILE NUMBER: 12302201
INVOICE NO.: 2004998

05/19/20   MAXWELL SANDGRUND                                                    4.10
           Draft and review of email correspondence with
           ████████████████ regarding ██████████████
           ████████████; telephone conference with A. Muir
           regarding legal research; conducted and
           reviewed legal research regarding ███████████
           ████████████████████████████████████████████;
           draft of letter to court regarding ████████████
           ████████████████.

05/19/20   SAMUEL RATTIGAN                                                       .90
           Update Docket filings related to Plaintiffs
           Motion for Preliminary Injunction and
           Opposition to same.

05/20/20   ANN M. ST. PETER-GRIFFITH                                           10.70
           Review and revise letter motion to strike
           Rotman declaration; conference with R. Rossi;
           draft and revise proposed findings of fact and
           conclusions of law; review court's orders;
           attend to email to Rotman; review proposed
           findings of fact ████████████████████████████
           ████████████; review ██████████████████████ and R. Rossi
           designations.

05/20/20   KALITAMARA L. MOODY                                                  7.60
           Draft and revise conclusions of law per ARJM;
           draft and revise findings of fact per ARJM.

05/20/20   ANDREW MUIR                                                         11.80
           Revise draft letter motion to strike the Rotman
           affirmation; call with A. St. Peters-Griffith
           re proposed findings of fact and continue to
           draft proposed findings of fact, including
           review declarations and deposition testimony,
           and coordinate with litigation team regarding
           action items.

05/20/20   MAXWELL SANDGRUND                                                    8.80
           Draft and review of email correspondence with
           ████████████████ and the ████████████████████
           ████████████ regarding ████████████████████████;
           telephone conference with ████████████████████
           regarding ████████████████; review of
           declarations in preparation of preliminary
           injunction brief; review of deposition
           transcripts in preparation of preliminary
           injunction brief; review of record and court
           docket in preparation of preliminary injunction
           brief; draft of preliminary injunction brief.

Case 1:20-cv-04377-JMF   Doc 61-5   Filed 06/16/21   Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 63 of 190

HC2, Inc. d/b/a Hire Counsel                May 31, 2020        PAGE   16
FILE NUMBER: 12302201
INVOICE NO.: 2004998

| Date | Name / Description | Hours |
|---|---|---|
| 05/20/20 | SAMUEL RATTIGAN<br>Work re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; continue work updating docket file w/ filings related to Plaintiffs Motion for Preliminary Injunction and Opposition to same; review/monitor the Court's docket and work updating case file. | .90 |
| 05/21/20 | MARC E. KASOWITZ<br>Review proposed findings of fact and conclusion of law re ▮▮▮▮▮▮▮▮▮▮ | .30 |
| 05/21/20 | ANN M. ST. PETER-GRIFFITH<br>Continue reviewing and editing Proposed Findings of Fact and Conclusions of Law re ▮▮▮▮▮▮▮▮; review and revise memorandum of law; KBT team call; call with Attorney Rotman for court ordered meet and confer; identify transcript pages for submission. | 10.50 |
| 05/21/20 | KALITAMARA L. MOODY<br>Research and draft and revise conclusions of law; draft and revise proposed findings of fact; preparations for filing. | 8.60 |
| 05/21/20 | ANDREW MUIR<br>Draft proposed findings of fact re evidence from ▮▮▮▮▮▮. | 5.10 |
| 05/21/20 | ANDREW MUIR<br>Prepare for call and meet and confer with R. Rotman re sealing procedures; review and revise draft memorandum of law and proposed findings of fact. | 9.90 |
| 05/21/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with ▮▮▮▮▮▮▮▮▮▮ regarding legal research and filings; further draft of preliminary injunction brief; review of proposed conclusions of law; review of proposed findings of fact; review of factual record in preparation of filing; review and revise of proposed facts and conclusions of law; review of edits to briefs. | 8.80 |
| 05/21/20 | AMANDA NUNEZ<br>Phone call with K. Moody; Prepare Preliminary Injunction Motion exhibits. | 3.20 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM

NYSCEF DOC. NO. 3

Case 1:20-44377-jmm  Doc 61-5  Filed 06/16/21  Entered 06/16/21 20:39:39

Case 1:24-cv-05211-JMF  Document 1-1  Filed 07/10/24  Page 64 of 190

INDEX NO. 155158/2024

RECEIVED NYSCEF: 06/04/2024

HC2, Inc. d/b/a Hire Counsel          May 31, 2020     PAGE  17
FILE NUMBER: 12302201
INVOICE NO.: 2004998

05/21/20  SAMUEL RATTIGAN                                      1.90
          Work updating documents in case file w/
          ██████████████ and work
          monitoring the Court's docket to update Docket
          file.

05/22/20  MARC E. KASOWITZ                                      .40
          Review filings and draft motion.

05/22/20  RONALD R. ROSSI                                      5.30
          Attention to Delaney employment dispute re
          ███████████████████████████, review and
          revise PI memo of law and supporting papers;
          discuss same with AM and AS-G.

05/22/20  ANN M. ST. PETER-GRIFFITH                           7.10
          Review draft memorandum of law; remit email to
          R. Rotman re: designation of deposition
          transcript pages; ████████████████; attend
          to email with R. Rotman, Defense counsel re:
          parties' joint submission of deposition
          excerpts; review notice of motion; review Rossi
          declaration; review filing submitted by Delaney
          and identify cited exhibits; ███████████████
          ███████.

05/22/20  KALITAMARA L. MOODY                                 8.30
          Draft and revise proposed findings of fact and
          conclusions of law per ARJM; assist with
          preliminary injunction filing per ARJM.

05/22/20  ANDREW MUIR                                         2.30
          Complete revising draft MOL and confirming
          record citations.

05/22/20  ANDREW MUIR                                         7.60
          Draft Rossi declaration for filing and
          attention to finalizing all other papers for
          filing on the public docket and under seal.

05/22/20  MAXWELL SANDGRUND                                  10.30
          Draft and review of email correspondence ████
          ████████████regarding ████████; review and
          revise of proposed facts and conclusions of
          law; review of exhibits in preparation of
          filing and sealing; conducted and reviewed
          legal research ████████████████████; draft
          of notice of motion in preparation of filing;
          prepare exhibits for filing.

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 65 of 190

HC2, Inc. d/b/a Hire Counsel                     May 31, 2020      PAGE   18
FILE NUMBER: 12302201
INVOICE NO.: 2004998

| Date | Description | Hours |
|---|---|---|
| 05/22/20 | AMANDA NUNEZ<br>Preparation for Preliminary Injunction Motion filing. | 4.10 |
| 05/22/20 | SAMUEL RATTIGAN<br>Work updating docket folder w/ recent filings related to HC2's Motion for Preliminary Injunction and work quality checking exhibits ISO of same to confirm correct exhibits filed. | 2.60 |
| 05/22/20 | RICARDO P. MCLEAN<br>Prepare discovery documents for court filing as requested by A. Nunez. | .80 |
| 05/23/20 | KALITAMARA L. MOODY<br>Draft Preliminary Injunction hearing outline per ARJM. | 2.30 |
| 05/23/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence ████ ████████regarding oral argument preparation. | .50 |
| 05/24/20 | KALITAMARA L. MOODY<br>Draft case timeline for PI hearing; oral argument outline drafting. | 3.30 |
| 05/24/20 | ANDREW MUIR<br>Draft oral argument preparation materials, including chart of contract provisions and revise argument outline, chronology and evidence of improper disclosures. | 5.60 |
| 05/24/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence ████ █████████regarding █████████ ████████; review of ████████ ███████; review of ████ declaration and deposition; ██████ ███████████████████████████. | 2.30 |
| 05/25/20 | RONALD R. ROSSI<br>Prepare for PI hearing re Delaney employment dispute. | 2.70 |
| 05/25/20 | KALITAMARA L. MOODY<br>Preliminary Injunction hearing preparations per ARJM. | 3.10 |

| HC2, Inc. d/b/a Hire Counsel | May 31, 2020 | PAGE 19 |
|---|---|---|

FILE NUMBER: 12302201
INVOICE NO.: 2004998

| | | |
|---|---|---|
| 05/25/20 | ANDREW MUIR<br>Review authorities cited ████████ ████████ in order to update R. Rossi re same in preparation for preliminary injunction hearing. | 2.50 |
| 05/25/20 | MAXWELL SANDGRUND<br>Review of email correspondence from █████ ██████████ regarding oral argument preparation; review of case summaries in preparation of oral argument. | .60 |
| 05/26/20 | MARC E. KASOWITZ<br>Work re oral argument and report. | .50 |
| 05/26/20 | RONALD R. ROSSI<br>Prepare for and attend PI hearing re Delaney employment dispute; debrief w AS-G, MEK, ████ ████████████████ re same. | 5.60 |
| 05/26/20 | ANN M. ST. PETER-GRIFFITH<br>Conference with R Rossi; attend preliminary injunction hearing re Delaney employment dispute; conference with K. Moody and A. Muir. | 3.10 |
| 05/26/20 | ANDREW MUIR<br>Review counterclaims and begin researching grounds to dismiss in preparation for drafting motion to dismiss; prepare materials for and attend preliminary injunction hearing re Delaney employment dispute. | 4.10 |
| 05/26/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence █████ ██████████████ regarding oral argument; review of court rules regarding oral argument; review of defendant's counterclaims; review of court updates. | 1.20 |
| 05/26/20 | SAMUEL RATTIGAN<br>Continue work updating case Docket file w/ recently filed exhibits ISO of HC2's Motion for Preliminary Injunction and work updating and organizing all documents filed under seal. | 1.30 |
| 05/27/20 | MARC E. KASOWITZ<br>Work re Judge Liman decision; work re █████. | .30 |

HC2, Inc. d/b/a Hire Counsel          May 31, 2020     PAGE   20
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/27/20   RONALD R. ROSSI                                          1.80
           Attend PI hearing re Delaney employment
           dispute; numerous discussions debriefing re
           same.

05/27/20   ANN M. ST. PETER-GRIFFITH                               4.10
           Attend to email re: ███████████
           ██████████; draft letter to Court and assemble
           case exhibits; ████████████████; attend
           conference with Court announcing order; attend
           to email re: ████████████; conference with R.
           Rossi re: ████████████;
           ██████████████.

05/27/20   KALITAMARA L. MOODY                                      .60
           Draft and revise letter to the Court per ASPG.

05/27/20   ANDREW MUIR                                             1.10
           Attend hearing re order on application for
           preliminary injunction.

05/27/20   ANDREW MUIR                                             3.00
           Research causes of action alleged in
           counterclaims in preparation for motion to
           dismiss.

05/27/20   MAXWELL SANDGRUND                                       .80
           Draft and review of email correspondence ████
           ████████████regarding oral argument;
           review of legal research regarding potential
           motion to dismiss of counterclaims.

05/28/20   RONALD R. ROSSI                                         1.20
           Attention to MTD Delaney counterclaims; discuss
           same w AM and AS-G.

05/28/20   ANN M. ST. PETER-GRIFFITH                               1.40
           Conference with R. Rotman re: ████████████
           ████████████; KBT team call re: counterclaims;
           ██████████████████.

05/28/20   ANDREW MUIR                                             2.40
           Attention to response to ████████ re ████████;
           attention to ordering transcript of PI order;
           correspond with M. Sandgrund re ████████████
           ████████████; calls with A. St.
           Peters-Griffith and R. Rossi re strategy for
           responding to complaint; meet and confer call
           with R. Rotman re ████████████.

Case 1:20-cv-04377-JMF   Doc 61-5   Filed 06/16/21   Entered 06/16/21 20:39:30
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 68 of 190

HC2, Inc. d/b/a Hire Counsel           May 31, 2020      PAGE   21
FILE NUMBER: 12302201
INVOICE NO.: 2004998

| | | |
|---|---|---|
| 05/28/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence ███<br>████████ regarding ████████;<br>review of ████████ in preparation of<br>legal research; conducted and reviewed legal<br>research regarding counterclaims in preparation<br>of motion to dismiss. | 7.80 |
| 05/29/20 | RONALD R. ROSSI<br>Attention to MTD. | 2.30 |
| 05/29/20 | ANN M. ST. PETER-GRIFFITH<br>Team call re: Motion to Dismiss strategy re<br>Delaney's counterclaims; attend to email with<br>████████; attend to email with R. Rossi; draft<br>response email to R. Rotman re: enlargement;<br>conference call with ████████████<br>████████; conference call with R. Rotman<br>concerning enlargement. | 2.30 |
| 05/29/20 | KALITAMARA L. MOODY<br>████████conference call re motion to dismiss<br>Delaney's counterclaims; conference call with<br>ARJM and MS re motion to dismiss. | 1.40 |
| 05/29/20 | ANDREW MUIR<br>Research case law re motions to dismiss<br>Delaney's counterclaims and correspond with<br>case team re research and drafting strategy. | 4.00 |
| 05/29/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence ███<br>████████regarding motion to dismiss<br>Delaney's counterclaims; participated in<br>telephone conferences ████████████████<br>regarding motion to dismiss; review of<br>counterclaims in preparation of motion to<br>dismiss; conducted and reviewed legal research<br>regarding counterclaims in preparation of<br>motion to dismiss; draft of motion to dismiss. | 11.40 |
| 05/29/20 | SAMUEL RATTIGAN<br>Review/monitor the Court's Docket in order to<br>confirm internal Docket file to be updated w/<br>all filings and confirm all upcoming hearings<br>dates are on calendar. | .70 |
| 05/30/20 | ANDREW MUIR<br>Revise draft motion to dismiss and call with M.<br>Sandgrund re same. | 5.30 |

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020          PAGE  22
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/30/20   MAXWELL SANDGRUND                                                    12.20
           Draft and review of email correspondence ████
           ██████████████ regarding motion to dismiss;
           participated in telephone conferences with A.
           Muir regarding motion to dismiss; conducted and
           reviewed legal research regarding counterclaims
           in preparation of motion to dismiss; further
           draft of motion to dismiss.

05/31/20   KALITAMARA L. MOODY                                                   4.30
           Draft and revise motion to dismiss Delaney's
           counterclaims per ARJM.

05/31/20   ANDREW MUIR                                                          11.90
           Research re Delaney's counterclaims and revise
           draft motion to dismiss the same.

05/31/20   MAXWELL SANDGRUND                                                    10.10
           Draft and review of email correspondence ████
           ████████████ regarding motion to dismiss
           Delaney' counterclaims; conducted and reviewed
           legal research regarding ███████████ in
           preparation of motion to dismiss; further draft
           of motion to dismiss.


                   TOTAL HOURS                                                 692.90

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
Case 1:20-44372-jmm Doc 615 Filed 06/16/21 Entered 06/16/21 20:30:38 INDEX NO. 155158/2024

NYSCEF DOC. NO. 3
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 70 of 190
RECEIVED NYSCEF: 06/04/2024

```
HC2, Inc. d/b/a Hire Counsel          May 31, 2020      PAGE  23
FILE NUMBER: 12302201
INVOICE NO.: 2004998


                          HOURS        RATE         AMOUNT
            PARTNER
            KIRSTEN C. JACKSON         11.30      600.00       6,780.00
            MARC E. KASOWITZ           4.10     1,950.00       7,995.00
            RONALD R. ROSSI            85.30    1,150.00      98,095.00
            ANN M. ST. PETER-GRIFFITH  99.00      705.00      69,795.00


            ASSOCIATE
            KALITAMARA L. MOODY       113.20      825.00      93,390.00
            ANDREW MUIR               206.80      475.00      98,230.00
            MAXWELL SANDGRUND         120.00      675.00      81,000.00


            PARALEGAL
            RICARDO P. MCLEAN          35.80      315.00      11,277.00
            AMANDA NUNEZ               7.30       325.00       2,372.50
            SAMUEL RATTIGAN            10.10      195.00       1,969.50



                  TOTAL FEES                              $470,904.00

            FILING FEES                                       400.00
            PROFESSIONAL SERVICES                           5,523.15
            AUTOMATED RESEARCH                              5,331.32
            DOCUMENT REPRODUCTION                             391.02

                  TOTAL COSTS                             $11,645.49


                  TOTAL FEES AND COSTS                   $482,549.49
```



**Intelligence**Options

163 BROADWAY
NEW YORK, NY 10019
TEL 212-506-1352
FAX 212-265-9179

WWW.INTELLIGENCEOPTIONS.COM
INTELLIGENCEOPTIONS.COM

Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019


MARC E. KASOWITZ
K12302201


INVOICE NUMBER 2003622               May 31, 2020

**RE: HC2, Inc. d/b/a Hire Counsel / Hire Counsel v. Delaney**

FOR INVESTIGATIVE SERVICES rendered through May 15, 2020

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 05/15/2020 Investigative Duties. | 7.50 | 350.00 | 2,625.00 |
| TOTAL HOURS/AMOUNT | 7.50 |  | $2,625.00 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | | $2,447.93 |

| FEES | $2,625.00 |
|---|---|
| DISBURSEMENTS | 2,447.93 |
| SALES TAX | 450.22 |
| **TOTAL AMOUNT DUE** | **$5,523.15** |


INTELLIGENCE OPTIONS LLC IS A SUBSIDIARY COMPANY OF THE LAW
FIRM KASOWITZ BENSON TORRES LLP

## KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

Marc E. Kasowitz
Direct Dial: 212-506-1710
Direct Fax: 212-835-5010
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

September 25, 2020

Joan Davison
HC2, Inc. d/b/a Hire Counsel
225 West Washington Street
Chicago, IL  60606

Re: Hire Counsel v. Delaney

Dear Joan:

I hope you and your family are safe and well.

I enclose our invoice for professional services rendered and disbursements incurred from June through July 2020.  Also enclosed is a detailed summary of services.

Please let me know if you have any questions.

Best.

Sincerely,

Marc E. Kasowitz

Enclosures

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 73 of 190

**KASOWITZ  BENSON  TORRES LLP**
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799                    FED. ID. 13-3720397
212-506-1700
FACSIMILE: 212-506-1800


HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606


INVOICE NO.: 2005911                    September 25, 2020


RE: Hire Counsel v. Delaney


FOR PROFESSIONAL SERVICES rendered
through the month of July 2020
as reflected on the attached printout.


| | |
|---|---|
| Fees | $153,922.50 |
| Less 10% Discount | (15,392.25) |
| Total Fees | $138,530.25 |
| Disbursements | 2,686.31 |
| Current Amount Due | $141,216.56 |
| Previous Balance | 467,914.01 |
| **TOTAL AMOUNT DUE** | **$609,130.57** |


5401
12302201

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**

**Federal I.D. # 13-3720397**

JULY 31, 2020

12302201
HC2, Inc. d/b/a Hire Counsel
Hire Counsel v. Delaney

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|---|---|---|
| 06/01/20 | RONALD R. ROSSI<br>Review and revise draft MTD; legal research re same; t/c w AS-G and AM re same; attention to sealing issues. | 7.80 |
| 06/01/20 | ANN M. ST. PETER-GRIFFITH<br>Review Motion to Dismiss draft; email Attorney Rotman re: meet and confer concerning sealing; ████████████████████████████████; strategy call with A. Muir; meet and confer with Delaney counsel; conference with R. Rossi;. | 2.80 |
| 06/01/20 | ANDREW MUIR<br>Research and revise draft motion to dismiss counterclaims. | 6.80 |
| 06/01/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence ████ ████████████ regarding motion to dismiss; conducted and reviewed legal research regarding counterclaims in preparation of motion to dismiss; review and revise motion to dismiss. | 3.40 |
| 06/02/20 | RONALD R. ROSSI<br>Draft MTD; legal research re same; numerous t/cs w AM re same; AS-G re sealing issues; t/c w ████████████████; t/c w ████████████ re status and strategy. | 8.90 |
| 06/02/20 | ANN M. ST. PETER-GRIFFITH<br>Continue revising/editing Motion to Dismiss; ████████████████. | 2.30 |

HC2, Inc. d/b/a Hire Counsel                Jul 31, 2020        PAGE   2
FILE NUMBER: 12302201
INVOICE NO.: 2005911

| Date | Timekeeper / Description | Hours |
|------|--------------------------|-------|
| 06/02/20 | KIRSTEN C. JACKSON<br>Draft correspondence to ████████████. | 1.00 |
| 06/02/20 | KALITAMARA L. MOODY<br>Research in preparation for moving to dismiss per ARJM. | 2.30 |
| 06/02/20 | ANDREW MUIR<br>Research and revise motion to dismiss counterclaims; call with R.Rossi re arguments in motion to dismiss. | 9.60 |
| 06/02/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence ████ regarding motion to dismiss; conducted and reviewed legal research regarding counterclaims in preparation of motion to dismiss; review of court rules in preparation of motion to dismiss. | 3.10 |
| 06/02/20 | MATTHEW LAWRENCE<br>Review ████████████ Case Law; correspond with A. Muir, K. Moody, and M. Sandgrund regarding same. | 2.00 |
| 06/03/20 | MARC E. KASOWITZ<br>Review correspondence. | .20 |
| 06/03/20 | RONALD R. ROSSI<br>Draft MTD and finalize supporting papers; t/c w AM re same; attention to █████████; t/c with AS-G re same; t/c w █████ re same. | 6.20 |
| 06/03/20 | ANN M. ST. PETER-GRIFFITH<br>Prepare letter to court re: sealing and scheduling; evaluate what will be unsealed; attend to ████; conference with ████████; review and provide comments re: Motion to Dismiss; attending to drafting/editing proposed order. | 6.40 |
| 06/03/20 | KALITAMARA L. MOODY<br>Draft and revise motion to dismiss per ARJM; draft and revise letter motion to seal per ASPG. | 5.90 |
| 06/03/20 | ANDREW MUIR<br>Conduct additional research re ████████ sections alleged in counterclaims and revise draft motion to dismiss. | 9.10 |

HC2, Inc. d/b/a Hire Counsel            Jul 31, 2020      PAGE   3
FILE NUMBER: 12302201
INVOICE NO.: 2005911

06/03/20   MAXWELL SANDGRUND                                      12.40
           Draft and review of email correspondence ████
           ████████████ regarding motion to dismiss;
           review and revise motion to dismiss; prepare
           motion to dismiss for filing; draft of notice
           of motion; conducted and reviewed legal
           research regarding counterclaims in preparation
           of motion to dismiss.

06/03/20   SAMUEL RATTIGAN                                          .90
           Draft shell of declaration of R. Rossi ISO
           HC2's Motion to Dismiss Counterclaims; work
           finalizing exhibits ISO of Motion to Dismiss
           Counterclaims.

06/04/20   MARC E. KASOWITZ                                        .50
           Review correspondence; work re strategy.

06/04/20   ANN M. ST. PETER-GRIFFITH                              .60
           Review notice from Court re: proposed order;
           review redactions and attend to related email;.

06/04/20   MAXWELL SANDGRUND                                      .10
           Review of docket.

06/04/20   SAMUEL RATTIGAN                                        .70
           Work updating docket file w/ HC2's motion to
           dismiss Defendant's counter-claims;
           review/monitor the court's docket in order to
           confirm docket file to be up to date.

06/05/20   ANN M. ST. PETER-GRIFFITH                              .10
           Attend to email with ████████████████re:
           response from Delaney to our letter motion
           concerning sealing.

06/05/20   MAXWELL SANDGRUND                                      .20
           Draft and review of email correspondence ████
           ████████████ regarding legal research.

06/06/20   MATTHEW LAWRENCE                                      1.80
           Research case law concerning ████████████
           ████████████.

06/08/20   KIRSTEN C. JACKSON                                     .70
           Review and revise correspondence to ██████.

06/08/20   MAXWELL SANDGRUND                                     3.60
           Draft and review of email correspondence ████
           ████████████ regarding ████████████;
           conducted and reviewed legal research regarding

HC2, Inc. d/b/a Hire Counsel                    Jul 31, 2020      PAGE    4
FILE NUMBER: 12302201
INVOICE NO.: 2005911

| | | |
|---|---|---|
| 06/08/20 | MATTHEW LAWRENCE<br>Research case law concerning ███████<br>████████████ and correspond with<br>A. Muir, K. Moody, and M. Sandgrund regarding<br>same. | 1.70 |
| 06/09/20 | RONALD R. ROSSI<br>T/c with ███████ re ███████. | .30 |
| 06/09/20 | KIRSTEN C. JACKSON<br>Review and revise correspondence to ██████. | .50 |
| 06/09/20 | MAXWELL SANDGRUND<br>Review of Delaney answer; conducted and<br>reviewed legal research regarding ███████<br>███████. | 1.20 |
| 06/10/20 | MARC E. KASOWITZ<br>Review emails. | .30 |
| 06/10/20 | KIRSTEN C. JACKSON<br>Review and revise correspondence to ██████. | .50 |
| 06/10/20 | ANDREW MUIR<br>Prepare documents in response to request ████<br>██████ and attention to transmitting same. | .60 |
| 06/12/20 | ANDREW MUIR<br>Attention to research re ██████████<br>████████████████. | .60 |
| 06/12/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with<br>A. Muir regarding ███████████; conducted and<br>reviewed legal research regarding ████████<br>████. | 4.30 |
| 06/14/20 | KALITAMARA L. MOODY<br>Review █████████████████████<br>████████████ per ARJM. | 1.30 |
| 06/15/20 | ANN M. ST. PETER-GRIFFITH<br>Attend to email with ██████ re:<br>████████; conference with<br>K. Moody re: same; attend to team email re:<br>████████████████<br>██████. | .70 |

```
HC2, Inc. d/b/a Hire Counsel          Jul 31, 2020     PAGE    5
FILE NUMBER: 12302201
INVOICE NO.: 2005911


06/15/20   ANDREW MUIR                                           2.60
           Attention to research regarding ██████████
           ████████████████████████████████████████.

06/15/20   MAXWELL SANDGRUND                                    3.30
           Draft and review of email correspondence with
           A. Muir regarding legal research; conducted and
           reviewed legal research regarding ████████████
           ████████████████████████████████████.

06/16/20   ANN M. ST. PETER-GRIFFITH                             .30
           Conference with R. Rossi; attend to email to ██
           ████ re: ██████████████████████████████████
           ██████████████.

06/16/20   ANDREW MUIR                                           .60
           Attention to deposition confidentiality
           designations ██████████████████████████ re same.

06/16/20   ANDREW MUIR                                          1.00
           Call with M.Sandgrund re l██████████████████
           ██████████████████████████.

06/16/20   MAXWELL SANDGRUND                                    4.80
           Draft and review of email correspondence with
           A. Muir regarding legal research; telephone
           conference with A. Muir regarding legal
           research; conducted and reviewed legal research
           regarding personal service requirements; draft
           of letter to defendant's counsel regarding
           personal service.

06/17/20   ANN M. ST. PETER-GRIFFITH                             .40
           Attend to email re: ██████████████████████████
           ██████████████████; conference with ████████████
           ██.

06/17/20   ANDREW MUIR                                          3.40
           Attention to submitting ████████████████████
           ████████████ to ██████████; research ████████████
           ████████████████████ and
           begin revising draft letter to opposing
           counsel; conference with A. St.Peters-Griffith
           re same.

06/17/20   MAXWELL SANDGRUND                                    1.30
           Draft and review of email correspondence with
           A. Muir regarding ████████████████; conducted and
           reviewed legal research ████████████████████████
           ████████████.
```

Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 79 of 190

| HC2, Inc. d/b/a Hire Counsel | Jul 31, 2020 | PAGE | 6 |

FILE NUMBER: 12302201
INVOICE NO.: 2005911

| 06/18/20 | RONALD R. ROSSI | 1.50 |
| | Review opposition to MTD, discuss same with AM and AS-G. | |

| 06/18/20 | ANN M. ST. PETER-GRIFFITH | 1.10 |
| | Review opposition to motion to dismiss counterclaims; team conference call; attend to email from K. Moody re: ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇. | |

| 06/18/20 | KALITAMARA L. MOODY | 1.40 |
| | Prepare for and attend call re ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ with RRR, ASPG, ARJM, and MS; review Delaney opposition to motion to dismiss per ARJM. | |

| 06/18/20 | ANDREW MUIR | 1.70 |
| | Begin analyzing opposition to motion to dismiss and call with litigation team regarding reply. | |

| 06/18/20 | ANDREW MUIR | 2.40 |
| | Analyze research regarding ▇▇▇▇▇▇▇▇▇▇ and revise draft letter to Delaney's counsel re acceptance of service. | |

| 06/18/20 | MAXWELL SANDGRUND | 2.30 |
| | Draft and review of email correspondence ▇▇▇ ▇▇▇▇ regarding motion to dismiss; telephone conference with ▇▇▇▇▇ regarding motion to dismiss; review of defendant's opposition to motion to dismiss; review of motion to dismiss; review of complaint. | |

| 06/18/20 | SAMUEL RATTIGAN | 3.70 |
| | Work organizing and indexing materials for ARJM in preparation for drafting Reply to Motion to Dismiss; monitor/review the Court's docket in order to confirm case docket file to be up to date and all upcoming hearings and deadlines confirmed. | |

| 06/19/20 | ANDREW MUIR | .80 |
| | Begin drafting arguments for reply in further support of motion to stay. | |

| 06/20/20 | ANDREW MUIR | 4.60 |
| | Analyze Delaney's counterclaims and begin to research case law for inclusion in reply in support of Motion to dismiss. | |

HC2, Inc. d/b/a Hire Counsel                 Jul 31, 2020       PAGE    7
FILE NUMBER: 12302201
INVOICE NO.: 2005911


06/21/20   ANN M. ST. PETER-GRIFFITH                              .50
           Conference with A. Muir re: reply to opposition
           to Motion to Dismiss.

06/21/20   ANDREW MUIR                                          10.00
           Review counterclaims and opposition, research
           case law in opposition brief and draft reply.

06/22/20   RONALD R. ROSSI                                       1.30
           Attention to reply brief re MTD.

06/22/20   ANDREW MUIR                                          13.10
           Research and draft reply in further support of
           motion to dismiss.

06/23/20   RONALD R. ROSSI                                       8.80
           Attention to review and revision of reply to
           MTD; numerous correspondence and t/c w AM re
           same.

06/23/20   PAUL BURGO                                            .10
           Review audit letter and related corr. w/ R.
           Rossi, G. Schryver, B. Rutcofsky, and J. Recine
           re same.

06/23/20   ANN M. ST. PETER-GRIFFITH                             .50
           Review and revise Reply memorandum to
           Opposition to Motion to Dismiss Counterclaim;
           ███████████████████████████████████████████
           ███████.

06/23/20   ANDREW MUIR                                          4.60
           Revise draft reply in further support of motion
           to dismiss counterclaims based on review by R.
           Rossi.

06/23/20   MAXWELL SANDGRUND                                    4.60
           Draft and review of email correspondence ████
           ████████ regarding reply brief; review of reply
           brief; conducted and reviewed legal research
           regarding abuse of process; conducted and
           reviewed legal research regarding defamation.

06/23/20   SAMUEL RATTIGAN                                      1.10
           T/C w/ ARJM re preparing draft letter to ████
           and work drafting same; review/monitor the
           Court's docket to confirm case docket file to
           be current.

HC2, Inc. d/b/a Hire Counsel                    Jul 31, 2020        PAGE    8
FILE NUMBER: 12302201
INVOICE NO.: 2005911


06/24/20    RONALD R. ROSSI                                         5.20
            Attention to review and revision of reply brief
            to MTD; supervise filing of same.

06/24/20    ANDREW MUIR                                            2.70
            Finalize reply brief and attention to filing
            same.

06/24/20    MAXWELL SANDGRUND                                      1.80
            Draft and review of email correspondence ███
            ███████████ and ███████████████████████
            regarding reply brief; review of reply brief;
            conducted and reviewed legal research regarding
            abuse of process; conducted and reviewed legal
            research regarding defamation.

07/02/20    KIRSTEN C. JACKSON                                     1.20
            Review ████████████.

07/02/20    ANDREW MUIR                                            4.00
            Attention to ██████████████████ issues.

07/06/20    SAMUEL RATTIGAN                                         .30
            Initial reviews of deposition notices for
            Hartstein, Davison, and Ayala and work saving
            same to case file.

07/08/20    ANDREW MUIR                                             .60
            Revise, finalize and transmit letter to R.
            Rotman re service.

07/10/20    ANDREW MUIR                                             .60
            Analyze response from opposing counsel; draft
            reply and coordinate with R. Rossi; correspond
            with opposing counsel re acceptance of service.

07/10/20    MAXWELL SANDGRUND                                      .40
            Review of email correspondence from A. Muir
            regarding case update; review of defendant
            document requests.

07/13/20    KIRSTEN C. JACKSON                                     2.00
            Attention to ██████████████████ issues.

07/13/20    ANDREW MUIR                                             .30
            Attention to ██████████████████ issues.

07/13/20    SAMUEL RATTIGAN                                         .20
            Work updating case file w/ Delaney's second
            discovery requests and recently filed Court
            Order.

HC2, Inc. d/b/a Hire Counsel          Jul 31, 2020     PAGE    9
FILE NUMBER: 12302201
INVOICE NO.: 2005911

| | | |
|---|---|---:|
| 07/14/20 | ANDREW MUIR<br>Attention to ██████████ issues. | .40 |
| 07/15/20 | ANDREW MUIR<br>Confirm delivery of document production to<br>client and correspond with client re same. | .20 |
| 07/16/20 | ANDREW MUIR<br>Attention to ██████████ ██████████<br>████████. | 1.30 |
| 07/17/20 | MARC E. KASOWITZ<br>Review Judge Liman decision. | .20 |
| 07/17/20 | RONALD R. ROSSI<br>Attend conference re MTD decision, update trial<br>team re same. | 1.20 |
| 07/17/20 | ANDREW MUIR<br>Attend hearing re motion to dismiss. | .40 |
| 07/17/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with<br>R. Rossi regarding court conference; review of<br>court docket. | .30 |
| 07/20/20 | ANDREW MUIR<br>Review ██████████, prior requests from<br>████████, orders re filing under seal and<br>protective order and draft reply to ██████ for<br>use by R. Rossi. | 3.00 |
| 07/21/20 | ANDREW MUIR<br>Review and revise draft letters to opposing<br>counsel re discovery; attention to researching,<br>preparing and filing certificate of service re<br>summons and complaint. | 4.90 |
| 07/21/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with<br>A. Muir regarding service dates. | .30 |
| 07/21/20 | SAMUEL RATTIGAN<br>Work editing and preparing emails to be used as<br>exhibits ISO declaration to dismiss<br>counter-claims. | .40 |
| 07/22/20 | ANDREW MUIR<br>Revise correspondence re discovery deficiencies<br>and correspond with R. Rossi re same. | 1.60 |

HC2, Inc. d/b/a Hire Counsel          Jul 31, 2020     PAGE  10
FILE NUMBER: 12302201
INVOICE NO.: 2005911

07/23/20  ANDREW MUIR                                               .70
          Finalize correspondence to opposing counsel re
          discovery and transmit same; draft update to
          and correspond with █████████████████.

07/23/20  SAMUEL RATTIGAN                                           .90
          Finalize outgoing correspondence from ARJM;
          work researching requirements and costs and
          ordering transcript of hearing re motion to
          dismiss counterclaims.

07/24/20  KIRSTEN C. JACKSON                                        .50
          Strategy re: █████████████████████████.

07/29/20  SAMUEL RATTIGAN                                           .20
          Review/monitor the Court's docket to confirm
          case file to be current.

07/30/20  ANDREW MUIR                                               .20
          Attention to upcoming deadlines re settlement
          conference.

07/30/20  SAMUEL RATTIGAN                                           .30
          Review/monitor the Court's docket and work
          updating case docket file.


                    TOTAL HOURS                          229.50

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM

NYSCEF DOC. NO. 3

Case 1:20-44372-jmm Doc 61-5 Filed 06/16/21 Entered 06/16/21 20:30:30

INDEX NO. 155158/2024

Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 84 of 190

RECEIVED NYSCEF: 06/04/2024

HC2, Inc. d/b/a Hire Counsel          Jul 31, 2020     PAGE  11
FILE NUMBER: 12302201
INVOICE NO.: 2005911

|                              | HOURS  | RATE     | AMOUNT    |
|------------------------------|--------|----------|-----------|
| PARTNER                      |        |          |           |
| PAUL BURGO                   | .10    | 1,075.00 | 107.50    |
| KIRSTEN C. JACKSON           | 6.40   | 600.00   | 3,840.00  |
| MARC E. KASOWITZ             | 1.20   | 1,950.00 | 2,340.00  |
| RONALD R. ROSSI              | 41.20  | 1,150.00 | 47,380.00 |
| ANN M. ST. PETER-GRIFFITH    | 15.70  | 705.00   | 11,068.50 |
|                              |        |          |           |
| ASSOCIATE                    |        |          |           |
| MATTHEW LAWRENCE             | 5.50   | 475.00   | 2,612.50  |
| KALITAMARA L. MOODY          | 10.90  | 825.00   | 8,992.50  |
| ANDREW MUIR                  | 92.40  | 475.00   | 43,890.00 |
| MAXWELL SANDGRUND            | 47.40  | 675.00   | 31,995.00 |
|                              |        |          |           |
| PARALEGAL                    |        |          |           |
| SAMUEL RATTIGAN              | 8.70   | 195.00   | 1,696.50  |


                TOTAL FEES                    $153,922.50

OFFICIAL RECORDS SEARCH                            76.90
PROFESSIONAL SERVICES                             443.53
AUTOMATED RESEARCH                              1,990.91
DOCUMENT REPRODUCTION                             153.18
DOCUMENT DELIVERY                                  21.79

                TOTAL COSTS                     $2,686.31


            TOTAL FEES AND COSTS              $156,608.81

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
DIRECT FAX: 212-835-5010
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

October 15, 2020

Joan Davison
HC2, Inc. d/b/a Hire Counsel
225 West Washington Street
Chicago, IL 60606

Re: <u>Hire Counsel v. Delaney</u>

Dear Joan:

I hope you and your family are safe and well.

I enclose our invoice for professional services rendered and disbursements incurred through August 2020. Also enclosed is a detailed summary of services.

Please let me know if you have any questions.

Best.

Sincerely,

Marc E. Kasowitz

Enclosures

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 86 of 190

**KASOWITZ BENSON TORRES LLP**
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2006506                    October 15, 2020

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of August 2020
as reflected on the attached printout.

| | |
|---|---|
| Fees | $1,674.50 |
| Less 10% Discount | (167.45) |
| Total Fees | $1,507.05 |
| Disbursements | 332.91 |
| Current Amount Due | $1,839.96 |
| Previous Balance | 576,675.65 |
| **TOTAL AMOUNT DUE** | **$578,515.61** |

5401
12302201

Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 87 of 190

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**

**Federal I.D. # 13-3720397**

AUGUST 31, 2020

12302201
HC2, Inc. d/b/a Hire Counsel
Hire Counsel v. Delaney

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 07/17/20 | DANIEL R. BENSON<br>Work re ████████ re J. Liman decision. | .50 |
| 08/03/20 | SAMUEL RATTIGAN<br>Confer w/ ARJM re status of hearing transcript<br>on motion to dismiss counterclaims. | .10 |
| 08/04/20 | SAMUEL RATTIGAN<br>Email w/ SD Reporters re the status of<br>transcript from hearing on Motion to Dismiss<br>Counter-Claims and work updating case file re<br>same. | .30 |
| 08/07/20 | SAMUEL RATTIGAN<br>Update case file w/ recently filed notice of<br>counsel and review/monitor the Court's Docket<br>to confirm file to be complete. | .20 |
| 08/10/20 | SAMUEL RATTIGAN<br>Update case discovery folder w/ HC2's responses<br>to Delaney's second discovery requests. | .10 |
| 08/11/20 | SAMUEL RATTIGAN<br>Update case file w/ recently file Notice of<br>Filing of Transcript and confer w/ ARJM re<br>the Court's error in same. | .20 |
| 08/12/20 | SAMUEL RATTIGAN<br>Update case Docket file w/ recently filed<br>letter motions and responses to same and work<br>re general file maintenance. | .70 |
| 08/13/20 | SAMUEL RATTIGAN<br>Work w/ B. Guignard and J. Hernandez re<br>payment of invoice for hearing transcripts. | .20 |

HC2, Inc. d/b/a Hire Counsel                     Aug 31, 2020      PAGE    2
FILE NUMBER: 12302201
INVOICE NO.: 2006506


08/14/20 SAMUEL RATTIGAN                                                    .10
         Review/monitor the Court's docket to identify
         any new filings not in the case Docket folder.

08/17/20 SAMUEL RATTIGAN                                                    .40
         Work reviewing case file to confirm all recent
         filings and communications are in same.

08/18/20 SAMUEL RATTIGAN                                                    .30
         Review/monitor the Court's Docket ot confirm
         case Docket folder to be complete.

08/20/20 SAMUEL RATTIGAN                                                    .30
         Monitor/review the Court's Docket to identify
         any new filings not in the case file and
         confirm all hearings to be calendared.

08/25/20 SAMUEL RATTIGAN                                                    .90
         Review/monitor the Court's docket and multiple
         emails from MAO fwd recent filings and work
         updating case docket file w/ multiple same.

08/26/20 SAMUEL RATTIGAN                                                    .30
         Review/monitor the Court's Docket to confirm
         case Docket folder to be complete.


                     TOTAL HOURS                                           4.60

```
HC2, Inc. d/b/a Hire Counsel              Aug 31, 2020     PAGE   3
FILE NUMBER: 12302201
INVOICE NO.: 2006506


                        HOURS        RATE         AMOUNT
        PARTNER
        DANIEL R. BENSON         .50     1,750.00       875.00

        PARALEGAL
        SAMUEL RATTIGAN        4.10       195.00       799.50



                 TOTAL FEES                       $1,674.50

        OFFICIAL RECORDS SEARCH                       7.30
        AUTOMATED RESEARCH                          325.61

                 TOTAL COSTS                        $332.91


             TOTAL FEES AND COSTS                 $2,007.41
```

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1900
Facsimile: (864) 241-1908
www.ogletreedeakins.com

July 27, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90238562
Client.Matter # 029879.000036

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through June 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ............................................................................................................. $7,059.15
Expenses.......................................................................................................... $0.00

**Total Due This Bill.................................................................................... $7,059.15**




**Wire Payments**

**ACH Payments**

**Check Payments**
PO Box 89
Columbia, SC 29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮ / DUNS#: ▮▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree Deakins

Page 2
07/27/20
Bill No. 90238562
029879.000036-CRP

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)

ALLIANZ Claim No. SF-USFF03539920

1:20-cv-03178-LJL

---

For professional services rendered through June 30, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/05/20 | VLW | Analyze and review pleadings. | 1.70 | 589.05 |
| 06/09/20 | MN | Review publications relating to Andrew Delaney. | 0.30 | 120.15 |
| 06/09/20 | MN | Correspondence with ▮▮▮▮▮▮▮▮▮▮ | 0.10 | 40.05 |
| 06/10/20 | MN | Begin review of background information on claims ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.50 | 600.75 |
| 06/11/20 | MN | Continue review of voluminous documents received from client; research on Andrew Delaney. | 4.60 | 1,842.30 |
| 06/11/20 | AA | Download and send all available documents from 1:20 cv 3178. | 0.90 | 186.30 |
| 06/12/20 | MN | Phone call with ▮▮▮▮▮▮▮▮▮▮ | 0.40 | 160.20 |
| 06/12/20 | MN | Begin review of deposition transcript of ▮▮▮▮▮ ▮▮▮▮ | 2.50 | 1,001.25 |
| 06/15/20 | MN | Continue review of ▮▮▮▮ deposition. | 0.80 | 320.40 |
| 06/18/20 | MN | Confer with Valerie Weiss regarding case status. | 0.30 | 120.15 |
| 06/18/20 | MN | Continue review of company documents and deposition transcript of ▮▮▮▮▮ | 1.30 | 520.65 |
| 06/22/20 | VLW | Analyze and review case documents, including performance documents. | 2.30 | 796.95 |
| 06/23/20 | MN | Continue review of voluminous company documents. | 1.20 | 480.60 |
| 06/24/20 | MN | Continue review of ▮▮▮▮ deposition. | 0.70 | 280.35 |
| | | Total Services: | 18.60 | 7,059.15 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 4.00 | 1,386.00 |
| Michael Nacchio | Of Counsel | 400.50 | 13.70 | 5,486.85 |
| Andrea Alexander | Other | 207.00 | 0.90 | 186.30 |

Case 1:20-44372-jmm   Doc 613   Filed 06/16/21   Entered 06/16/21 20:50:39

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 92 of 190

# Ogletree
# Deakins

Page 3
07/27/20
Bill No. 90238562
029879.000036-CRP

| | |
|---|---|
| TOTAL FEES | $7,059.15 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $7,059.15 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1900
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 11, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90256490
Client.Matter # 029879.000036

Re:  **Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through July 31, 2020, in connection with the above-referenced matter
as outlined on the attached detailed billing sheets:

Fees .................................................................................................................$19,926.00
Expenses...........................................................................................................$1,115.00

**Total Due This Bill.............................................................................................$21,041.00**


**Wire Payments**


**ACH Payments**

**Check Payments**
PO Box 89
Columbia, SC  29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID:  / DUNS#:

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

---

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through July 31, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/07/20 | MN | Review and respond to email from ▓▓▓▓ about upcoming motion date. | 0.20 | 80.10 |
| 07/13/20 | MN | Strategy call with ▓▓▓▓ | 0.80 | 320.40 |
| 07/13/20 | MN | Continue further review of company documents and motions received from ▓▓▓▓ | 2.20 | 881.10 |
| 07/14/20 | MN | Continue review of case documents, including complaint and counterclaim; timeline documents; motion to dismiss counterclaim; spreadsheets created by ▓▓▓▓ and related documentation for fact investigation/development; review of Delaney's written discovery responses and document productions. | 4.70 | 1,882.35 |
| 07/14/20 | MN | Communications with ▓▓▓▓ call to ▓▓▓▓ | 0.20 | 80.10 |
| 07/14/20 | MN | Confer with ▓▓▓▓ about ▓▓▓▓ case. | 0.30 | 120.15 |
| 07/15/20 | MN | Call with ▓▓▓▓ including preparations. | 1.10 | 440.55 |
| 07/15/20 | MN | Continue review of voluminous documents and case filings. | 2.80 | 1,121.40 |
| 07/15/20 | MN | Communications with ▓▓▓▓ by email and telephone. | 0.30 | 120.15 |
| 07/15/20 | MN | Conference call with ▓▓▓▓ | 0.90 | 360.45 |
| 07/15/20 | MN | Review transcripts of ▓▓▓▓ | 1.30 | 520.65 |
| 07/15/20 | MN | Call with ▓▓▓▓ about | 0.60 | 240.30 |
| 07/16/20 | MN | Continue review of ▓▓▓▓ created by ▓▓▓▓ relating to ▓▓▓▓ | 1.40 | 560.70 |
| 07/16/20 | MN | Communications with ▓▓▓▓ and with | 0.40 | 160.20 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ▮▮▮▮▮ regarding case documents. | | |
| 07/16/20 | MN | Analysis of ▮▮▮▮▮ in regards to Delaney litigation. | 0.50 | 200.25 |
| 07/16/20 | MN | Continue review of ▮▮▮▮ and ▮▮▮▮ including ▮▮▮▮▮ | 5.70 | 2,282.85 |
| 07/16/20 | VLW | Begin drafting responses to second set of interrogatories. | 4.80 | 1,663.20 |
| 07/17/20 | MN | Analysis of Delaney's written discovery responses. | 0.80 | 320.40 |
| 07/17/20 | MN | Confer with ▮▮▮▮ about c▮▮▮▮ in light of dismissal of counterclaim. | 0.20 | 80.10 |
| 07/17/20 | MN | Call with ▮▮▮▮ about ▮▮▮▮ | 0.20 | 80.10 |
| 07/17/20 | MN | Analysis of case strategy ▮▮▮▮ | 0.40 | 160.20 |
| 07/20/20 | MN | Strategy call with ▮▮▮▮ about ▮▮▮▮ | 0.40 | 160.20 |
| 07/20/20 | MN | Confer with Valerie Weiss ▮▮▮▮ | 0.20 | 80.10 |
| 07/20/20 | MN | Continue analysis of plaintiff's written discovery deficiencies. | 0.50 | 200.25 |
| 07/20/20 | MN | Draft notice of deposition of Defendant. | 0.40 | 160.20 |
| 07/20/20 | MN | Draft deficiency letter to Defendant regarding written discovery responses and prepare deficiency letter to plaintiff; related letter pertaining to Delaney's deposition notices to HC2. | 3.50 | 1,401.75 |
| 07/21/20 | MN | Email communications with ▮▮▮▮ | 0.40 | 160.20 |
| 07/21/20 | MN | Review and revise deficiency letter, letter canceling depositions, and notice of deposition. | 0.90 | 360.45 |
| 07/21/20 | MN | Phone call with ▮▮▮▮ | 0.50 | 200.25 |
| 07/21/20 | MN | Email and phone case status communications with ▮▮▮▮ | 0.70 | 280.35 |
| 07/22/20 | MN | Draft outreach email to Delaney's counsel ▮ | 0.30 | 120.15 |
| 07/22/20 | MN | Continue analysis of ▮▮▮▮ and ▮▮▮▮ review of | 3.60 | 1,441.80 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ██████████████ includes direction to research support assistant. | | |
| 07/22/20 | MN | Download and organize voluminous document productions from ██████████████ | 0.50 | 200.25 |
| 07/22/20 | MN | Begin analysis of Delaney document production; thai language documentation requiring translation. | 0.70 | 280.35 |
| 07/23/20 | MN | Communications with ███████████about ██████████ | 0.30 | 120.15 |
| 07/23/20 | MN | Continue analysis of the parties first written discovery responses and objections. | 0.80 | 320.40 |
| 07/23/20 | MN | Cause and analyze voluminous file intake of Rotman declaration exhibits ███████ | 0.30 | 120.15 |
| 07/24/20 | MN | Review and analyze Delaney's document production. | 1.40 | 560.70 |
| 07/24/20 | MN | Communications (email and telephone) with Transperfect Legal Solutions ██████████ | 0.20 | 80.10 |
| 07/24/20 | MN | Review█████████████ | 0.20 | 80.10 |
| 07/24/20 | MN | Call with██████████about████ | 0.20 | 80.10 |
| 07/27/20 | MN | Prepare follow up email to Delaney's counsel. | 0.20 | 80.10 |
| 07/29/20 | MN | Email correspondence with Delaney's counsel about settlement overture and related planning. | 0.20 | 80.10 |
| 07/29/20 | MN | Confer with █████abou████s. | 0.20 | 80.10 |
| 07/29/20 | MN | Review pertinent documents from████████and prep for call with Delaney's counsel. | 1.20 | 480.60 |
| 07/29/20 | MN | Preliminary overview of █████████articles produced by Delaney. | 0.30 | 120.15 |
| 07/30/20 | MN | Phone call with Delaney's counsel, Robert Rotman. | 0.40 | 160.20 |
| 07/30/20 | MN | Continue review of ██████████. | 0.50 | 200.25 |
| 07/30/20 | MN | Phone call with████████about outcome of call with Delaney's counsel. | 0.50 | 200.25 |
| 07/30/20 | MN | Phone call with██████████call to | 0.40 | 160.20 |
| 07/31/20 | MN | Confer with Valerie Weiss about written discovery responses due August 10th and prospective amended complaint. | 0.30 | 120.15 |
| 07/31/20 | MN | Follow up phone call with Delaney's counsel about settlement overture; email to████████ | 0.40 | 160.20 |

# Ogletree
# Deakins

Page 5
08/11/20
Bill No. 90256490
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | about same. | | |
| | | Total Services: | 50.40 | 19,926.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 4.80 | 1,663.20 |
| Michael Nacchio | Of Counsel | 400.50 | 45.60 | 18,262.80 |

### Expenses

| Description | Amount |
|-------------|--------|
| VENDOR: TransPerfect ███████ International, INVOICE#: 1914482 DATE: 7/31/2020 | 1,115.00 |
| Professional Fees - TransPerfect ███████ International, - ████████ ████████ Document - on 07/31/20 | |
| Total Expenses | 1,115.00 |

| | |
|---|---|
| TOTAL FEES | $19,926.00 |
| TOTAL EXPENSES | $1,115.00 |
| TOTAL THIS BILL | $21,041.00 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

September 11, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90273991
Client.Matter #  029879.000036

Re:  **Hire Counsel v. Andrew Delaney (USDC SDNY)**

    **ALLIANZ Claim No. SF-USFF03539920**

    **1:20-cv-03178-LJL**

For professional services rendered through August 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

| | |
|---|---:|
| Fees | $37,188.45 |
| Expenses | $0.00 |
| **Total Due This Bill** | **$37,188.45** |



**Wire Payments**       **ACH Payments**      **Check Payments**
PO Box 89
Columbia, SC  29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID:　　　　/ DUNS#:

**Payable upon receipt.**  Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)

ALLIANZ Claim No. SF-USFF03539920

1:20-cv-03178-LJL

For professional services rendered through August 31, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/03/20 | MN | Call with ▮▮▮▮▮▮ regarding ▮▮▮▮ | 0.20 | 80.10 |
| 08/03/20 | MN | Continue review of Delaney's document production; ▮▮▮▮▮▮ | 1.30 | 520.65 |
| 08/03/20 | MN | Begin analysis of Plaintiff's amended counterclaims. | 0.80 | 320.40 |
| 08/03/20 | VLW | Draft Plaintiff's interrogatory responses to Defendant. | 2.90 | 1,004.85 |
| 08/04/20 | MN | Draft mediation statement for August 12th settlement conference, including revisions thereto. | 8.80 | 3,524.40 |
| 08/04/20 | MN | Initial review of document responses prepared by Valerie Weiss and attendant issues for follow up. | 0.50 | 200.25 |
| 08/04/20 | VLW | Continue drafting Plaintiff's responses to Defendant's second set of document requests. | 3.50 | 1,212.75 |
| 08/04/20 | VLW | Continue drafting Plaintiff's responses to Defendant's set of interrogatories. | 3.70 | 1,282.05 |
| 08/05/20 | MN | Continue review and revisions of responses to Defendant's second request for documents prepared by Valerie Weiss. | 1.40 | 560.70 |
| 08/05/20 | MN | Confer with Valerie Weiss about ▮▮▮ discovery ▮▮▮▮. | 0.80 | 320.40 |
| 08/05/20 | MN | Review and revisions of responses to Defendant's second interrogatories prepared by Valerie Weiss. | 1.70 | 680.85 |
| 08/05/20 | VLW | Continue drafting interrogatory responses. | 3.20 | 1,108.80 |
| 08/05/20 | VLW | Draft substitution of counsel. | 0.20 | 69.30 |
| 08/05/20 | VLW | Begin drafting responses to requests for admissions. | 1.10 | 381.15 |
| 08/06/20 | MN | Phone call with ▮▮▮▮▮▮ about ▮▮▮▮▮▮ | 0.20 | 80.10 |
| 08/06/20 | MN | Analysis of the Amended Counterclaim. | 1.00 | 400.50 |

# Ogletree
# Deakins

Page 3
09/11/20
Bill No. 90273991
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/07/20 | MN | Finalize settlement statement and send same to ▓▓▓▓▓▓ | 0.40 | 160.20 |
| 08/07/20 | MN | Further review and revisions to settlement statement after ▓▓▓▓▓▓ submission of same to Magistrate Judge Fox. | 1.60 | 640.80 |
| 08/07/20 | MN | Review and revise objections and responses to Delaney's Second Requests for Admissions, Second Interrogatories, and Second Request for Production of Documents. | 3.60 | 1,441.80 |
| 08/07/20 | MN | Draft and file notice of appearance. | 0.40 | 160.20 |
| 08/07/20 | VLW | Continue drafting responses to Defendant's requests for admission. | 1.50 | 519.75 |
| 08/07/20 | VLW | Revise discovery responses based on comments from ▓▓▓▓▓▓ | 0.40 | 138.60 |
| 08/08/20 | MN | Review email from ▓▓▓▓ confer with ▓▓ | 0.10 | 40.05 |
| 08/10/20 | MN | Further review and revisions to voluminous responses to second requests for admission, second document demands, and second interrogatories from Delaney; includes related correspondence about same with ▓▓▓▓ and Valerie Weiss. | 3.60 | 1,441.80 |
| 08/10/20 | MN | Analysis of amended counterclaims and related case law authority. | 1.70 | 680.85 |
| 08/10/20 | MN | Begin drafting motion to dismiss amended counterclaims. | 2.30 | 921.15 |
| 08/10/20 | MN | Review Court's July 17, 2020 decision granting motion to dismiss counterclaims. | 0.30 | 120.15 |
| 08/10/20 | VLW | Revise responses to Defendant's discovery requests. | 1.60 | 554.40 |
| 08/11/20 | MN | Continue drafting brief in support of motion to dismiss counterclaims. | 9.20 | 3,684.60 |
| 08/11/20 | MN | Prepare for tomorrow's settlement conference. | 0.40 | 160.20 |
| 08/11/20 | MN | Draft and file extension request to respond to amended counterclaim; review Delaney's letter response. | 0.40 | 160.20 |
| 08/11/20 | AA | Searches in Westlaw, Bloomberg, and miscellaneous sources for information addressing ▓▓▓▓▓▓ Summarizing results and sending to requesting attorney along with cases. | 2.10 | 434.70 |
| 08/12/20 | MN | Preparation call with ▓▓▓▓ | 0.30 | 120.15 |
| 08/12/20 | MN | Confer with Valerie Weiss about motion to dismiss | 0.20 | 80.10 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
INDEX NO. 155158/2024
NYSCEF DOC. NO. 3
RECEIVED NYSCEF: 06/04/2024

Case 1:20-44377-jmm  Doc 61-5  Filed 06/16/21  Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF  Document 1-1  Filed 07/10/24  Page 101 of 190

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | arguments. | | |
| 08/12/20 | MN | Email communications with ▉▉▉▉▉▉ relating to motion to dismiss amended counterclaims. | 0.10 | 40.05 |
| 08/12/20 | MN | Review voicemail from court and respond; pre conference telephone call with chambers regarding settlement statement and Delaney's failure to submit. | 0.10 | 40.05 |
| 08/12/20 | MN | Represent client at settlement teleconference. | 0.50 | 200.25 |
| 08/12/20 | MN | Continue drafting brief in support of motion to dismiss amended counterclaims. | 9.40 | 3,764.70 |
| 08/12/20 | VLW | Begin researching New York state and federal case law to oppose counterclaim regarding abuse of process. | 2.30 | 796.95 |
| 08/13/20 | MN | Continue drafting brief in support of motion to dismiss. | 4.60 | 1,842.30 |
| 08/13/20 | VLW | Continue researching New York state and federal case law to oppose counterclaim regarding abuse of process. | 1.00 | 346.50 |
| 08/13/20 | VLW | Draft abuse of process legal argument section of brief in support of motion to dismiss. | 2.20 | 762.30 |
| 08/13/20 | VLW | Revise brief in support of motion to dismiss amended counterclaims. | 1.10 | 381.15 |
| 08/14/20 | MN | Revisions to opening brief to motion to dismiss. | 1.20 | 480.60 |
| 08/14/20 | MN | Communications with ▉▉▉▉▉▉ about ▉▉▉▉▉▉▉▉▉▉ about motion to dismiss. | 0.30 | 120.15 |
| 08/15/20 | MN | Continue revision and proofing of brief in support of motion to dismiss counterclaims. | 0.90 | 360.45 |
| 08/17/20 | MN | Continue review and revisions to motion to dismiss opening brief based particularly on ▉▉▉▉ comments. | 4.20 | 1,682.10 |
| 08/17/20 | MN | Send ▉▉▉▉▉ deposition notice to ▉▉▉▉▉▉ planning relating to same. | 0.20 | 80.10 |
| 08/20/20 | MN | Email to Plaintiff's counsel relating to deposition adjournments. | 0.10 | 40.05 |
| 08/21/20 | MN | Review email with deposition notices attached from Delaney's counsel, plan for deadlines, and email about same to ▉▉▉▉▉▉ | 0.40 | 160.20 |
| 08/24/20 | MN | Email correspondence with Delaney's counsel regarding depositions and review of "reasonable notice" standards under Rule 30. | 0.50 | 200.25 |
| 08/24/20 | MN | Analyze Delaney's response to email adjourning deposition, including drafting and filing letter | 2.10 | 841.05 |

# Ogletree
# Deakins

Page 5<br>
09/11/20<br>
Bill No. 90273991<br>
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | application to the Court for a conference, and attendant efforts that include phone call conferral with Plaintiff's counsel, review of ███████ | | |
| 08/24/20 | MN | Finalize substitution of counsel and email same to ███████ | 0.30 | 120.15 |
| 08/24/20 | MN | Confer with ███████ by email about deposition scheduling issues. | 0.30 | 120.15 |
| 08/25/20 | MN | Review plaintiff's letter response to the Court for a conference. | 0.50 | 200.25 |
| 08/25/20 | MN | Further Communications with ███████ at ███████ about Delaney depositions; review ███ | 0.50 | 200.25 |
| 08/25/20 | MN | Prepare response letter to opposition to letter-motion for conference; communications about same with ███████ | 0.60 | 240.30 |
| 08/25/20 | MN | Finalize and file substitution of counsel. | 0.30 | 120.15 |
| 08/25/20 | MN | Draft second notice of deposition to Defendant; send same. | 0.30 | 120.15 |
| 08/27/20 | MN | Review ECF notification granting Court Order, advise ███████ of same, and calendar and plan for conference. | 0.10 | 40.05 |
| 08/28/20 | MN | Review filings, discovery responses, and prepare for telephone conference. | 0.70 | 280.35 |
| 08/28/20 | MN | Appear for HC2 at court mandated status conference. | 0.40 | 160.20 |
| 08/28/20 | MN | Phone call with ███████ and correspondence to ███████ relating to outcome of discovery conference; related follow up correspondence with ███████ about conferral before September 9 Plaintiff's deposition. | 0.40 | 160.20 |
| 08/31/20 | MN | Review docket sheet and preparations to order minutes of 8/27 hearing as directed by Judge Liman. | 0.20 | 80.10 |

| | Total Services: | 97.20 | 37,188.45 |
|--|----------------|-------|-----------|

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 24.70 | 8,558.55 |
| Michael Nacchio | Of Counsel | 400.50 | 70.40 | 28,195.20 |
| Andrea Alexander | Other | 207.00 | 2.10 | 434.70 |

Case 1:20-44377-jmm Doc 615 Filed 06/16/21 Entered 06/16/21 20:30:30

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 3
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 103 of 190
RECEIVED NYSCEF: 06/04/2024

# Ogletree
# Deakins

Page 6
09/11/20
Bill No. 90273991
029879.000036-CRP

| | |
|---|---|
| TOTAL FEES | $37,188.45 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $37,188.45 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 18, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90294311
Client.Matter #  029879.000036

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)

   ALLIANZ Claim No. SF-USFF03539920

   1:20-cv-03178-LJL

For professional services rendered through September 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ..............................................................................................................$17,858.25
Expenses.........................................................................................................$1,995.74

**Total Due This Bill.............................................................................................$19,853.99**



| Wire Payments | ACH Payments | Check Payments |
|---|---|---|
| | | PO Box 89<br>Columbia, SC 29202 |

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮ / DUNS#: ▮▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM   INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                    RECEIVED NYSCEF: 06/04/2024

Case 1:20-cv-04377-jmm   Doc 615   Filed 06/16/21   Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 105 of 190

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

   **ALLIANZ Claim No. SF-USFF03539920**

   **1:20-cv-03178-LJL**

For professional services rendered through September 30, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/01/20 | MN | Send Delaney's opposition filing to ▮▮▮▮ ▮▮▮▮▮▮ related communications. | 0.40 | 160.20 |
| 09/01/20 | MN | Review inquiry from ▮▮▮▮▮▮ and multiple ensuing communications about same with ▮▮▮▮▮▮ | 0.80 | 320.40 |
| 09/01/20 | MN | Analysis of Plaintiff's opposition filing. | 0.50 | 200.25 |
| 09/01/20 | MN | Return phone call to ▮▮▮▮▮▮ in regards to ▮▮▮▮ | 0.10 | 40.05 |
| 09/01/20 | MN | Strategy call with ▮▮▮▮▮▮ | 0.70 | 280.35 |
| 09/01/20 | MN | Phone call with ▮▮▮▮▮▮ about ▮▮▮▮ | 0.20 | 80.10 |
| 09/01/20 | MN | Review transcript of ▮▮▮▮▮▮ | 0.30 | 120.15 |
| 09/02/20 | MN | Analysis of plaintiff's opposition brief. | 0.70 | 280.35 |
| 09/02/20 | MN | Begin drafting reply brief to motion to dismiss. | 4.70 | 1,882.35 |
| 09/03/20 | MN | Continue drafting reply brief in support of motion to dismiss amended counterclaims. | 8.80 | 3,524.40 |
| 09/03/20 | VLW | Begin drafting reply brief argument regarding abuse of process counterclaim. | 1.30 | 450.45 |
| 09/04/20 | MN | Revisions to reply brief in support of motion to dismiss, finalize document and send same to ▮▮▮▮▮▮ | 4.20 | 1,682.10 |
| 09/04/20 | VLW | Continue drafting reply brief argument regarding abuse of process counterclaim. | 1.00 | 346.50 |
| 09/08/20 | MN | Phone calls with ▮▮▮▮▮▮ | 0.80 | 320.40 |
| 09/08/20 | MN | Prepare for tomorrow deposition of Plaintiff. | 3.50 | 1,401.75 |
| 09/08/20 | MN | Review revisions of ▮▮▮▮▮▮ reply brief; incorporate same and | 2.10 | 841.05 |

# Ogletree
# Deakins

Page 3
10/18/20
Bill No. 90294311
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | finalize brief; file same with the Court. | | |
| 09/09/20 | MN | Continue final preparations for Plaintiff's deposition. | 3.00 | 1,201.50 |
| 09/09/20 | MN | Appear for HC2 and conduct deposition of Defendant Andrew Delaney. | 6.70 | 2,683.35 |
| 09/10/20 | MN | Confer with ▇▇▇▇▇▇▇▇▇▇▇ about plaintiff's deposition. | 0.70 | 280.35 |
| 09/10/20 | MN | Begin analysis and preparation of post-deposition written discovery. | 1.80 | 720.90 |
| 09/10/20 | MN | Phone call with ▇▇▇▇▇▇▇ about ▇▇▇ | 0.70 | 280.35 |
| 09/14/20 | MN | Review rough version of Delaney deposition. | 0.30 | 120.15 |
| 09/21/20 | MN | Review draft deposition of plaintiff. | 0.30 | 120.15 |
| 09/23/20 | MN | Review protective order regarding designation of deposition testimony as confidential. | 0.20 | 80.10 |
| 09/28/20 | MN | Review generally plaintiff's deposition, send same to ▇▇▇▇▇▇ and review and respond to Plaintiff's request for transcript, including analysis of ▇▇▇▇ | 0.70 | 280.35 |
| 09/28/20 | MN | Confer with Valerie Weiss about ▇▇▇▇▇ ▇▇▇ | 0.40 | 160.20 |
| | | Total Services: | 44.90 | 17,858.25 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 2.30 | 796.95 |
| Michael Nacchio | Of Counsel | 400.50 | 42.60 | 17,061.30 |

### Expenses

| Description | Amount |
|-------------|--------|
| VENDOR: U. S. Bank INVOICE#: 4275076409151408 DATE: 9/15/2020 Jill E. Glassman - Deposition/Transcript - Deposition/Court Transcription.  Michael Nacchio #: 4761 deponent: (N-A) vendor: (N-A) on 09/02/20 | 103.74 |
| VENDOR: Diana L. R. Senatore, CSR INVOICE#: 20033 DATE: 9/23/2020 Depositions/Transcripts - Diana L. R. Senatore, CSR - Deposition of Andrew Delaney. - on 09/09/20 - Andrew Delaney | 1,892.00 |
| Total Expenses | 1,995.74 |

| | |
|---|---|
| TOTAL FEES | $17,858.25 |
| TOTAL EXPENSES | $1,995.74 |
| TOTAL THIS BILL | $19,853.99 |

# Ogletree
# Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

November 13, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90312290
Client.Matter #  029879.000036

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through October 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

| | |
|---|---|
| Fees | $4,886.10 |
| Expenses | $0.00 |
| **Total Due This Bill** | **$4,886.10** |



| Wire Payments | ACH Payments | Check Payments |
|---|---|---|
| | | PO Box 89 |
| | | Columbia, SC  29202 |

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮ / DUNS#: ▮▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

---

For professional services rendered through October 31, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/02/20 | MN | Planning for next steps and discovery obligations; review case management plan. | 0.20 | 80.10 |
| 10/05/20 | MN | Review protective order and draft letter to Defendant to designate as confidential Defendant's deposition transcript. | 0.30 | 120.15 |
| 10/05/20 | MN | Review defendant's deposition transcript. | 1.60 | 640.80 |
| 10/05/20 | MN | Draft affirmative post deposition request for admission to defendant. | 0.30 | 120.15 |
| 10/05/20 | MN | Draft affirmative post deposition requests for production. | 0.40 | 160.20 |
| 10/06/20 | MN | Continue review of Delaney's deposition transcript. | 0.50 | 200.25 |
| 10/07/20 | MN | Review docket sheet and facilitate ordering of TRO transcript ██████████t. | 0.20 | 80.10 |
| 10/07/20 | MN | Finalize and service post-deposition written discovery to plaintiff; letter designation Delaney transcript as confidential. | 1.00 | 400.50 |
| 10/27/20 | MN | Analysis of discovery deadlines and planning for next steps. | 0.20 | 80.10 |
| 10/27/20 | MN | Begin analysis and ███████████████████ ███████. | 1.00 | 400.50 |
| 10/28/20 | MN | Review plaintiff's deposition errata sheet. | 0.30 | 120.15 |
| 10/29/20 | MN | Continue analysis and digest of ██████ ████████████. | 5.60 | 2,242.80 |
| 10/30/20 | MN | Analysis relating to deposition exhibits from Plaintiff's deposition. | 0.30 | 120.15 |
| 10/30/20 | MN | Analysis of scope of HC2 disclosures ███ ██████████. | 0.30 | 120.15 |
| | | Total Services: | 12.20 | 4,886.10 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 3 RECEIVED NYSCEF: 06/04/2024

# Ogletree
# Deakins

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Michael Nacchio | Of Counsel | 400.50 | 12.20 | 4,886.10 |

|  |  |
|---|---|
| TOTAL FEES | $4,886.10 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,886.10 |

# Ogletree Deakins

**Submit Via E-Mail Only –**
**Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

December 31, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90333231
Client.Matter # 029879.000036

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)

ALLIANZ Claim No. SF-USFF03539920

1:20-cv-03178-LJL

For professional services rendered through November 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .................................................................................................................$4,005.00
Expenses...........................................................................................................$0.00

**Total Due This Bill**.................................................................................................$4,005.00



|  |  |  |  | Check Payments |
| --- | --- | --- | --- | --- |
| Wire Payments | | ACH Payments | | PO Box 89 |
|  |  |  |  | Columbia, SC 29202 |

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮ / DUNS#: ▮▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

Re: Hire Counsel v. Andrew Delaney (USDC SDNY)

ALLIANZ Claim No. SF-USFF03539920

1:20-cv-03178-LJL

For professional services rendered through November 30, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/06/20 | MN | Review case status. | 0.20 | 80.10 |
| 11/06/20 | MN | Correspondence with ▮▮▮▮▮▮ | 0.10 | 40.05 |
| 11/10/20 | MN | Strategy call with ▮▮▮▮ | 0.40 | 160.20 |
| 11/10/20 | MN | Communications with ▮▮▮▮▮ | 0.10 | 40.05 |
| 11/10/20 | MN | Analysis relating to litigation strategy for remainder of case, including review discovery deadlines, review of plaintiff's deposition testimony ▮▮▮▮▮▮▮▮▮▮ | 1.00 | 400.50 |
| 11/10/20 | MN | Draft letter to Plaintiff's counsel relating to outstanding responses to post-deposition discovery demands. | 0.50 | 200.25 |
| 11/10/20 | MN | Analysis of case law on ▮▮▮▮▮▮ | 1.50 | 600.75 |
| 11/11/20 | MN | Continue analysis of ▮▮▮▮▮▮ case law in regards to ▮▮ | 1.50 | 600.75 |
| 11/11/20 | MN | Prepare detailed email to ▮▮▮ enclosing analysis explaining ▮▮▮▮▮▮ | 1.00 | 400.50 |
| 11/11/20 | MN | Email correspondence with ▮▮▮▮▮ about strategy going forward. | 0.30 | 120.15 |
| 11/11/20 | MN | Phone call with ▮▮▮▮▮ about strategy going forward. | 0.20 | 80.10 |
| 11/19/20 | MN | Phone call with ▮▮▮▮▮ regarding next steps. | 0.40 | 160.20 |
| 11/20/20 | MN | Draft letter to the Court informing on the status of | 0.80 | 320.40 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                                RECEIVED NYSCEF: 06/04/2024

Case 1:20-44377-jmm Doc 61-5 Filed 06/16/21 Entered 06/16/21 20:30:39
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 112 of 190

# Ogletree
# Deakins

Page 3
12/31/20
Bill No. 90333231
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | discovery in advance of the November 30, 2020 discovery end date. | | |
| 11/20/20 | MN | Communications with Plaintiff's counsel, ▉▉▉▉▉ ▉▉▉▉▉ about discovery letter report to Court. | 0.50 | 200.25 |
| 11/23/20 | MN | Finalize and file discovery dispute letter. | 0.30 | 120.15 |
| 11/30/20 | MN | Review and analyze Court order and draft letter to Court for clarification of same; related communications with ▉▉▉▉▉ ▉▉▉▉ about same. | 1.20 | 480.60 |
| | | **Total Services:** | 10.00 | 4,005.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Michael Nacchio | Of Counsel | 400.50 | 10.00 | 4,005.00 |

| | |
|---|---|
| TOTAL FEES | $4,005.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,005.00 |

# Ogletree
# Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

February 15, 2021

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90349870
Client.Matter #  029879.000036

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through December 31, 2020, in connection with the above-referenced
matter as outlined on the attached detailed billing sheets:

Fees ..................................................................................................................$5,995.80
Expenses............................................................................................................$0.00

**Total Due This Bill**................................................................................................**$5,995.80**



Wire Payments          ACH Payments          **Check Payments**
PO Box 89
Columbia, SC  29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: _____ / DUNS#: _____

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

---

For professional services rendered through December 31, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/20 | MN | Further work toward obtaining pre-March 18th versions of NYC and CDC health guidance as directed by Court's November 30th Order, including communications with ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ and ultimate revisions to letter seeking clarification of November 30, 2020 Order and electronic filing of same. | 1.00 | 400.50 |
| 12/01/20 | MN | Review declaration filed by defendant's counsel annexing guidance and executive order as directed by the court. | 0.20 | 80.10 |
| 12/02/20 | MN | Analysis of ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ respond to email about same from ▪▪▪▪▪▪▪▪ | 0.70 | 280.35 |
| 12/02/20 | MN | Draft letter to the Court regarding Defendant's submission of new information with his declaration; includes revisions. | 1.80 | 720.90 |
| 12/02/20 | MN | Analysis of Defendant's declaration, defendant's enclosed exhibits of agency guidance, and additional research into any new case law since filing of motion to dismiss regarding ▪▪▪▪▪▪▪▪▪ | 2.30 | 921.15 |
| 12/03/20 | MN | Review Plaintiff's letter filed in response to our letter to strike new allegations from declaration. | 0.10 | 40.05 |
| 12/03/20 | MN | Analysis of ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ | 0.30 | 120.15 |
| 12/08/20 | MN | Calls with ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ | 0.20 | 80.10 |
| 12/18/20 | MN | Review and analyze Court's 32 page decision granting motion to dismiss counterclaims. | 0.80 | 320.40 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                                          RECEIVED NYSCEF: 06/04/2024

Case 1:20-44372-jmm  Doc 615  Filed 06/16/21  Entered 06/16/21 20:30:39
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 115 of 190

# Ogletree
# Deakins

Page 3
02/15/21
Bill No. 90349870
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/18/20 | VLW | Analyze and review order and opinion granting HC2's Motion to Dismiss Defendant's counterclaims. | 0.30 | 103.95 |
| 12/21/20 | MN | Continue review and analysis of 32 page decision dismissing Delaney's counterclaims. | 1.60 | 640.80 |
| 12/23/20 | MN | Prepare for January 5, 2021 court appearance by ██████████████████████ | 0.70 | 280.35 |
| 12/23/20 | MN | Phone call with ████████████████ | 0.20 | 80.10 |
| 12/28/20 | MN | Review plaintiffs threatened Rule 11 motion, filed motion to dismiss for lack of jurisdiction, and send same to ████████ | 0.70 | 280.35 |
| 12/28/20 | MN | Analysis of subject matter jurisdiction and ███████ | 0.80 | 320.40 |
| 12/28/20 | MN | Phone call with ████████████ relating to Delaney's motion to dismiss. | 0.30 | 120.15 |
| 12/28/20 | MN | Phone call ████████████ | 0.40 | 160.20 |
| 12/28/20 | MN | Review ████████████████████ | 0.30 | 120.15 |
| 12/28/20 | VLW | Analyze and review Defendant's motion to dismiss based on lack of subject matter jurisdiction and ████████████████ | 0.40 | 138.60 |
| 12/28/20 | VLW | Analyze and review motion to dismiss based on diversity jurisdiction ████████████ | 0.80 | 277.20 |
| 12/28/20 | VLW | Email ████████████ regarding Plaintiff's motion to dismiss. | 0.20 | 69.30 |
| 12/29/20 | MN | Further review of ████████████████ | 0.90 | 360.45 |
| 12/30/20 | MN | Respond to ████████████ | 0.20 | 80.10 |
| | | **Total Services:** | **15.20** | **5,995.80** |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM   INDEX NO. 155158/2024
NYSCEF DOC. NO.   Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 116 of 190   RECEIVED NYSCEF: 06/04/2024

# Ogletree
# Deakins

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Valerie L. Weiss | Associate | 346.50 | 1.70 | 589.05 |
| Michael Nacchio | Of Counsel | 400.50 | 13.50 | 5,406.75 |

|  |  |
|---|---|
| TOTAL FEES | $5,995.80 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $5,995.80 |

# Ogletree
# Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

February 15, 2021

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90368402
Client.Matter #  029879.000036

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)

ALLIANZ Claim No. SF-USFF03539920

1:20-cv-03178-LJL

For professional services rendered through January 31, 2021, in connection with the above-referenced
matter as outlined on the attached detailed billing sheets:

Fees ...........................................................................................................................$38,976.30
Expenses.........................................................................................................................$0.00

**Total Due This Bill**...................................................................................................**$38,976.30**



| Wire Payments | ACH Payments | Check Payments |
| --- | --- | --- |
| | | PO Box 89
Columbia, SC 29202 |

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮ / DUNS#: ▮

**Payable upon receipt.**  Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

    **ALLIANZ Claim No. SF-USFF03539920**

    **1:20-cv-03178-LJL**

---

For professional services rendered through January 31, 2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/04/21 | MN | Analysis related to Delaney's motion to dismiss for lack of jurisdiction, including conferral with Valerie Weiss. | 1.60 | 640.80 |
| 01/04/21 | MN | Phone and email communications with ███████ relating to ██████ | 0.80 | 320.40 |
| 01/04/21 | MN | Review ████████████ | 0.20 | 80.10 |
| 01/04/21 | MN | Analysis of ████████ | 1.50 | 600.75 |
| 01/04/21 | VLW | Analyze and review motion to dismiss based on subject matter jurisdiction to assess arguments for opposition motion. | 0.70 | 242.55 |
| 01/04/21 | VLW | Research Second Circuit law regarding whether ████████ | 2.10 | 727.65 |
| 01/05/21 | MN | Appear for Plaintiff at court's status conference. | 0.60 | 240.30 |
| 01/05/21 | MN | Confer ██████ with ██████ and General Counsel about risks relating to Delaney's motion to dismiss and Rule 11 motion. | 0.80 | 320.40 |
| 01/05/21 | MN | Prepare for today's Court appearance later today by reviewing ████████ | 2.60 | 1,041.30 |

# Ogletree Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ████████████████ | | |
| 01/05/21 | MN | Review Delaney's cited cases bearing on his motion to dismiss for lack of subject matter jurisdiction. | 1.30 | 520.65 |
| 01/05/21 | MN | Confer with ████████ about ████ and motion to dismiss. | 0.40 | 160.20 |
| 01/05/21 | MN | Review docketed orders from the Court issued today. | 0.20 | 80.10 |
| 01/05/21 | VLW | Begin drafting statement of facts of opposition to motion to dismiss. | 1.00 | 346.50 |
| 01/05/21 | VLW | Research ████████████████ | 2.30 | 796.95 |
| 01/05/21 | VLW | Begin drafting preliminary statement section of brief. | 1.30 | 450.45 |
| 01/05/21 | VLW | Research ████████████████ | 2.30 | 796.95 |
| 01/06/21 | MN | Prepare and file extension request to oppose motion to dismiss; review order denying same and send same to ████ | 0.40 | 160.20 |
| 01/06/21 | MN | Continued analysis of ████████████████ | 0.90 | 360.45 |
| 01/06/21 | MN | Participate in client call with ████████ | 0.50 | 200.25 |
| 01/06/21 | MN | Review Delaney deposition transcript in regards to ████████████ | 0.80 | 320.40 |
| 01/06/21 | MN | Review and revise draft declaration for ████ ████ in support of opposition to motion to dismiss prepared by Valerie Weiss. | 1.20 | 480.60 |
| 01/06/21 | MN | Call with ████████ about ████████████████ | 0.30 | 120.15 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/06/21 | MN | Review███████ | 0.50 | 200.25 |
| 01/06/21 | MN | Confer with Valerie Weiss about██████ | 0.40 | 160.20 |
| 01/06/21 | MN | Review████████ | 0.20 | 80.10 |
| 01/06/21 | VLW | Draft declaration of████████ ███████ in support of Plaintiff's opposition to Defendant's motion to dismiss for lack of subject matter jurisdiction. | 2.20 | 762.30 |
| 01/06/21 | VLW | Call with client████████ regarding████ | 0.50 | 173.25 |
| 01/06/21 | VLW | Research 2nd Circuit case law regarding████ | 3.60 | 1,247.40 |
| 01/06/21 | VLW | Begin drafting legal argument section of████ | 2.00 | 693.00 |
| 01/07/21 | MN | Continue review and revision to████ affidavit. | 1.80 | 720.90 |
| 01/07/21 | MN | Review Delaney's "exhibits████" in regards to████ | 0.30 | 120.15 |
| 01/07/21 | MN | Analysis of case law  relating to████ | 1.20 | 480.60 |
| 01/07/21 | MN | Draft letter-motion to compel production of████. | 3.40 | 1,361.70 |
| 01/07/21 | MN | Review████ draft declaration prepared by Valerie Weiss. | 0.40 | 160.20 |
| 01/07/21 | MN | Continue analysis of████ | 1.50 | 600.75 |
| 01/07/21 | VLW | Revise████ declaration and email same to████ | 0.20 | 69.30 |
| 01/07/21 | VLW | Draft legal argument section regarding████ | 2.10 | 727.65 |
| 01/07/21 | VLW | Call with████ regarding information about████ | 0.60 | 207.90 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 3

Case 1:20-44177-jmm Doc 61-5 Filed 06/16/21 Entered 06/16/21 20:30:39

Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 121 of 190

INDEX NO. 155158/2024
RECEIVED NYSCEF: 06/04/2024

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/07/21 | VLW | Begin researching ███████████ ██████████████████████ | 0.70 | 242.55 |
| 01/08/21 | MN | Revise and send letter to Delaney's counsel amending confidentiality designations. | 0.20 | 80.10 |
| 01/08/21 | MN | Review and revise ████████████; research and add additional supporting case law. | 1.20 | 480.60 |
| 01/08/21 | MN | Correspondence with ████████ and ██ about | 0.50 | 200.25 |
| 01/08/21 | MN | Review and revisions to draft affidavits for ██████████ ██████ in opposition to Plaintiff's motion to dismiss. | 1.80 | 720.90 |
| 01/08/21 | MN | Draft and file letter to Court seeking leave to preserve right to ████████████ is established. | 0.30 | 120.15 |
| 01/08/21 | VLW | Research Second Circuit case law regarding ████████████████████ ██████ | 1.80 | 623.70 |
| 01/08/21 | VLW | Call with ██████ to discuss information for ████ | 0.30 | 103.95 |
| 01/08/21 | VLW | Call with ████████████████ to discuss ███ | 0.40 | 138.60 |
| 01/08/21 | VLW | Draft declaration of ███████ in support of Plaintiff's opposition to Defendant's Motion to Dismiss. | 0.70 | 242.55 |
| 01/08/21 | VLW | Draft declaration of ███████ in support of Plaintiff's opposition to Defendant's Motion to Dismiss. | 1.00 | 346.50 |
| 01/08/21 | VLW | Revise declaration of ███████ in support of Plaintiff's opposition to Defendant's Motion to Dismiss. | 0.80 | 277.20 |
| 01/08/21 | VLW | Revise declaration of ███████ | 0.40 | 138.60 |
| 01/08/21 | VLW | Begin drafting legal argument section regarding compliance with local rule 26.1. | 1.30 | 450.45 |
| 01/08/21 | VLW | Continue drafting statement of facts section of the brief. | 1.70 | 589.05 |
| 01/08/21 | VLW | Analyze and review multiple emails from ██████ ██████ with information to include supporting declarations, such as ████████████ | 0.90 | 311.85 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/09/21 | MN | Further review and revisions to latest drafts of affidavits for ▬▬▬ | 1.10 | 440.55 |
| 01/09/21 | MN | Review and revise first and second rough drafts of opposition brief. | 2.80 | 1,121.40 |
| 01/09/21 | MN | Call with ▬▬▬ about ▬▬▬ | 0.30 | 120.15 |
| 01/09/21 | MN | Review ▬▬▬ | 0.20 | 80.10 |
| 01/09/21 | VLW | Multiple revisions to declarations of ▬▬▬ based on comments from ▬▬▬ | 2.30 | 796.95 |
| 01/09/21 | VLW | Research Second Circuit case law ▬▬▬ | 1.70 | 589.05 |
| 01/09/21 | VLW | Draft declaration of ▬▬▬ in support of opposition to Plaintiff's motion. | 0.50 | 173.25 |
| 01/09/21 | VLW | Draft legal argument sections of brief regarding ▬▬▬ | 2.00 | 693.00 |
| 01/09/21 | VLW | Draft legal argument section regarding ▬▬▬ | 0.30 | 103.95 |
| 01/09/21 | VLW | Draft legal argument section regarding the ▬▬▬ | 2.00 | 693.00 |
| 01/09/21 | VLW | Continue drafting legal argument regarding ▬▬▬ | 1.70 | 589.05 |
| 01/09/21 | VLW | Begin revising brief based on comments from Michael Nacchio. | 0.10 | 34.65 |
| 01/10/21 | MN | Review continued revisions to latest drafts of HC2 ▬▬▬ affidavits for opposition to Delaney's motion to dismiss, including review and responses to ▬▬▬, Stephanos Zannikos, and client executive management team. | 1.20 | 480.60 |
| 01/10/21 | MN | Review and revisions to latest drafts of opposition brief to motion to dismiss. | 1.60 | 640.80 |
| 01/10/21 | VLW | Multiple revisions of legal brief in support of opposition to motion to dismiss, based on ▬▬▬ client Stephanos Zannikos. | 3.40 | 1,178.10 |
| 01/10/21 | VLW | Multiple revisions for declaration of ▬▬▬ | 1.90 | 658.35 |

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 123 of 190

# Ogletree Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/10/21 | VLW | Revise ▮▮▮▮▮▮ declaration. | 0.30 | 103.95 |
| 01/11/21 | MN | Final review and revisions to opposition brief to motion to dismiss, affidavits, and supporting exhibits; includes related correspondence about same with ▮▮▮▮▮ and Valerie Weiss. | 4.80 | 1,922.40 |
| 01/11/21 | MN | Review and analyze ▮▮▮▮▮▮▮▮▮ | 0.50 | 200.25 |
| 01/11/21 | MN | Correspondence and phone calls ▮▮▮▮▮ about opposition filing. | 0.80 | 320.40 |
| 01/11/21 | VLW | Research ▮▮▮▮▮▮ | 0.20 | 69.30 |
| 01/11/21 | VLW | Draft declaration of Michael Nacchio, and multiple revisions ▮▮▮▮ | 2.70 | 935.55 |
| 01/11/21 | VLW | Draft Local Civil Rule 26.1 statement. | 0.40 | 138.60 |
| 01/11/21 | VLW | Multiple revisions to brief ▮▮▮▮▮▮ | 2.90 | 1,004.85 |
| 01/11/21 | VLW | Finalize brief and all declarations. | 1.30 | 450.45 |
| 01/11/21 | VLW | Gather and prepare exhibits to declaration of Michael Nacchio. | 0.50 | 173.25 |
| 01/11/21 | AA | Generate ▮▮▮▮▮ | 0.60 | 124.20 |
| 01/12/21 | MN | Review ▮▮▮▮▮▮ | 0.80 | 320.40 |
| 01/12/21 | MN | Review mediation order; confer with ▮▮▮▮ about same. | 0.10 | 40.05 |
| 01/13/21 | MN | Review Delaney's Rule 11 threatened sanctions motion. | 0.40 | 160.20 |
| 01/14/21 | MN | Review notice of appeal and IFP petition filed by Andrew Delaney and analysis of next steps. | 0.30 | 120.15 |
| 01/14/21 | MN | Analysis of Delaney's obligations under ▮▮▮▮ | 0.30 | 120.15 |
| 01/14/21 | MN | Confer with Valerie Weiss about ▮▮▮▮▮ | 0.20 | 80.10 |

# Ogletree
# Deakins

Page 8
02/15/21
Bill No. 90368402
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/14/21 | MN | Analysis of Delaney's obligations under █████ | 1.20 | 480.60 |
| 01/14/21 | MN | Prepare email to █████ enclosing █████ and explaining Delaney's █████ | 0.30 | 120.15 |
| 01/14/21 | MN | Email correspondence with █████ █████ regarding █████ | 0.20 | 80.10 |
| 01/14/21 | VLW | Analyze and review █████ █████ | 0.30 | 103.95 |
| 01/14/21 | VLW | Research █████ █████ | 0.50 | 173.25 |
| 01/15/21 | MN | Review Court of Appeals email notifications regarding Delaney's Notice of Appeal. | 0.20 | 80.10 |
| 01/15/21 | MN | General review of Delaney's court-ordered document production of █████ | 0.20 | 80.10 |
| 01/19/21 | MN | Review Delaney's counsel's email regarding his threats and complaints of further "abuse of process.". | 0.20 | 80.10 |
| 01/19/21 | MN | Review Delaney's reply brief in support of motion to dismiss complaint; send same to █████ | 0.60 | 240.30 |
| 01/19/21 | MN | Review Delaney's filed Rule 11 sanctions motion; plan for opposition. | 0.20 | 80.10 |
| 01/19/21 | MN | Communications with █████ via email about Delaney's reply brief and his questions about █████ includes analysis █████ █████ | 0.40 | 160.20 |
| 01/19/21 | MN | Confer with Valerie Weiss about next steps in case. | 0.20 | 80.10 |
| 01/19/21 | VLW | Analyze and review █████ | 0.30 | 103.95 |
| 01/20/21 | MN | Review and respond to email from █████ with impressions about █████ █████ | 0.20 | 80.10 |
| 01/22/21 | MN | Review mediation orders and appointment of mediator; send email to █████ about same, and review mediator's profile. | 0.20 | 80.10 |

# Ogletree
# Deakins

Page 9<br>
02/15/21<br>
Bill No. 90368402<br>
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/25/21 | MN | Communications with court assigned mediator. | 0.10 | 40.05 |
| 01/25/21 | MN | Review IFP statute, analyze ██████████ ██████████. | 0.30 | 120.15 |
| 01/25/21 | VLW | Review email from Delaney as pro se regarding application for in forma pauperis. | 0.10 | 34.65 |
| 01/26/21 | MN | Prepare for appearance with mediator (review court mediation order and procedures). | 0.10 | 40.05 |
| 01/26/21 | MN | Appear on pre-mediation conference call with mediator and Delaney's counsel; send follow up email to ██████████. | 0.50 | 200.25 |
| | | **Total Services:** | 105.20 | 38,976.30 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Michael Nacchio | Shareholder | 400.50 | 48.30 | 19,344.15 |
| Valerie L. Weiss | Associate | 346.50 | 56.30 | 19,507.95 |
| Andrea Alexander | Other | 207.00 | 0.60 | 124.20 |

|  |  |
|--|--|
| TOTAL FEES | $38,976.30 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $38,976.30 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

March 22, 2021

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90393901
Client.Matter # 029879.000036

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)
     ALLIANZ Claim No. SF-USFF03539920
     1:20-cv-03178-LJL

For professional services rendered through February 28, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...................................................................................................................$8,024.40
Expenses...............................................................................................................$0.00

**Total Due This Bill**................................................................................................**$8,024.40**



Wire Payments                    ACH Payments              Check Payments
                                                           PO Box 89
                                                           Columbia, SC 29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▓▓▓▓▓ / DUNS#: ▓▓▓▓▓

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)**
**ALLIANZ Claim No. SF-USFF03539920**
**1:20-cv-03178-LJL**

For professional services rendered through February 28, 2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/01/21 | MN | Review order from the Court of Appeals appearance and c███████████████████. | 0.80 | 320.40 |
| 02/01/21 | MN | Update settlement statement for 2/10/21 mediation. | 1.60 | 640.80 |
| 02/02/21 | MN | Final revisions and proof of mediation statement and███████████████. | 0.30 | 120.15 |
| 02/04/21 | MN | Analysis and developments of arguments for opposition to Delaney's appeal under FRCP 54 and 28 USC 1292(b). | 1.20 | 480.60 |
| 02/04/21 | MN | Confer with Valerie Weiss about opposing Delaney's appeal████████████and motion to dismiss in the Second Circuit. | 0.40 | 160.20 |
| 02/04/21 | VLW | Research case law regarding ████████████ | 1.40 | 485.10 |
| 02/04/21 | VLW | Draft letter brief in opposition of motion for defendant to proceed in forma pauperis on appeal. | 1.20 | 415.80 |
| 02/05/21 | MN | Correspondence with███████████about mediation statement; | 0.20 | 80.10 |
| 02/05/21 | MN | Finalize mediation statement, prepare and add exhibits, execute mediation confidentiality agreement, and same documents to mediator. | 0.60 | 240.30 |
| 02/09/21 | MN | Review Delaney's Chapter 7 bankruptcy petition. | 0.60 | 240.30 |
| 02/09/21 | MN | Multiple phone calls with████████████ | 0.40 | 160.20 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/09/21 | MN | Draft letter to the court informing of suggestion of bankruptcy, prepare exhibits, and file same. | 0.50 | 200.25 |
| 02/09/21 | MN | Correspondence to mediator informing of suggestion of bankruptcy. | 0.20 | 80.10 |
| 02/09/21 | MN | Review Delaney's counsel's letter in response to suggestion of bankruptcy; send same to ████ | 0.30 | 120.15 |
| 02/09/21 | MN | Analyze impact of Delaney's Chapter 7 bankruptcy filing on ████████ | 0.60 | 240.30 |
| 02/09/21 | MN | Phone calls and emails with ████ | 0.40 | 160.20 |
| 02/09/21 | MN | Emails and phone calls with ████ about ██ | 0.40 | 160.20 |
| 02/09/21 | MN | Phone call with Delaney's Counsel, Robert Rotman, about bankruptcy filing. | 0.20 | 80.10 |
| 02/09/21 | VLW | Analyze and review Delaney's petition for bankruptcy in light of filing motion to proceed in forma pauperis,. | 0.10 | 34.65 |
| 02/10/21 | MN | Appear at court ordered mediation. | 0.70 | 280.35 |
| 02/10/21 | MN | Review Plaintiff's letter filed with the Court about mediation not being held in light of bankruptcy filing. | 0.20 | 80.10 |
| 02/10/21 | MN | Appear and participate in ████ call between ████ | 1.10 | 440.55 |
| 02/10/21 | MN | Review and respond to email from ████ about strategy follow up questions based on ██ | 0.30 | 120.15 |
| 02/11/21 | MN | Draft letter to the Court as directed by January 29, 2021 order reporting on settlement status,. | 0.30 | 120.15 |
| 02/11/21 | MN | As requested by ████ further correspondence by phone and email with ████ follow up email to ████ enclosing prior briefings and Delaney's pending motion to dismiss. | 0.70 | 280.35 |
| 02/11/21 | MN | Review ████ Stephanos Zannikos. | 0.70 | 280.35 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/18/21 | MN | Review letter to the Court letter in accordance with Order dated January 29, 2021 instructing the parties to report by February 19, 2021 on the outcome of settlement discussions, and in regards to Defendant's request that the Court decide his motion to dismiss despite the automatic stay. | 0.60 | 240.30 |
| 02/18/21 | MN | Review ███████████████████████████ | 0.80 | 320.40 |
| 02/19/21 | MN | Phone call with ████████ | 0.40 | 160.20 |
| 02/19/21 | MN | Follow up phone calls with ████████ and next steps, ██████ | 0.60 | 240.30 |
| 02/19/21 | MN | Phone call with ████████████████ | 0.40 | 160.20 |
| 02/19/21 | MN | Revise status letter ████████ and file same. | 0.20 | 80.10 |
| 02/20/21 | MN | Strategy call with ████████████ | 0.70 | 280.35 |
| 02/22/21 | MN | Further review case correspondence, Judge's order on sanctions, and Delaney's EDNY bankruptcy petition. | 0.20 | 80.10 |
| 02/23/21 | MN | Review Court's sua sponte order withdrawing motion to dismiss and same to ████ | 0.20 | 80.10 |
| 02/25/21 | MN | Review ████████████ and confer with ████ | 0.20 | 80.10 |
| 02/26/21 | MN | Review email from ████████ enclosing voluminous ████ | 0.30 | 120.15 |
| 02/26/21 | MN | Review Delaney deposition transcript testimony ████████████ | 0.40 | 160.20 |
| | | Total Services: | 20.40 | 8,024.40 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
INDEX NO. 155158/2024
NYSCEF DOC. NO. 3
RECEIVED NYSCEF: 06/04/2024

Case 1:20-44377-jmm Doc 61-5 Filed 06/16/21 Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 130 of 190

# Ogletree
# Deakins

Page 5
03/22/21
Bill No. 90393901
029879.000036-CRP

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Michael Nacchio | Shareholder | 400.50 | 17.70 | 7,088.85 |
| Valerie L. Weiss | Associate | 346.50 | 2.70 | 935.55 |

## Expenses

| Description | | | Amount |
|---|---|---|---|
| Computer Research-Westlaw | 2.00 @ | 0.00 ea. | 0.00 |
| | Total Expenses | | 0.00 |

| | |
|---|---|
| TOTAL FEES | $8,024.40 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $8,024.40 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

April 30, 2021

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90417483
Client.Matter # 029879.000036

Re: **Hire Counsel v. Andrew Delaney (USDC SDNY)**
**ALLIANZ Claim No. SF-USFF03539920**
**1:20-cv-03178-LJL**

For professional services rendered through March 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...................................................................................................................$21,178.35
Expenses.............................................................................................................$140.00

**Total Due This Bill.......................................................................................$21,318.35**



| Wire Payments | ACH Payments | Check Payments |
| --- | --- | --- |
| | | PO Box 89 |
| | | Columbia, SC 29202 |

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮ / DUNS#: ▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**
**ALLIANZ Claim No. SF-USFF03539920**
**1:20-cv-03178-LJL**

For professional services rendered through March 31, 2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/21 | MN | Further review of ███████████ | 1.20 | 480.60 |
| 03/01/21 | MN | Further review of ███████████ | 0.20 | 80.10 |
| 03/10/21 | MN | Review███████████ send same to███ | 0.30 | 120.15 |
| 03/10/21 | MN | Communications with ███████ relating to███ | 0.50 | 200.25 |
| 03/11/21 | MN | Phone calls with ███████ about | 0.20 | 80.10 |
| 03/11/21 | MN | Phone calls with ███████ | 0.30 | 120.15 |
| 03/18/21 | MN | Communications with ███████ relating to███ | 1.30 | 520.65 |
| 03/18/21 | MN | Review newly filed NY Supreme Court Complaint and develop litigation course of action ███████ | 1.40 | 560.70 |
| 03/18/21 | VLW | Analyze and review recently filed New York State Court Complaint ███████ | 1.80 | 623.70 |
| 03/18/21 | VLW | Analyze and review New York State Court law regarding███████ | 1.50 | 519.75 |
| 03/19/21 | MN | Review procedure ███████ during COVID-19. | 0.30 | 120.15 |
| 03/19/21 | MN | Continue analysis and development of legal and factual arguments for ███████ | 1.30 | 520.65 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/19/21 | MN | Participate in strategy call with John Butts at Wilmer Hale and ▮▮▮▮▮ regarding Order to Show Cause to seal new NY Complaint; including follow up email | 1.10 | 440.55 |
| 03/19/21 | MN | Phone call with ▮▮▮▮▮ about outcome of ▮▮▮▮▮ call and next steps. | 0.40 | 160.20 |
| 03/19/21 | VLW | Begin drafting statement of facts and procedural history of Brief in Support of Motion to Seal portions of the Complaint due to confidential and privileged information. | 4.30 | 1,489.95 |
| 03/19/21 | VLW | Call with ▮▮▮▮▮ and Michael Nacchio, Esq., regarding filing order to show cause to seal portions of the Verified Complaint. | 0.30 | 103.95 |
| 03/21/21 | VLW | Research New York case law and regulations regarding motion to seal portions of the Complaint. | 2.60 | 900.90 |
| 03/21/21 | VLW | Begin drafting legal argument section of the Brief in Support of Motion to Seal portions of the Complaint, including privileged and confidential information. | 2.20 | 762.30 |
| 03/22/21 | MN | Review and revise Brief in Support of Order to Show Cause to Seal and Attorney Affirmation in Support. | 3.40 | 1,361.70 |
| 03/22/21 | VLW | Revise Brief in Support of Order to Show Cause to Seal paragraphs five through eleven of the NY State Court Verified Complaint to include additional case law and facts/procedural history. | 3.10 | 1,074.15 |
| 03/23/21 | MN | Further review and revise draft Brief in Support of Order to Show Cause to Seal/redact new NY Complaint, Attorney Affirmation in Support, and Proposed Order to Show Cause; includes attendant review of case law and conferral with Valerie Weiss. | 4.40 | 1,762.20 |
| 03/23/21 | VLW | Prepare Notification of Order Extending the Restriction of the Verified Complaint while order to show cause is pending. | 0.20 | 69.30 |
| 03/24/21 | MN | Teleconference on Order to Show Cause with ▮▮▮▮▮ and Valerie Weiss, including relating correspondence. | 0.90 | 360.45 |
| 03/24/21 | MN | Further review and revisions of Order to Show Cause papers, based on ▮▮▮▮▮ requests. | 2.10 | 841.05 |
| 03/24/21 | MN | Prepare email notification to Andrew Delaney giving required statutory notice of intent to move for Order | 0.20 | 80.10 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 3

Case 1:20-cv-04433-jmm Doc 615 Filed 06/16/21 Entered 06/16/21 20:39:39 INDEX NO. 155158/2024
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 134 of 190
RECEIVED NYSCEF: 06/04/2024

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | to Show Cause with temporary restraints tomorrow. | | |
| 03/24/21 | VLW | Revise Memorandum of Law in Support of Order to Show Cause, ███████████████████████ | 2.90 | 1,004.85 |
| 03/24/21 | VLW | Draft Affirmation of ████████████████ in Support of Order to Show Cause. | 0.60 | 207.90 |
| 03/24/21 | VLW | Prepare the Notification of Extended Restriction of the Complaint to file with the Court. | 0.30 | 103.95 |
| 03/24/21 | VLW | Review and revise proposed order to show cause. | 0.40 | 138.60 |
| 03/24/21 | VLW | Gather and prepare exhibits to include with Declaration of Michael Nacchio, Esq., in Support of Order to Show Cause. | 0.90 | 311.85 |
| 03/24/21 | VLW | Revise Affirmation of Michael Nacchio, Esq., in Support of Order to Show Cause. | 0.70 | 242.55 |
| 03/24/21 | VLW | Call with ███████████████████████ | 0.30 | 103.95 |
| 03/25/21 | MN | Final review and revisions to Order to Show Cause papers based on additional ████████ and related communications with Wilmer Hale and Stephanos Zannikos about same. | 2.20 | 881.10 |
| 03/25/21 | MN | Multiple phone calls to Chambers regarding motion status and urgency of Order to Show Cause, including follow up emails to ████████████ | 0.40 | 160.20 |
| 03/25/21 | MN | Analysis of seeking ████████████████ | 0.60 | 240.30 |
| 03/25/21 | MN | Review granted Order to Show Cause, redact Complaint, file same. | 0.80 | 320.40 |
| 03/25/21 | MN | Phone and email communications with ████████ regarding ███████████████████████ | 0.80 | 320.40 |
| 03/25/21 | MN | Prepare email to ████████████████████ | 0.40 | 160.20 |
| 03/25/21 | MN | Electronically file Order to Show Cause, supporting Memorandum of Law, and Affirmations of ████████████████ | 1.10 | N/C |
| 03/25/21 | MN | Review Clerk's notifications in response to Order to | 1.30 | N/C |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | Show Cause filing; draft and file Affirmation of Service, draft and file Affirmation pursuant to 22 NYCRR § 202.7, as directed by clerk. | | |
| 03/26/21 | MN | Review Court docket and correspondence with Clerk's office in continued efforts to effectuate the sealing of the Complaint per yesterday's Order. | 0.30 | 120.15 |
| 03/26/21 | MN | Continued correspondence with ███████ about ███ | 0.20 | 80.10 |
| 03/26/21 | VLW | Draft notification of sealing the Complaint to file with the court, as requested by the court clerks. | 0.30 | 103.95 |
| 03/29/21 | MN | Review Delaney's letter to the judge request order to show; mull response and correspond about same with ████████████ | 0.40 | 160.20 |
| 03/29/21 | MN | Phone call with ██████ regarding ██████████ | 0.40 | 160.20 |
| 03/29/21 | MN | Review ██████ review ██ | 1.00 | 400.50 |
| 03/29/21 | MN | Review ████████████ with SDNY matter and NY Supreme Court matter. | 1.40 | 560.70 |
| 03/30/21 | MN | Participate in strategy call with ████████ regarding | 0.60 | 240.30 |
| 03/30/21 | MN | Confer with Valerie Weiss about ███████ and ██████ | 0.20 | 80.10 |
| 03/30/21 | MN | In preparation for client team call with ██████ and review ██████ | 1.00 | 400.50 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/30/21 | MN | Review ███████ | 0.70 | 280.35 |
| 03/30/21 | MN | Review ███████ | 0.20 | 80.10 |
| 03/30/21 | MN | Review and respond to email from ████ enclosing requested copies of ████ | 0.20 | 80.10 |
| 03/31/21 | MN | Numerous phone calls and email correspondence with ████████ about ████████ | 1.50 | 600.75 |
| 03/31/21 | MN | Confer with ████████ about HC2 data investigation. | 0.30 | 120.15 |
| 03/31/21 | MN | Analysis of ████████ | 0.40 | 160.20 |
| | | Total Services: | 58.30 | 21,178.35 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Michael Nacchio | Shareholder | 400.50 | 33.50 | 13,416.75 |
| Michael Nacchio | Shareholder | 0.00 | 2.40 | N/C |
| Valerie L. Weiss | Associate | 346.50 | 22.40 | 7,761.60 |

## Expenses

| Description | Amount |
|-------------|--------|
| VENDOR: U. S. Bank INVOICE#: 4504738303301605 DATE: 3/30/2021 Jill E. Glassman - Filing Fees - Fee for e-filing request for Judicial Intervention. Valerie Weiss #: 5563 on 03/18/21 | 95.00 |
| VENDOR: U. S. Bank INVOICE#: 4515519204071302 DATE: 4/7/2021 Jill E. Glassman - Filing Fees - Fee for e-filing Order to Show Cause. Michael Nacchio #: 4761 on 03/25/21 | 45.00 |
| Total Expenses | 140.00 |

Case 1:20-44372-jmm   Doc 615   Filed 06/16/21   Entered 06/16/21 20:30:30

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 137 of 190

## Ogletree
## Deakins

Page 7
04/30/21
Bill No. 90417483
029879.000036-CRP

| | |
|---|---|
| TOTAL FEES | $21,178.35 |
| TOTAL EXPENSES | $140.00 |
| TOTAL THIS BILL | $21,318.35 |

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2005911 – **REVISED**          **March 25, 2021**

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of July 2020
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $153,922.50 |
| Less Credit for K. Moody Rate | (3,270.00) |
| Less 10% Discount | (15,065.25) |
| Total Fees | $135,587.25 |
| Disbursements | $2,686.31 |
| Current Amount Due | $138,273.56 |
| Less Payment | (20,104.91) |
| **TOTAL AMOUNT DUE** | **$118,168.65** |

5401
12302201

**KASOWITZ BENSON TORRES LLP**

1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2004998 - **REVISED**          **March 25, 2021**

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of May 2020
as reflected on the attached printout

| | |
|---|---|
| Fees | $470,904.00 |
| Less Credit for K. Moody Rate | (33,960.00) |
| Less 10% Discount | (43,694.40) |
| Total Fees | $393,249.60 |
| Disbursements | $11,645.49 |
| Current Amount Due | $404,895.09 |
| Less Payments | (425,000.00) |
| **Balance of Retainer \*\*\*** | **(20,104.91)** |

**\*\*\* to be applied on
inv.2005911**

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 3

Case 1:20-44377-jmm Doc 615 Filed 06/16/21 Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 140 of 190
RECEIVED NYSCEF: 06/04/2024

### *The Killian Firm PC*
555 Route 1 South
Suite 430
Iselin, New Jersey 08830

Ph:(732)912-2100          Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                  Sep 10, 2020
360 Lexington Avenue
11th Floor
New York, NY 10017

|                    |                |
|--------------------|----------------|
| File #:            | 20200050       |
| Inv #:             | 7051           |

Attention:   Stephanos Zannikos, Esq.

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-13-20 | Review client documents; telephone call client | 0.60 | 240.00 | K |
| Aug-21-20 | Review file; e-mail to ████ with proposed language to ████ | 0.30 | 120.00 | K |
| Aug-24-20 | Review and respond to ████ inquiry | 0.10 | 40.00 | K |
| | Totals | 1.00 | $400.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$400.00** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$400.00** |

## *The Killian Firm PC*

555 Route 1 South
Suite 430
Iselin, New Jersey 08830

Ph:(732)912-2100         Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                      Oct 12, 2020
360 Lexington Avenue
11th Floor
New York, NY 10017

|                 |            |
|-----------------|------------|
| File #:         | 20200050   |
| Inv #:          | 7127       |

Attention:   Stephanos Zannikos, Esq.

RE:   Delaney EPLI Matter

| DATE      | DESCRIPTION                                                      | HOURS | AMOUNT   | LAWYER |
|-----------|-----------------------------------------------------------------|-------|----------|--------|
| Sep-08-20 | E-mail client re: responding to ███                             | 0.20  | 80.00    | K      |
| Sep-10-20 | Telephone call ███ including preparation                        | 0.20  | 80.00    | K      |
| Sep-28-20 | Review ███ and file; telephone call ███ re: preparing letter ███ | 1.00  | 400.00   | K      |
|           | Totals                                                          | 1.40  | $560.00  |        |

| **Total Fees, Disbursements** | **$560.00** |
|-------------------------------|-------------|
| Previous Balance              | $400.00     |
| Previous Payments             | $0.00       |
| **Balance Due Now**           | **$960.00** |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
INDEX NO. 155158/2024
NYSCEF DOC. NO. 3
RECEIVED NYSCEF: 06/04/2024

Case 1:20-44377-jmm   Doc 615   Filed 06/16/21   Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 142 of 190

### The Killian Firm PC
555 Route 1 South
Suite 430
Iselin, New Jersey 08830

Ph:(732)912-2100          Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                              Nov 10, 2020
360 Lexington Avenue
11th Floor
New York, NY 10017

|                    |                            | File #: | 20200050 |
| Attention:         | Stephanos Zannikos, Esq.   | Inv #:  | 7179     |

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-02-20 | Review correspondence from ███ research applicable law on coverage fo█ ████ telephone call ████ re: same | 1.60 | 640.00 | K |
| Oct-09-20 | Review file and various correspondence regarding underlying claim; e-mail ███ re: same | 1.00 | 400.00 | K |
| Oct-13-20 | Telephone call ███ re: strategy; e-mail ██████ requesting conference | 0.30 | 120.00 | K |
| Oct-15-20 | Review file and prepare fo█ █████ with █████ ███ | 1.00 | 400.00 | K |
| Oct-16-20 | Conference call with █████ re: claim | 0.40 | 160.00 | K |
|           | Telephone call ███ █████ outline letter to ███ | 0.50 | 200.00 | K |
| Oct-19-20 | Status report to ███ | 0.20 | 80.00 | K |
| Oct-20-20 | Review ███ documents and draft letter to ████ | 2.20 | 880.00 | K |
| Oct-22-20 | Review ████████ and █████ documents; prepare correspondence to ███ regarding ███ e-mail ███ regarding same | 3.00 | 1,200.00 | K |
| Oct-26-20 | Review and revis█ ███████████ to ████ (including review of additional documents); e-mail client re: same | 1.50 | 600.00 | K |
| Totals |  | 11.70 | $4,680.00 | |

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 143 of 190

| | |
|---|---|
| **Total Fees, Disbursements** | **$4,680.00** |
| | |
| Previous Balance | $960.00 |
| Previous Payments | $0.00 |
| | |
| **Balance Due Now** | **$5,640.00** |

### *The Killian Firm PC*
555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:(732)912-2100                  Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                    Dec 11, 2020
360 Lexington Avenue
11th Floor
New York, NY 10017

|                |          |
|----------------|----------|
| File #:        | 20200050 |

Attention:   Stephanos Zannikos, Esq.                  Inv #:        7255

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-20-20 | Review and respond to correspondence from ██████ ████ respond to correspondence from ████ regarding reservation of rights | 1.10 | 440.00 | K |
| | Totals | 1.10 | $440.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$440.00** |
| Previous Balance | $5,640.00 |
| Previous Payments | $5,640.00 |
| **Balance Due Now** | **$440.00** |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 3

Case 1:20-44377-jmm Doc 615 Filed 06/16/21 Entered 06/16/21 20:30:39
Case 1:24-cv-05211-JMF Document 1-1 Filed 07/10/24 Page 145 of 190

INDEX NO. 155158/2024
RECEIVED NYSCEF: 06/04/2024

### The Killian Firm PC
555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:(732)912-2100          Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                        Jan 07, 2021
360 Lexington Avenue
11th Floor
New York, NY 10017

|  |  |
|---|---|
| File#: | 20200050 |

Attention:   Stephanos Zannikos, Esq.

| Inv #: | 7316 |
|---|---|

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-03-20 | Telephone call ████████ re: responding to ████ correspondence | 0.30 | 120.00 | K |
| Dec-29-20 | Review ███████████ review correspondence from ████ review correspondence from ████ | 2.20 | 880.00 | K |
| Dec-31-20 | Study ████████ and documents from ████ research of law re: ████████ | 3.00 | 1,200.00 | K |
| | Totals | 5.50 | $2,200.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$2,200.00** |
| Previous Balance | $440.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$2,640.00** |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                              RECEIVED NYSCEF: 06/04/2024

Case 1:20-44372-jmm  Doc 615-5  Filed 06/16/21  Entered 06/16/21 20:30:39
Case 1:24-cv-05211-JMF  Document 1-1  Filed 07/10/24  Page 146 of 190

*The Killian Firm PC*

555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:(732)912-2100                    Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                    Feb 09, 2021
360 Lexington Avenue
11th Floor
New York, NY 10017

                                               File #:      20200050
Attention:   Stephanos Zannikos, Esq.          Inv #:       7382

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-04-21 | E-mail to███ re:████████ | 0.50 | 200.00 | K |
| Jan-21-21 | Review prior correspondence,███ documents, and ████████ draft e-mail to████████ | 2.80 | 1,120.00 | K |
| Jan-29-21 | Correspondence with██████ re:████ | 0.50 | 200.00 | K |
|  | Telephone call████████ re:████████ ██████ re: same | 1.10 | 440.00 | K |
|  | Totals | 4.90 | $1,960.00 |  |

**Total Fees, Disbursements**                              **$1,960.00**

Previous Balance                                            $2,640.00
Previous Payments                                          $2,640.00

**Balance Due Now**                                        **$1,960.00**

### The Killian Firm PC
555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:(732)912-2100          Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                    Mar 09, 2021
360 Lexington Avenue
11th Floor
New York, NY 10017

|                    | File#: | 20200050 |
|--------------------|--------|----------|
| Attention: Stephanos Zannikos, Esq. | Inv #: | 7449 |

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-03-21 | E-mails with ███████ re: ████████ ███ | 0.10 | 40.00 | K |
| Feb-11-21 | Review file to prepare for ████ call; e-mails ████████ re: coverage issues | 1.00 | 400.00 | K |
| Feb-12-21 | Strategy call with client | 0.60 | 240.00 | K |
| Feb-19-21 | Review file; review correspondence from ████ draft memo to ████ regarding ████ | 2.00 | 800.00 | K |
| Feb-21-21 | Draft and send letter to ████ ████ ████ regarding claim | 2.50 | 1,000.00 | K |
| Feb-22-21 | Follow up e-mails with ████████ re: ████ ████ | 0.20 | 80.00 | K |
| Feb-23-21 | Conference call with ████ re: ████ | 0.30 | 120.00 | K |
|  | E-mails with client re: outstanding fees of underlying counsel | 0.10 | 40.00 | K |
| | Totals | 6.80 | $2,720.00 | |

| | |
|---|---:|
| **Total Fees, Disbursements** | **$2,720.00** |
| Previous Balance | $1,960.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$4,680.00** |

**The Killian Firm, P.C.**

555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:    (732) 912-2100
Fax:   (732) 912-2101

Apr 12, 2021

HC2, Inc. d/b/a Hire Counsel                          File #:     20200050

360 Lexington Avenue                                  Inv #:       7517
11th Floor
New York, NY 10017
Attention:     Stephanos Zannikos, Esq.

RE:            Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-03-21 | Correspondence with Aon regarding claim | 0.10 | 40.00 | K |
| Mar-05-21 | Telephone call with ███ and ███ (including preparation for call) re: ███ | 0.50 | 200.00 | K |
| Mar-09-21 | Review and respond to client e-mail re: claim strategy | 0.20 | 80.00 | K |
| Mar-12-21 | Review Aon correspondence; e-mail S. Zannikos ███ ████████████████████ | 0.20 | 80.00 | K |
| Mar-15-21 | E-mail ██████████ re: ████████ | 0.10 | 40.00 | K |
|  | Correspondence with ███ re: ██████████ | 0.20 | 80.00 | K |
| Mar-17-21 | Telephone call ███ (including preparation) | 0.30 | 120.00 | K |
| Mar-18-21 | Review and respond to spreadsheet and claim correspondence from ██████ | 0.50 | 200.00 | K |
| Mar-24-21 | Review spreadsheets from client; conference with ███ ███ to review ████████ | 0.70 | 280.00 | K |
| Mar-25-21 | Review spreadsheets; correspondence to ███ | 0.50 | 200.00 | K |
| Mar-26-21 | Correspondence to ███ re: ████████████ (including review of ██████████ | 0.20 | 80.00 | K |
|  | Totals | 3.50 | $1,400.00 |  |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 3

Case 1:20-44377-jmm   Doc 61-5   Filed 06/16/21   Entered 06/16/21 20:30:39

INDEX NO. 155158/2024

RECEIVED NYSCEF: 06/04/2024

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 150 of 190

| | |
|---|---|
| **Total Fees & Disbursements** | $1,400.00 |
| | |
| Previous Balance | $4,680.00 |
| Previous Payments | $0.00 |
| | |
| **Balance Due Upon Receipt** | $6,080.00 |

Case 1:20-44377-jmm  Doc 61-5  Filed 06/16/21  Entered 06/16/21 20:30:39
Case 1:24-cv-05211-JMF  Document 1-1  Filed 07/10/24  Page 151 of 190

**The Killian Firm, P.C.**

555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:   (732) 912-2100
Fax:   (732) 912-2101

May 11, 2021

HC2, Inc. d/b/a Hire Counsel                          File #:     20200050

360 Lexington Avenue                                  Inv #:      7578
11th Floor
New York, NY 10017
Attention:    Stephanos Zannikos, Esq.

RE:           Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-08-21 | Review documents forwarded by client | 0.40 | 160.00 | K |
| Apr-19-21 | Telephone call ▉and▉regarding▉(including preparation) | 0.40 | 160.00 | K |
| Apr-20-21 | Review and respond to e-mails from▉ | 0.10 | 40.00 | K |
| Apr-29-21 | Review letter from▉ telephone call▉ | 0.60 | 240.00 | K |
| Apr-30-21 | Review latest▉letter and begin drafting respone | 1.00 | 400.00 | K |
| | Totals | 2.50 | $1,000.00 | |

| | | |
|---|---|---|
| **Total Fees & Disbursements** | | **$1,000.00** |
| Previous Balance | | $6,080.00 |
| Previous Payments | | $1,960.00 |
| **Balance Due Upon Receipt** | | **$5,120.00** |

Case 1:20-... ... Doc 615   Filed 06/16/21   Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 152 of 190

███████████████████████████████████████

**The Killian Firm, P.C.**

555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Jun 08, 2021

Ph:   (732) 912-2100
Fax:   (732) 912-2101

HC2, Inc. d/b/a Hire Counsel                          File #:      20200050

360 Lexington Avenue                                 Inv #:         7636
11th Floor
New York, NY 10017
Attention:      Stephanos Zannikos, Esq.

RE:        Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-06-21 | Review prior correspondence with ████████ prepare response to most recent letter; e-mail ████ re: same | 2.00 | 800.00 | K |
| May-11-21 | Revise letter to ██████ reveiw documents from ████ with respect to same; e-mail to ████ with respect to same | 0.90 | 360.00 | K |
| May-14-21 | Review file and revise and edit letter to ████ e-mail ████ re: same | 1.00 | 400.00 | K |
| May-17-21 | Review, finalize and send letter to ████ | 0.50 | 200.00 | K |
| May-24-21 | Review and respond to ████ from ████████ re: ████████ | 0.10 | 40.00 | K |
| May-26-21 | Review file and prior claim correspondence; telephone conference ████████ send status ████ to ████ ████████ | 1.00 | 400.00 | K |
| | Totals | 5.50 | $2,200.00 | |

| | |
|---|---|
| **Total Fees & Disbursements** | **$2,200.00** |
| | |
| Previous Balance | $5,120.00 |
| Previous Payments | $4,120.00 |
| | |
| **Balance Due Upon Receipt** | **$3,200.00** |

Case 1:24-cv-05211-JMF  Document 1-1  Filed 07/10/24  Page 153 of 190



**SPECTOR &
EHRENWORTH, P.C.**
*Attorneys at Law*

30 Columbia Turnpike,  Florham Park,  New Jersey  07932-2261       973.593.4800        Fax: 973.593.4848

Taxpayer Identification No. 22-3483515

HC2, Inc. d/b/a Hire Counsel                                                                 April 7, 2021
360 Lexingston Avenue
Suite 1100
New York, NY 10017
Attention: Stephanis Zannikos, Esq.

For legal services rendered through  March 31, 2021                     Invoice No.  20210095
in connection with the following matter:

*Andrew Delaney, Debtor*

## Invoice Summary

|  | Amount |
|---|---|
| Total amount of this bill | $17,882.62 |
| Balance due | $17,882.62 |

HC2, Inc. d/b/a Hire Counsel

April 7, 2021
Page   2

Re: *Andrew Delaney, Debtor*

Invoice No. 20210095

Professional services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/11/21 | DAG | Review filed documents of A. Delaney concerning matter; confer with BDS | 0.30 | 135.00 |
| | DAG | Review e-mails exchanged with S. Zannikos of Mestel re: new matter (multiple); review (briefly) district court and bankrutpcy filings; confer with BDS; retrieve documents from both cases on PACER | 0.80 | 360.00 |
| | BDS | E-mail messages from and to S. Zannikos re: new matter (multiple); review bankruptcy filing | 0.50 | 287.50 |
| 03/12/21 | DAG | Preparation of list of issues to discuss; t/c/w S. Zannikos and BDS re: prospective new matter for HC2; revise BDS's e-mail to S. Zannikos | 0.70 | 315.00 |
| | BDS | Telephone conference with S. Zannikos and DAG; e-mail to S. Zannikos | 0.50 | 287.50 |
| 03/15/21 | ALL | Preparation of Notice of appearance; office conference with DAG re: same | 0.20 | 32.00 |
| | DAG | E-mail message from S. Zannikos re: debtor's motion to dismiss; review PACER, retrieve and review motion to dismiss, notice of new address and amended schedules; review bankruptcy petition; evaluate grounds to oppose motion to dismiss; confer with BDS re: grounds to oppose motion to dismiss; review (briefly) applicable law re: motion to dismiss; e-mail message to S. Zannikos re: next steps, motion to dismiss | 1.80 | 810.00 |
| | BDS | E-mail messages from and to S. Zannikos; discuss with DAG | 0.40 | 230.00 |
| 03/16/21 | ALL | Preparation of Opposition to the Debtor's Motion to Dismiss; office conference with DAG re: same | 0.20 | 32.00 |

HC2, Inc. d/b/a Hire Counsel

April 7, 2021
Page 3

Re: *Andrew Delaney, Debtor*

Invoice No. 20210095

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 03/16/21 | DAG | E-mail messages from (2) and to S. Zannikos; confer with BDS; review dockets in Delaney v. Delaney and Delaney v. Sullivan & Cromwell lawsuits; briefly review filed pleadings and papers in pending lawsuits; e-mail message to G. Messer with introduction, discuss undisclosed information; electronically file notice of appearance | 2.00 | 900.00 |
| | BDS | E-mail message from S. Zannikos; discuss with DAG; review additional e-mails exchanged with him, with G. Messer, and with A. Delaney | 0.50 | 287.50 |
| 03/17/21 | ALL | Continued preparation of the Opposition to Debtor's Motion to Dismiss | 0.40 | 64.00 |
| | DAG | E-mail messages from and to S. Zannikos re: new lawsuit filed by A. Delaney, my t/c/w G. Messer; review NY ecourts (briefly) re: new lawsuit (not available online yet); e-mail messages from and to (2) G. Messer re: new lawsuit filed, request transcript from meeting of creditors and asset report; telephone conference with G. Messer re: introduction, pending lawsuits, status of bankruptcy case, next steps | 1.40 | 630.00 |
| | BDS | E-mail messages exchanged S. Zannikos; discuss with DAG; review e-mails exchanged with G. Messer; review e-notice from court | 0.50 | 287.50 |
| 03/18/21 | DAG | E-mail messages from (4) and to S. Zannikos re: ▇▇▇▇▇▇; t/c/w (2) S. Zannikos re: ▇▇▇▇▇▇▇; receive and review (briefly) NY Supreme Court complaint; t/c/w G. Messer re: need to seal complaint; e-mail message from G. Messer with attached Lexis report and transcript of meeting of creditors; receive and review notice of assets, notification list; receive and review (briefly) order dismissing counterclaims, amended counterclaims; legal research re: ▇▇▇▇▇▇▇; confer with BDS re: ▇▇▇▇▇▇; instructions to ALL re: ▇▇▇▇▇▇ ▇▇▇▇▇▇▇ | 3.10 | 1,395.00 |

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 156 of 190

HC2, Inc. d/b/a Hire Counsel                                            April 7, 2021
                                                                         Page   4

Re: *Andrew Delaney, Debtor*                                    Invoice No. 20210095

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/18/21 | BDS | E-mail messages from S. Zannikos (3); discuss with DAG re: ███████████████████████████████ | 0.50 | 287.50 |
| 03/19/21 | ALL | Office conference with DAG re: ████████████████ ████████████████████████████████████████ ██████████████office conference with DAG re: findings | 0.50 | 80.00 |
| | ALL | Preparation of Motion for Extension of Time; office conference with DAG re: same | 0.60 | 96.00 |
| | DAG | Review file, search report and transcript of meeting of creditors; e-mail message to S. Zannikos ███████████ ██████████████████████████████; instructions to ALL re: ████████████████████; receive and review ████████████████████████ e-mail messages from (2) and to (2) S. Zannikos re: ████████████ | 1.70 | 765.00 |
| | BDS | Receive and review e-mails exchanged with ███████████ | 0.40 | 230.00 |
| 03/22/21 | ALL | Check██████████████████████████████████ | 0.10 | 16.00 |
| | DAG | Preparation of pleadings -- motion to extend time to file discharge objection and dischargeability determination | 2.40 | 1,080.00 |
| 03/23/21 | DAG | E-mail messages from and to S. Zannikos re: ███████████ ████████████████ | 0.20 | 90.00 |
| | BDS | Review e-mails exchanged with S. Zannikos | 0.20 | 115.00 |
| 03/24/21 | ALL | Check██████████████████████████████ ████████████; preparation of Proof of Claim████████████ ██████████████████████ | 0.50 | 80.00 |
| | DAG | Preparation of pleadings -- motion for extension of time to file discharge and dischargeability complaint; instructions to ALL for preparation of proof of claim; legal research re: ██████████████████████████████████████ | 4.60 | 2,070.00 |

**HC2, Inc. d/b/a Hire Counsel**

April 7, 2021
Page  5

Re: *Andrew Delaney, Debtor*                                 Invoice No. 20210095

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/25/21 | DAG | Confer with BDS re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓, e-mail message to S. Zannikos re: ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ legal research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ preparation of motion for extension of time; preparation of opposition to motion to dismiss; e-mail message to S. Zannikos ▓▓▓▓ ▓▓▓▓▓▓▓ | 5.10 | 2,295.00 |
| | BDS | Telephone conference with DAG re: ▓▓▓▓▓▓▓▓▓▓ review e-mails exchanged with S. Zannikos; review and revise motion for extension of time and opposition to motion to dismiss | 1.00 | 575.00 |
| 03/26/21 | JCS | Download documents from PACER and attach to case record | 0.30 | 21.00 |
| | ALL | E-mail message tp S. Zannikos ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 16.00 |
| | ALL | Revision to the cert. of service for the Motion for Extension of Time to Object; check ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ correspondence drafted to Judge Mazer-Marino encl. courtesy copy of Motion for Extension of Time to Object; correspondence drafted to Judge Mazer-Marino encl. courtesy copy of Opposition to Debtor's Motion to Dismiss Case; revision to certificates of services for the Motion for Extension of Time to Object and the Opposition to Debtor's Motion to Dismiss Case; preparation of cover page for the exhibits to the Motion for Extension of Time to Object and the Opposition to Debtor's Motion to Dismiss Caseattention to service of both the Motion for Extension of Time to Object and the Opposition to Debtor's Motion to Dismiss Case | 3.30 | 528.00 |

**HC2, Inc. d/b/a Hire Counsel**                                      April 7, 2021

                                                                      Page   6

Re: *Andrew Delaney, Debtor*                                   Invoice No. 20210095

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/26/21 | DAG | Revision to, redraft opposition to motion to dismiss and motion for extension of time; receive and review G. Messer's opposition to motion to dismiss, motion for extension of time to object to discharge; t/c/w S. Zannikos re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ redraft motion and opposition papers, certifications; preparation of proposed form of order; revise and redraft certificate of service; e-mail message to trustee's attorneys re: error in their affidavit of service; electronically file motion for extension of time and opposition to motion to dismiss; e-mail message to and from (multiple) S. Zannikos | 4.80 | 2,160.00 |
| | BDS | Office conference with DAG re: ▮▮▮▮▮▮▮▮▮▮▮▮▮ review e-mails exchanged with S. Zannikos | 0.50 | 287.50 |
| 03/29/21 | DAG | Receive and review chapter 7 trustee's paper copies of motion papers, review exhibits | 0.20 | 90.00 |
| 03/30/21 | ALL | Preparation of supplemental certificates of service for the Motion for an extention of time and the opposition to debtor's motion to dismiss; service of same | 0.20 | 32.00 |
| | DAG | Receive and review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ retrieve and review ▮▮▮▮▮▮▮▮▮▮▮ instructions to ALL re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮, electronically file 2 supplemental certificates of service; e-mail message to S. Zannikos ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.40 | 180.00 |
| | BDS | Office conference with DAG re: status | 0.20 | 115.00 |
| 03/31/21 | DAG | Receive and review chapter 7 trustee's supplemental certificate of service re: objection and motion for extension of time | 0.10 | 45.00 |

                                                                     _____   _____
For professional services rendered                           41.20   $17,307.00

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261
[(973) 593-4800/FAX (973) 593-4848]

**HC2, Inc. d/b/a Hire Counsel**

April 7, 2021

Page  7

**Re: *Andrew Delaney, Debtor***

Invoice No. 20210095

Disbursements:

| | | | | Qty/Price | Amount |
|---|---|---|---|---|---|
| 03/25/21 | DAG | Research charges from 3rd party providers | | 1<br>79.92 | 79.92 |
| 03/26/21 | JCS | Postage | | 1<br>8.80 | 8.80 |
| | JCS | Postage | | 18<br>7.70 | 138.60 |
| | JCS | Postage | | 2<br>8.55 | 17.10 |
| | JCS | Postage | | 1<br>8.25 | 8.25 |
| | JCS | Postage | | 1<br>9.90 | 9.90 |
| | JCS | Photocopies | | 1,870<br>0.15 | 280.50 |
| 03/30/21 | JCS | Postage | | 1<br>8.55 | 8.55 |
| | JCS | Photocopies | | 160<br>0.15 | 24.00 |

Total disbursements

$575.62

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian D. Spector, Esq. | 5.20 | 575.00 | $2,990.00 |
| Douglas A. Goldstein, Esq. | 29.60 | 450.00 | $13,320.00 |
| Abigail L. Lynch (Paralegal) | 6.10 | 160.00 | $976.00 |
| Jackie C. Sokol | 0.30 | 70.00 | $21.00 |



**SPECTOR &
EHRENWORTH, P.C.**
*Attorneys at Law*

30 Columbia Turnpike, Florham Park, New Jersey 07932-2261    973.593.4800    Fax: 973.593.4848

Taxpayer Identification No. 22-3483515

HC2, Inc. d/b/a Hire Counsel                                    May 5, 2021
360 Lexingston Avenue
Suite 1100
New York, NY 10017
Attention: Stephanis Zannikos, Esq.

For legal services rendered through  April 30, 2021            Invoice No.  20210132
in connection with the following matter:

*Andrew Delaney, Debtor*

## Invoice Summary

|                              | Amount      |
|------------------------------|-------------|
| Previous balance             | $17,882.62  |
| Total amount of this bill    | $13,948.94  |
| Balance due                  | $31,831.56  |

HC2, Inc. d/b/a Hire Counsel

May 5, 2021

Page   2

---

Re: *Andrew Delaney, Debtor*

Invoice No. 20210132

Professional services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/01/21 | DAG | E-mail messages from and to ███ re: █████ receive and review ████ review ████ amended bankruptcy schedules); confer with BDS re: ████ bankruptcy case | ██ | ██ |
| | BDS | Receive and review e-mails exchanged with ████ and new complaint filed by Delaney; discuss with DAG | 0.50 | 287.50 |
| 04/05/21 | DAG | Receive and review ████ reply to our opposition to his motion to dismiss case; review file; e-mail messages to (2) and from (2) ████ re: █████ ████ | 0.60 | 270.00 |
| | BDS | Review debtor's response to objection to motion to dismiss; discuss with DAG; e-mails from and to ████ | 0.40 | 230.00 |
| 04/06/21 | DAG | Electronically file proof of claim, enter claim information into CM/ECF; e-mail message to ████ with filed proof of claim | 0.20 | 90.00 |
| | DAG | E-mail messages from and to ████ re: ████ review file (briefly) re: discussion re: ████ legal research (briefly) re: ████ t/c/w ████ and ████ re: strategy and next steps; e-mail message to ████ re: ████ | ██ | ██ |
| | BDS | Receive and review e-mails exchanged with ████ | 0.20 | 115.00 |
| 04/08/21 | DAG | Review file, docket in preparation for hearing on debtor's motion to dismiss; telephonic appearance at hearing on motion to dismiss; e-mail messages from (2) and to ████ re: ████ confer with BDS re: today's hearing; e-mail message to ████ re: ████ | 2.50 | 1,125.00 |

---

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261
[(973) 593-4800/FAX (973) 593-4848]

**HC2, Inc. d/b/a Hire Counsel**

May 5, 2021

Page   3

---

Re: *Andrew Delaney, Debtor*

Invoice No. 20210132

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/08/21 | BDS | Receive and review e-mails exchanged with ▮▮▮▮ t/c/w DAG re: results of hearing and strategy | 0.40 | 230.00 |
| 04/09/21 | DAG | E-mail message from ▮▮▮▮ re: research ▮▮▮▮ e-mail messages ▮▮▮▮ e-mail message to ▮▮▮ with update, ▮▮▮ | 0.60 | 270.00 |
|  | BDS | Receive and review e-mails exchanged with ▮▮▮ | 0.10 | 57.50 |
| 04/12/21 | DAG | Receive and review A. Delaney's motion for relief from automatic stay; e-mail message to ▮▮▮ with attached stay relief motion, ▮▮▮ e-mail messages from 2 ▮▮▮ e-mail messages to (2) ▮▮▮ with ▮▮▮ | 1.10 | 495.00 |
|  | BDS | Review (brief) of Delaney's stay relief motion; review e-mails exchanged with ▮▮▮ | 0.40 | 230.00 |
| 04/13/21 | DAG | E-mail message from ▮▮▮ re: ▮▮▮ ▮▮▮ will respond later this week | ▮▮ | ▮▮ |
|  | BDS | Receive and review e-mails exchanged with ▮▮▮ | 0.10 | 57.50 |
| 04/14/21 | ALL | Initial setup of letter to ▮▮▮ re: Debtor's objection to our motion for an extension of time; e-mail same to ▮ ▮▮▮ | 0.20 | 32.00 |
|  | DAG | Receive and review A. Delaney's objection to our motion for extension of time to object to discharge; receive and review (briefly) order granting trustee's retention of counsel; confer with BDS re: status of case, debtor's objection to our motion, recommendations and next steps; review file re: filings and case status; receive and review A. Delaney's amended motion for relief from automatic stay; review docket on PACER re: status; correspondence drafted to ▮▮▮ background, case progress and status, recommendations; e-mail messages from and to ▮▮▮ review string of e-mails between ▮▮▮ and | 2.70 | 1,215.00 |

Case 1:20-44377-jmm   Doc 615   Filed 06/16/21   Entered 06/16/21 20:39:39
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 163 of 190

**HC2, Inc. d/b/a Hire Counsel**                                    May 5, 2021
                                                                   Page   4

Re: *Andrew Delaney, Debtor*                             Invoice No. 20210132

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 04/14/21 | BDS | Review (brief) of objection to motion for extension; discuss with DAG; review and revise letter ▇▇▇▇▇ | 0.40 | 230.00 |
| 04/15/21 | DAG | Receive and review docket notices from bankruptcy court re: A. Delaney's stay relief motion; review file in advance of call with ▇▇▇▇ and ▇▇▇▇ Zoom meeting with ▇▇▇▇ and ▇▇▇▇ | 1.20 | 540.00 |
| 04/16/21 | ALL | Set up reply to Debtor's opposition to Plainitff's Motion to Extend Time; preparation of Certificate of Service for same | 0.20 | 32.00 |
|  | DAG | Receive and review proposed stipulation between trustee and A. Delaney re: extension of time; receive and review stipulated order for extension of trustee's time to object to discharge; e-mail messages to and from ▇▇▇▇ re: ▇▇▇▇ preparation of reply in further support of motion for extension of time; electronically file reply papers; e-mail messages from and to ▇▇▇▇ e-mail message to ▇▇▇▇ with attached reply papers, prospect of discussion with A. Delaney's attorney | 4.30 | 1,935.00 |
|  | DAG | Place a call to, and leave a message for, ▇▇▇▇ re: whether to file reply to opposition to motion for extension of time | 0.10 | No Charge |
|  | BDS | Receive and review notices from court re: trustee obtaining consensual extension of deadline; review e-mails exchanged with ▇▇▇▇ review reply submission; review e-mails exchanged with ▇▇▇▇ | 0.70 | 402.50 |
| 04/19/21 | DAG | E-mail messages from (2) and to (2) ▇▇▇▇ re: ▇▇▇▇ | 0.20 | 90.00 |
|  | DAG | E-mail messages to (4) and from (3) ▇▇▇▇ re: ▇▇▇▇ ▇▇▇ t/c/w ▇▇▇▇ re: ▇ | 2.30 | 1,035.00 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 3    RECEIVED NYSCEF: 06/04/2024

Case 1:20-44377-jmm  Doc 61-5  Filed 06/16/21  Entered 06/16/21 20:30:30
Case 1:24-cv-05211-JMF  Document 1-1  Filed 07/10/24  Page 164 of 190

| | | | | Hours | Amount |
|---|---|---|---|---|---|

**HC2, Inc. d/b/a Hire Counsel**                                         May 5, 2021
                                                                          Page   5

Re: *Andrew Delaney, Debtor*                                    Invoice No. 20210132

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | re: ███████ e-mail message from ███ | | |
| | | re: ███████ confer with BDS re: ███ | | |
| | | review file in preparation for hearing on motion for extension of time | | |
| 04/19/21 | BDS | Receive and review e-mails exchanged with ███████ | 0.20 | 115.00 |
| 04/20/21 | ALL | Review formatting instructions for a EDNY Order; revision to Order for Extension of Time; format Order for Extension of time; office conferences with DAG re: same; run a redline of the Order for Extension of Time | 0.50 | 80.00 |
| | DAG | E-mail messages from (2) and to (3)██████ re: ███ ████████ review file (briefly) for today's motion hearing; telephonic court appearance for hearing on our motion for extension of time to object to discharge; e-mail messages from and to ███████ re: ███ prepare redline of proposed order; instructions to ███ re: revision to order; e-mail message to ███ re: receive and review (briefly) debtor's unsigned amended schedules and statement of financial affairs; receive and review notice of adjournment of hearing on stay relief motion | 2.80 | 1,260.00 |
| | BDS | Receive and review e-mails exchanged with ███████ | 0.20 | 115.00 |
| 04/21/21 | DAG | E-mail message from ███████ with approval of proposed form of order for extension of time; prepare pdf of order; upload pdf and docx forms of order to ECF | 0.30 | 135.00 |
| | DAG | E-mail messages to and from ███████ re: proposed form of order for extension of time; e-mail message to ███████ e-mail message from ███████ e-mail message to ███ re: ███ | 0.40 | 180.00 |

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261
[(973) 593-4800/FAX (973) 593-4848]

Case 1:20-44377-jmm   Doc 615   Filed 06/16/21   Entered 06/16/21 20:30:39
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 165 of 190

**HC2, Inc. d/b/a Hire Counsel**                                        May 5, 2021
                                                                        Page   6

---

Re: *Andrew Delaney, Debtor*                              Invoice No. 20210132

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/21/21 | BDS | Receive and review e-mails exchanged with ██████ | 0.20 | 115.00 |
| 04/22/21 | DAG | E-mail messages from and to ██████ re: ██████ e-mail messages to (3) and from (2)██████ re:██████ stay relief motion adjourned; receive and review (briefly) ██████ ██████████ e-mail message to██ with instructions for comprehensive search | 0.80 | 360.00 |
| | BDS | Receive and review e-mails exchanged with ██████ | 0.20 | 115.00 |
| 04/23/21 | DAG | E-mail messages from (2)██████ of██ e-mail message to██ re: | 0.20 | 90.00 |
| 04/26/21 | DAG | E-mail messages from (2) and to██ re: ██████ receive and review order, as entered, extending HC2's time to object to discharge; e-mail messages to (2) re:██████ | 0.50 | 225.00 |
| | BDS | Receive and review e-mails exchanged with ██████ | 0.10 | 57.50 |
| 04/28/21 | DAG | E-mail messages from and to██ re:██████ review (briefly)██ | 0.30 | 135.00 |
| | DAG | E-mail message from ██████ receive and review██████ e-mail message to██ re: | 0.60 | 270.00 |
| 04/29/21 | DAG | E-mail message from██ re:██████ e-mail message to | 0.20 | 90.00 |
| 04/30/21 | DAG | E-mail messages from and to██ re:██████ e-mail messages to (3) and from (2██ re:██████ proceed with payment | 0.50 | 225.00 |

---

**HC2, Inc. d/b/a Hire Counsel**

May 5, 2021
Page   7

Re: *Andrew Delaney, Debtor*

Invoice No. 20210132

| | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [        30.40 | 13,886.50] |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 3
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 167 of 190
Case 1-20-44374-jmm   Doc 61-5   Filed 06/16/21   Entered 06/16/21 20:30:36
INDEX NO. 155158/2024
RECEIVED NYSCEF: 06/04/2024

**HC2, Inc. d/b/a Hire Counsel**

May 5, 2021

Page   8

Re: *Andrew Delaney, Debtor*

Invoice No. 20210132

| | | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 30.40 | $13,886.50 |

Disbursements:

| | | | Qty/Price | |
|---|---|---|---|---|
| 03/31/21 | JCS | Charges from the United States courts for Pacer service | 1<br>46.70 | 46.70 |
| 04/16/21 | JCS | Postage | 21<br>0.51 | 10.71 |
| | DAG | Research charges from 3rd party providers | 1<br>5.03 | 5.03 |
| | SUBTOTAL: | | [ | 62.44] |

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261
[(973) 593-4800/FAX (973) 593-4848]

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM

NYSCEF DOC. NO. 3

INDEX NO. 155158/2024

RECEIVED NYSCEF: 06/04/2024

Case 1:20-44372-jmm   Doc 615   Filed 06/16/21   Entered 06/16/21 20:39:36

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 168 of 190

**HC2, Inc. d/b/a Hire Counsel**

May 5, 2021

Page   9

**Re: *Andrew Delaney, Debtor***

Invoice No. 20210132

|  | Amount |
| --- | --- |
| Total disbursements | $62.44 |

### User Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Brian D. Spector, Esq. | 4.10 | 575.00 | $2,357.50 |
| Douglas A. Goldstein, Esq. | 25.30 | 450.00 | $11,385.00 |
| Douglas A. Goldstein, Esq. | 0.10 | 0.00 | $0.00 |
| Abigail L. Lynch (Paralegal) | 0.90 | 160.00 | $144.00 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM    INDEX NO. 155158/2024
NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 06/04/2024

Case 1:20-44372-jmm   Doc 615   Filed 06/16/21   Entered 06/16/21 20:39:39
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 169 of 190



**SPECTOR &
EHRENWORTH, P.C.**
*Attorneys at Law*

30 Columbia Turnpike,  Florham Park,  New Jersey  07932-2261     973.593.4800      Fax: 973.593.4848

Taxpayer Identification No. 22-3483515

HC2, Inc. d/b/a Hire Counsel                                                    June 4, 2021
360 Lexingston Avenue
Suite 1100
New York, NY 10017
Attention: Stephanis Zannikos, Esq.

For legal services rendered through  May 31, 2021                Invoice No.   20210183
in connection with the following matter:

*Andrew Delaney, Debtor*

### Invoice Summary

|  | Amount |
|---|---|
| Previous balance | $31,831.56 |
| Total amount of this bill | $16,962.00 |
| 5/18/2021  PAYMENT - THANK YOU | ($7,882.62) |
| 6/3/2021  PAYMENT - THANK YOU (Check No. ATA 1580) | ($10,000.00) |
| Total payments and adjustments | ($17,882.62) |
| Balance due | $30,910.94 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $16,962.00 | $13,948.94 | $0.00 | $0.00 | $0.00 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM    INDEX NO. 155158/2024
NYSCEF DOC. NO. 3    Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 170 of 190    RECEIVED NYSCEF: 06/04/2024

Case 1:20-44377-jmm    Doc 615    Filed 06/16/21    Entered 06/16/21 20:30:39

**HC2, Inc. d/b/a Hire Counsel**

June 4, 2021

Page    2

Re: *Andrew Delaney, Debtor*

Invoice No. 20210183

Professional services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/03/21 | DAG | E-mail message from ███████████ e-mail message to ████████ with update | 0.10 | 45.00 |
| 05/07/21 | DAG | E-mail message to ██████████ re: ████ e-mail message from ██████ re: ████████████ e-mail messages from (2) ██████████ re: question regarding ██████ and ████████████ e-mail message to ████████ re: ████████ Delaney's claims; e-mail messages from and to ████████ re: ████ review ████████ e-mail message to ██████████ with ████████ and observations | 2.20 | 990.00 |
| 05/10/21 | DAG | E-mail messages from (3) and to (2) ██████████ re: ████████████████ e-mail message to ████ re: T████████ | 0.50 | 225.00 |
| 05/13/21 | DAG | E-mail messages from and to ████████ re: ████ re: ████████████████ review A. Delaney's ████████ opposition to our motion for extension of time, reply in support of his motion to dismiss; preparation of memorandum ████████ re: ██████████████████ | ████ | ████ |
| 05/14/21 | DAG | E-mail messages to and from ████████ re: ████ receive and review ████████████ review file, bankruptcy schedules re: disclosures, █████ | 2.20 | 990.00 |

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261

[(973) 593-4800/FAX (973) 593-4848]

**HC2, Inc. d/b/a Hire Counsel**

June 4, 2021

Page   3

Re: *Andrew Delaney, Debtor*

Invoice No. 20210183

| | | | Hours | Amount |
|---|---|---|---|---|
| | | re: ██████████ re: ██████████ e-mail messages to (2) and from ██████ re: ██████ e-mail messages to and from ██████ re: ██████ | | |
| 05/17/21 | DAG | Preparation of pleadings -- ex parte motion for entry of order granting leave to serve Rule 2004 duces tecum subpoenas | 4.30 | 1,935.00 |
| 05/18/21 | ALL | Preparation of Rule 2004 ex parte application; certification in support, proposed order, and certification of service; office conference with DAG re: same; ██████████ ██████████ | 1.50 | 240.00 |
| | DAG | Preparation of pleadings -- revise ex parte application, certification and order for Rule 2004 subpoenas duces tecum; legal research re: ██████████ ██████ e-mail message to ██████ with ██████ | 3.60 | 1,620.00 |
| | BDS | Revision to Rule 2004 application papers | 0.20 | 115.00 |
| 05/19/21 | DAG | Revision to, ex parte application, certification and proposed order re: Rule 2004 subpoenas; e-mail messages from (2) and to ██████ re: draft application, ██████████ research (briefly) ██████████ ██████████ e-mail message to chambers re: filing of ex parte application; preparation of Rule 2004 subpoenas duces tecum | 2.10 | 945.00 |
| | BDS | Receive and review e-mails exchanged with ██████ | 0.10 | 57.50 |
| 05/20/21 | ALL | Preparation of Rule 2004 Subpoenas for the Financial Institutions identified in the Rule 2004 ex parte applications; office conferences with DAG re: same | 0.90 | 144.00 |

HC2, Inc. d/b/a Hire Counsel

**June 4, 2021**
**Page   4**

Re: *Andrew Delaney, Debtor*

**Invoice No. 20210183**

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/20/21 | DAG | E-mail message from Judge Mazer-Marino's chambers re: submission of ex parte application; finalize application for Rule 2004 subpoenas; electronically file ex parte application for order authorizing Rule 2004 subpoenas duces tecum; upload proposed order; review docket, retrieve filed copy of ex parte application; e-mail messages from and to ███████ re: ██████████████████ ████████████████████████████████ e-mail messages from and to ██████ re: ████████████████████ legal research re: ██████ e-mail messages from (5) and to (5) ██████████████████ re: ██████ receive and review, revise and redraft ██████████████ | 4.40 | 1,980.00 |
| 05/21/21 | ALL | Revision to Rule 2004 Subpoenas | 0.20 | 32.00 |
| | DAG | E-mail message from C. Lipan requesting pleadings; e-mail messages to (2) and from ██████ re: C. Lipan's request for pleadings and case  numbers; review file (briefly) re: C. Lipan's request; e-mail message from ██████ receive and review (briefly) ██████████ redline revisions to ██ e-mail messages from (3) ██████ re: ████████ review ████████ retrieve and review ██████████ e-mail message to C. Lipan; review (briefly) status of ██████████████████████ revise and redraft subpoenas | 2.30 | 1,035.00 |
| 05/25/21 | DAG | E-mail messages from and to R. Blumenfeld re: service of objection to our ex parte application for Rule 2004 examination; receive notice of filing of objection; retrieve and review A. Delaney's objection; receive and review message from G. Herbst; place a call, leave a message for, G. Herbst; e-mail message from C. Lipan; telephone | 2.40 | 1,080.00 |

Case 1:20-44377-jmm   Doc 615   Filed 06/16/21   Entered 06/16/21 20:30:36

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 173 of 190

**HC2, Inc. d/b/a Hire Counsel**                         June 4, 2021
                                                         Page   5

Re: *Andrew Delaney, Debtor*                             Invoice No. 20210183

| | | | Hours | Amount |
|---|---|---|---|---|
| | | conference with C. Lipan; e-mail messages to and from (2) ████████ re: ████████ telephone conference with G. Herbst re: solicitation of offer to settle; telephone conference with ████████ re: A. Delaney's objection to our ex parte application, ████████ ████████ | | |
| 05/26/21 | ALL | Download from PACER, save, and attach to the case record Debtor's Objection to the Proof of Claim filed by HC2; office conference with DAG re: finalizing Rule 2004 Subpoenas; correspondence drafted to Guaranteed Subpoena enclosing Subpoenas for service; finalize Subpoenas; scan and save to the case record the Subpoenas signed by DAG and the letter to Guaranteed Subpoena signed by DJE; e-mail letter and Subpoenas to Guaranteed Subpoena; forward same to ████████ set up Complaint | 1.20 | 192.00 |
| | DAG | Receive and review order granting Rule 2004 ex parte application with additional provisions; receive and review A. Delaney's objection to HC2's proof of claim; instructions to ████ re: objection to proof of claim; e-mail message to A. Delaney re: Rule 2004 order, claim objection; attention to preparation and execution of Rule 2004 subpoenas on financial institutions; e-mail messages from (2) ████████ re: ████████ re: preparation of adversary complaint; begin preparation of adversary complaint | 1.80 | 810.00 |
| | BDS | Review (brief) of debtor's opposition to application to issue Rule 2004 subpoenas; review order; review objection to HC2's claim; review e-mails exchanged with ████████ discuss with DAG | 0.80 | 460.00 |
| 05/27/21 | ALL | Office conference with DAG re: ████████ re: ████ save and attach to the case record same | 0.20 | 32.00 |

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261
[(973) 593-4800/FAX (973) 593-4848]

**HC2, Inc. d/b/a Hire Counsel**

June 4, 2021

Page   6

Re: *Andrew Delaney, Debtor*                                  Invoice No. 20210183

|          |     |                                                                                                                                                                                                                                                                                                                                     | Hours | Amount    |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 05/27/21 | DAG | Receive and review ▮▮▮▮ re: ▮▮▮▮ e-mail messages to and from ▮▮▮▮ with ▮▮▮▮ preparation of adversary complaint; research (briefly) ▮▮▮▮                                                                                                                                                                                               | ▮▮▮   | ▮▮▮▮      |
| 05/28/21 | ALL | Review service of Subpoenas on Wells Fargo, E-Trade, and Bank of America; note that E-Trade and Bank of America would not accept service as it has to be served on CT Corporation; office conference with DAG; e-mail message to Guaranteed Subpoena re: service of E-Trade and Bank of America Subpoenas on CT Corporation; e-mail message from Guaranteed Subpoena re: they were unable to serve the Subpoena on Charles Schwab; e-mail to Guaranteed Subpoena re: service of Charles Schwab Subpoena on CT Corporation | 0.40  | 64.00     |
|          | DAG | Preparation of pleadings -- complaint objecting to discharge; review reports from Guaranteed Subpoena re: attempted service of Rule 2004 subpoenas; instructions to ▮▮▮ re: service of Rule 2004 subpoenas; legal research (briefly) ▮▮▮▮                                                                                              | 2.70  | 1,215.00  |
|          |     | SUBTOTAL:                                                                                                                                                                                                                                                                                                                            | [ 40.00 | 16,861.50] |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 3
INDEX NO. 155158/2024
RECEIVED NYSCEF: 06/04/2024

**HC2, Inc. d/b/a Hire Counsel**

June 4, 2021

Page    7

Re: *Andrew Delaney, Debtor*

Invoice No. 20210183

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 40.00 | $16,861.50 |

Disbursements:

|  |  | Qty/Price |  |
|---|---|---|---|
| 05/28/21 DAG   Research charges from 3rd party providers | | 1 | 100.50 |
| | | 100.50 | |
| SUBTOTAL: | | [ | 100.50] |

**HC2, Inc. d/b/a Hire Counsel**

June 4, 2021

Page   8

Re: *Andrew Delaney, Debtor*

Invoice No. 20210183

|  | Amount |
|---|---|
| Total disbursements | $100.50 |

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian D. Spector, Esq. | 1.10 | 575.00 | $632.50 |
| Douglas A. Goldstein, Esq. | 34.50 | 450.00 | $15,525.00 |
| Abigail L. Lynch (Paralegal) | 4.40 | 160.00 | $704.00 |

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM
NYSCEF DOC. NO. 4
INDEX NO. 155158/2024
RECEIVED                    2024
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 177 of 16   Exhibit C

Case 1:20-cv-03178-LJL   Document 45-27   Filed 05/22/20   Page 2 of 3

*The Law Office of Christopher T. Beres*
*1600 Sarno Road, No. 1*
*Melbourne, FL 32935*
*Tel. (321) 339-9301*
*christopherberes8@gmail.com*

*April 07, 2020*

██████

*Toyota Motor Corporation*
*1 Toyota-Cho*
*Toyota City*
*Aichi Prefecture 471-8571*
*Japan*
██████ *@toyota.co.jp*

*Dear Mr.* ██████:

*I represent Andrew Delaney against Toyota.*

*You used Mr. Delaney to be a* ████ *language document reviewer to assist you with* ████
████ *starting on September 30, 2019.*

*On March 17, 2020, you had Mr. Delaney illegally fired for raising concerns about unlawful and unsafe conditions in your workplace.*

*Prior to this date, you illegally disclosed Mr. Delaney's identity, involvement, and work-product to the other side.*

*At first, you did not inform him about the subject matter of the case which was* ████
████

*Toyota insisted on* ████
████

CONFIDENTIAL                                                          HC2-05000511

| | |
|---|---|
| **From:** | Stephanos Zannikos <SZannikos@hirecounsel.com> |
| **Sent:** | Monday, March 30, 2020 12:42 PM |
| **To:** | cdavis@workingsolutionsnyc.com |
| **Subject:** | Andrew Delaney - Hire Counsel |

Dear Mr. Davis,

I understand that you are representing Mr. Delaney and that all communications about Mr. Delaney should be directed to you.

On Friday, March 27, we received a series of emails from Mr. Delaney that appear to reflect a misunderstanding about his employment situation and status, and we felt it was necessary to address a couple of points that he made in his emails to ensure we have a clear understanding. In his email, he mentioned that he was not an employee of Hire Counsel. While that may currently be true, he certainly was an employee of Hire Counsel while assigned to work on the Wilmer Hale project in New York. Hire Counsel hired him to service its client, Wilmer Hale, and he was paid by Hire Counsel as a W-2 employee. He worked onsite at a Hire Counsel facility using a Hire Counsel computer. His direct supervisor during the project was also a Hire Counsel employee. He was also subject to a Hire Counsel employment agreement, which he had signed, and an employee handbook that he acknowledged.

Moreover, Mr. Delaney was not illegally terminated. Hire Counsel lawfully terminated his employment – and the employment of the two other reviewers – when the services performed by Hire Counsel at its New York facility were legitimately suspended by Wilmer Hale due to health concerns over the COVID-19 outbreak.

We hope that this email clarifies the nature of the services he provided to Wilmer Hale as a Hire Counsel employee and the circumstances around Hire Counsel's decision to terminate his employment. Moving forward, please direct any and all communication addressed to Hire Counsel to my attention.

**Best,**

**Stephanos Zannikos**
*General Counsel*



360 Lexington Avenue, Suite 1100
New York, NY 10017
646.356.0500 **Main**
646.356.0528 **Direct**
https://www.linkedin.com/in/stephanos-zannikos



SIA | Largest Legal Staffing Firms in the US | Best of Legal Recruiters *Corporate Counsel | 2018*

Additional Industry Awards 2018
● *Best Legal Staffing Provider – USA* | CV Magazine
● *Best Staffing Providers for Legal/Litigation Staffing* | The Recorder
● *Best Professional Recruiting Firms* | Forbes
● *Best Executive Recruiting Firms* | Forbes
● *100 Leading Legal Consultants & Strategists* | Lawdragon

*Confidentiality Notice:* This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Hire Counsel/Mestel & Company can arrange for proper delivery and then please delete the message from your inbox. Thank you.

CONFIDENTIAL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

BRIAN D. SPECTOR, ESQ.
DOUGLAS A. GOLDSTEIN, ESQ.
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike, Suite 202
Florham Park, New Jersey 07932-2261
Tel.: (973) 845-6526
Fax: (973) 593-4848
e-mail: dgoldstein@selawfirm.com
Attorneys for Movant, HC2, Inc. d/b/a Hire Counsel

| | |
|---|---|
| In re:<br><br>   ANDREW JOHN DELANEY,<br><br>                          Debtor. | Case No.:       1-20-44372-jmm<br><br>Chapter:              7<br><br>Hearing Date:   August 10, 2021 at 10:00 a.m. |

## NOTICE OF MOTION OF HC2, INC. D/B/A HIRE COUNSEL
## TO WITHDRAW CLAIM 2 OF HC2, INC. D/B/A HIRE COUNSEL

PLEASE TAKE NOTICE that on the 10th day of August, 2021 at 10:00 a.m. or as soon thereafter as counsel may be heard, HC2, Inc. d/b/a Hire Counsel, by and through its attorneys, Spector & Ehrenworth, P.C., shall move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, at the United States Bankruptcy Court at Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201-1800, for the entry of an Order withdrawing Claim 2 of HC2, Inc. d/b/a Hire Counsel substantially in the form of the proposed order accompanying this Notice of Motion, and awarding such other and further relief as this Court may deem just and equitable.

PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted telephonically unless the Court directs otherwise. Parties wishing to participate in the Hearing should consult Judge Mazer-Marino's procedures (https://www.nyeb.uscourts.gov/content/judge-jil-mazer-marino), or contact the undersigned counsel to HC2, Inc.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also included.

PLEASE TAKE FURTHER NOTICE that opposition to this Motion must be filed at least seven (7) calendar days before the return date.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing, conform with the Bankruptcy Code and the Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Bankruptcy Court at least 7 days before the hearing date as follows: (I) through the Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nyeb.uscourts.gov/ and in portable document format (PDF) using Adobe Exchange Software for conversion; or (II) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to Motion, HC2, Inc. may submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion may be adjourned from time to time without any other announcement other than that set forth in open Court.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if opposition is filed to this motion.

SPECTOR & EHRENWORTH, P.C.
Attorneys for Movant, HC2, Inc. d/b/a Hire Counsel

By:   /s/ Douglas A. Goldstein
        Douglas A. Goldstein

DATED: July 19, 2021

K:\H143.0001\PLDG\Withdraw Claim 2.NOM.001.wpd

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM

NYSCEF DOC. NO. 6

INDEX NO. 155158/2024

RECEIVED NYSCEF: 06/04/2024

Case 20-44372-jmm    Doc 761    Filed 07/19/21    Entered 07/19/21 14:31:40

Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 181 of 190

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

BRIAN D. SPECTOR, ESQ.
DOUGLAS A. GOLDSTEIN, ESQ.
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike, Suite 202
Florham Park, New Jersey 07932-2261
Tel.: (973) 845-6526
e-mail: dgoldstein@selawfirm.com
Attorneys for Movant, HC2, Inc. d/b/a Hire
Counsel

---

In re:

   ANDREW JOHN DELANEY,

                    Debtor.

Case No.:    1-20-44372-jmm

Chapter:         7

Judge:      Jil Mazer-Marino

Hearing Date: August 10, 2021 at 10:00 a.m.

---

### MOTION OF HC2, INC. D/B/A HIRE COUNSEL FOR ENTRY OF AN
### ORDER TO WITHDRAW CLAIM 2 OF HC2, INC. D/B/A HIRE COUNSEL

   HC2, Inc. d/b/a Hire Counsel ("HC2"), a creditor and interested party, by and through its

counsel, Spector & Ehrenworth, P.C., hereby brings this motion for entry of an order to withdraw

Claim 2 of HC2 (the "Motion to Withdraw"), and respectfully represents as follows:

### PRELIMINARY STATEMENT

   1.      By its Motion to Withdraw, HC2 seeks the withdrawal of its proof of claim, filed as

Claim 2.  This Court should grant the Motion to Withdraw because the debtor and the bankruptcy

estate will benefit from the withdrawal of HC2's claim and they will not be prejudiced in any

material way.  In particular, the Motion to Withdraw seeks relief analogous to the relief that the

debtor seeks in his pending objection to HC2's claim and, if granted, would avoid the unnecessary

cost and delay of litigation to achieve that end.

K:\H143.0001\PLDG\Withdraw Claim 2.Motion.001.wpd

2.     In addition, upon granting the Motion to Withdraw, this Court will retain jurisdiction over HC2 and the pending adversary proceeding involving HC2 and Delaney.  Also, the withdrawal of HC2's claim will reduce the pool of claims that may share in a distribution from the bankruptcy estate.  For the foregoing reasons and as discussed in more detail below, the Motion to Withdraw should be granted in its entirety.

## BACKGROUND

3.     On December 23, 2021, Andrew John Delaney, the captioned debtor ("Delaney"), filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"), which initiated this bankruptcy case.

4.     On April 6, 2021, HC2 filed Claim 2.

5.     On May 25, 2021, Delaney filed Debtor's Objection to Proof of Claim 2 Filed by HC2, Inc. (Doc. 52) (the "Objection").  In the Objection, Delaney requests that this Court enter an order "disallowing and expunging Proof of Claim Number 2...."

6.     On June 4, 2021, HC2 initiated an adversary proceeding under Adv. Pro. No. 21-1047-JMM by filing a complaint against Delaney (the "Adversary Proceeding").

7.     On June 16, 2021, HC2 filed its cross-motion for leave to amend Claim 2 (Doc. 61), which on June 17, 2021 upon the Court Clerk's instruction, it re-filed (Doc. 63) (the "Cross-Motion").

8.     On June 24, 2021, this Court conducted a hearing on the Objection.  At that time, this Court ruled that Delaney and HC2 may take discovery regarding the Objection and set a discovery end date of September 24, 2021.

9.     After the June 24, 2021 hearing, Delaney propounded written discovery requests on HC2 and requested the depositions of certain HC2 personnel.

10.     On July 15, 2021, in response to a request made by HC2 pursuant to E.D.N.Y. LBR 7007-1, this Court conducted a conference regarding certain discovery-related matters.

11.     After the July 15, 2021 conference, HC2 determined that it no longer wishes to prosecute Claim 2 or the Cross-Motion, or defend against the Objection, or otherwise seek allowance of a pre-petition claim against Delaney or the bankruptcy estate.

12.     On July 19, 2021, HC2 notified this Court of its withdrawal of the Cross-Motion and of its intention to file this Motion to Withdraw.

13.     The Chapter 7 Trustee has not indicated that he intends to pursue or assert any claim against HC2.

14.     HC2 seeks to withdraw Claim 2 because the likely cost to defend against the Objection, including legal fees and expenses and expected interruptions to HC2's business, far exceeds the value of any potential benefit to it.

## RELIEF REQUESTED

15.     HC2 seeks entry of an order for the withdrawal of Claim 2 in the form submitted herewith.

## GROUNDS FOR RELIEF REQUESTED

16.     Fed. R. Bankr. P. 3006 provides, in part:

> ... If after a creditor has filed a proof of claim an objection is filed thereto or a complaint is filed against that creditor in an adversary proceeding, ... or otherwise has participated significantly in the case, the creditor may not withdraw the claim except on order of the court after a hearing on notice to the trustee.... The order of the court shall contain such terms and conditions as the court deems proper. ...

17.     In In re Kaiser Group Intern., Inc., 272 B.R. 852, 855 (Bankr. D. Del. 2002), the court

K:\H143.0001\PLDG\Withdraw Claim 2.Motion.001.wpd

considered creditors' requests for withdrawal of their proofs of claims. In evaluating the requests,

the Court explained:

> In those instances where withdrawal [of a claim] is
> not a matter of right, the Code is silent as to the
> considerations to be taken by the court in deciding
> whether to grant leave. Before the enactment of
> Federal Bankruptcy Rule 3006 the courts looked to
> Federal Rule of Civil Procedure 41 as governing.
> Advisory Committee Note to Bankruptcy Rule 3006.
> Rule 3006 "recognizes the applicability of the
> considerations underlying Rule 41(a) F R Civ P to the
> withdrawal of a claim after it has been put in issue by
> an objection." Advisory Committee Note to
> Bankruptcy Rule 3006. Courts have taken this
> statement to mean that the same considerations used
> by courts analyzing voluntary dismissal under Federal
> Rule 41 should be used in determining the question of
> withdrawal under Bankruptcy Rule 3006. [citations
> omitted.]
>
> The standard used by the courts in determining
> whether to allow voluntary dismissal of an action
> under Federal Rule 41 is whether the defendant will
> suffer some actual legal prejudice as a result of the
> dismissal. [citations omitted.] Case law has not
> developed a precise definition of "legal prejudice."
> [citation omitted.] Cases focus on the "rights and
> defenses available to the defendant in future
> litigation." [citation omitted.]

In re Kaiser Group Intern., Inc., 272 B.R. at 855; see In re Varona, 388 B.R. 705, 726 (Bankr.

E.D.Va. 2008) ("As with a Rule 41(a)(2) motion, a motion to withdraw a proof of claim is left to the

court's discretion, which is 'to be exercised with due regard to the legitimate interests of both

[parties].' In general, withdrawal should be granted unless the party opposing the motion can

demonstrate that it would be legally prejudiced by the withdrawal.").

18.    *In arguendo*, even if a claimant may gain a tactical advantage by the withdrawal of

its claim, that, alone, is insufficient grounds for denial of a motion for withdrawal unless "substantial

K:\H143.0001\PLDG\Withdraw Claim 2.Motion.001.wpd

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM        INDEX NO. 155158/2024
NYSCEF DOC. NO. 6                                                RECEIVED NYSCEF: 06/04/2024

Case 20-04377-jmm    Doc 781-1    Filed 05/19/21    Entered 07/19/21 14:31:46
Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 185 of 190

prejudice" would result. <u>In re 20/20 Sport, Inc.</u>, 200 B.R. 972, 980 (Bankr. S.D.N.Y. 1996).

19.     In <u>Zagano v. Fordham University</u>, 900 F.2d 12, 14 (2d Cir. 1990), the Second Circuit

Court of Appeals explained that factors relevant to a motion under Federal Rule 41(a)(2) include:

> ... the plaintiff's diligence in bringing the motion; any
> "undue vexatiousness" on plaintiff's part; the extent to
> which the suit has progressed, including the
> defendant's effort and expense in preparation for trial;
> the duplicative expense of relitigation; and the
> adequacy of plaintiff's explanation for the need to
> dismiss.

20.     In <u>Zagano</u>, the Second Circuit upheld the District Court's denial of the plaintiff's Rule

41(a)(2) motion because the plaintiff filed the motion more than four (4) years into the lawsuit, the

parties had conducted extensive discovery, the action was contested vigorously, and the trial was less

than ten (10) days away when the plaintiff sought dismissal.  <u>Zagano</u>, 900 F.2d at 14.

21.     Less than a month ago at the first hearing on the Objection, this Court permitted the

parties to pursue discovery concerning the Objection. The parties have not engaged in any motion

practice on the Objection aside from the filing of the Objection, itself, and the Cross-Motion.  This

Court has not scheduled a trial or evidentiary hearing of this matter.  At most, Delaney has served

an initial set of written discovery requests, responses to which have not yet come due (as of the filing

of this Motion to Withdraw), and he served notices for depositions scheduled for July 20, 2021.[1]

Based on the foregoing, HC2 filed this Motion to Withdraw diligently and before the parties invested

substantial additional resources in the pending claim litigation.

22.     The reasons for HC2's decision to withdraw Claim 2 primarily involve the cost and

---

[1] In an effort to mitigate any potential expenses that Delaney may incur in this litigation, on July
19, 2021, HC2's counsel notified Delaney's counsel that HC2's personnel do not intend to appear at their
July 20, 2021 depositions.

K:\H143.0001\PLDG\Withdraw Claim 2.Motion.001.wpd

Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 186 of 190

burden of the continued litigation of the Objection and the associated interruption to HC2's business as weighed against the limited benefit, if any, of a successful outcome. HC2 does not intend to use the withdrawal of Claim 2 for any improper or tactical purpose, such as, for example, the pursuit of Claim 2 in another forum, and HC2 does not seek to escape this Court's jurisdiction over it. As a result, HC2's request for the withdrawal of Claim 2 does not involve any "vexatiousness" on HC2's part.

23.     The Motion to Withdraw does not threaten to prejudice any legal right or interest of Delaney or the bankruptcy estate. Instead, the withdrawal of Claim 2 would expedite the result that Delaney seeks through the Objection, and without the continued burden of litigation on this Court or the needless additional cost to the parties.[2]

24.     If Claim 2 is withdrawn and if the Chapter 7 Trustee makes a distribution to creditors, the subsequent reduction in the pool of claims will increase each creditor's distribution for the benefit of the bankruptcy estate.

25.     Conversely, if Claim 2 is not withdrawn, the ongoing litigation of the Objection will delay the administration of the bankruptcy estate and, because the Chapter 7 Trustee will need to monitor its progress, the Trustee likely will incur needless additional administrative expenses, to the detriment of the bankruptcy estate.

WHEREFORE, HC2 respectfully requests that this Court enter an order for the withdrawal of Claim 2 in the form submitted herewith, without prejudice to the jurisdiction of this Court over HC2 and over the Adversary Proceeding, and for such other and further relief as this Court may deem just and proper.

---

[2] In several filings made with this Court, Delaney has argued that HC2 is not a creditor. If this Court grants the Motion to Withdraw, Delaney no longer will need to argue that HC2 is not a creditor.

K:\H143.0001\PLDG\Withdraw Claim 2.Motion.001.wpd

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM

NYSCEF DOC. NO. 6

Case 1:20-44377-jmm    Doc 761    Filed 07/19/21    Entered 07/19/21 14:31:46

INDEX NO. 155158/2024

RECEIVED NYSCEF: 06/04/2024

Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 187 of 190

SPECTOR & EHRENWORTH, P.C.
Attorneys for Movant, HC2, Inc.

By: */s/ Douglas A. Goldstein*
    Douglas A. Goldstein

Dated: July 19, 2021
    Florham Park, New Jersey

K:\H143.0001\PLDG\Withdraw Claim 2.Motion.001.wpd

Case 1-20-44372-jmm    Doc 767    Filed 07/19/21    Entered 07/19/21 14:31:46

Case 1:24-cv-05211-JMF    Document 1-1    Filed 07/10/24    Page 188 of 190

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                    Case No.:        1-20-44372-jmm

      ANDREW JOHN DELANEY,                          Chapter:                 7

              Debtor.
--------------------------------------------------------x

## <u>ORDER WITHDRAWING CLAIM 2 OF HC2, INC. D/B/A HIRE COUNSEL</u>

      Upon the motion dated July 19, 2021 (the "Motion") of HC2, Inc. d/b/a Hire Counsel ("HC2"), a party in interest of the bankruptcy estate of Andrew John Delaney (the "Debtor"), seeking the entry of an Order withdrawing Claim 2 of HC2 and for such other, further and different relief as this Court may deem just and proper; and upon the Certificate of Service of the Motion; the Motion is granted as follows and it is hereby

      **ORDERED** that:

1. Claim 2 of HC2 is hereby withdrawn.

2. Discovery concerning Claim 2 and concerning the objection filed by the Debtor against Claim 2 in this case is hereby terminated.

3. The hearing scheduled for September 28, 2021 at 11:00 a.m. concerning the objection filed by the Debtor against Claim 2 in this case is hereby cancelled.

4. The entry of this Order does not limit or affect the jurisdiction of this Court over HC2 or over any adversary proceeding currently pending before this Court that involves HC2.

      **IT IS SO ORDERED.**

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 6
Case 1:24-cv-05211-JMF   Document 1-1   Filed 07/10/24   Page 189 of 190
RECEIVED NYSCEF: 06/04/2024

Case 1-20-44372-jmm   Doc 763   Filed 07/19/21   Entered 07/19/21 14:31:46

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

BRIAN D. SPECTOR, ESQ.
DOUGLAS A. GOLDSTEIN, ESQ.
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike, Suite 202
Florham Park, New Jersey 07932-2261
Tel.: (973) 845-6526
Fax: (973) 593-4848
e-mail: dgoldstein@selawfirm.com
Attorneys for Creditor, HC2, Inc. d/b/a Hire Counsel

| In re: | Case No.: _____1-20-44372-jmm_____ |
| | Chapter: _____7_____ |
| ANDREW JOHN DELANEY, | |
| Debtor. | |

### CERTIFICATE OF SERVICE

DOUGLAS A. GOLDSTEIN, of full age, hereby certifies as follows:

1.     I am an attorney-at-law of the State of New York and am a shareholder of the law firm of Spector & Ehrenworth, P.C., 30 Columbia Turnpike, Suite 202, Florham Park, New Jersey 07932.

2.     On this day I caused the following papers to be served as follows:

DOCUMENTS:                    Notice of Motion of HC2, Inc. d/b/a Hire Counsel to Withdraw Claim 2 of HC2, Inc. d/b/a Hire Counsel;

Motion of HC2, Inc. d/b/a Hire Counsel to Withdraw Claim 2 of HC2, Inc. d/b/a Hire Counsel; and

Proposed form of Order.

COPIES SERVED UPON:           Christopher T. Beres, Esq., Attorney for Debtor
(Method of Service)           1600 Sarno Road, Ste. 1
Melbourne, Florida 32940
(CMECF and First-Class Mail)

K:\H143.0001\PLDG\Withdraw Claim 2.Cert. of Service.001.wpd

FILED: NEW YORK COUNTY CLERK 06/04/2024 02:24 PM INDEX NO. 155158/2024
NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 06/04/2024

Case 1:20-443/7-jmm  Doc 763  Filed 07/19/21  Entered 07/19/21 14:31:44
Case 1:24-cv-05211-JMF  Document 1-1  Filed 07/10/24  Page 190 of 190

Cristina Lipan, Esq., Attorney for the Chapter 7 Trustee
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(CMECF and First-Class Mail)

Gregory Messer, Esq., Chapter 7 Trustee
(CMECF and First-Class Mail)

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_/s/ Douglas A. Goldstein_
Douglas A. Goldstein

Dated: July 19, 2021
       Florham Park, New Jersey

K:\H143.0001\PLDG\Withdraw Claim 2.Cert. of Service.001.wpd