# EXHIBIT C

Case 1:24-cv-05211-LJL    Document 1-3    Filed 07/10/24    Page 2 of 2

## IN THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

**ANDREW DELANEY**

Plaintiff/Petitioner

vs.

**HC2, INC.; STEPHANOS ZANNIKOS; MICHAEL JOHN ESKER NACCHIO; TOYOTA MOTOR NORTH AMERICA, INC.**

Defendant/Respondent

Hearing Date:

INDEX NO:   **155158/2024**

Index Date:

AFFIRMATION OF SERVICE OF:

**COMPLAINT; SUMMONS; EXHIBITS**

Received by **Stephen Theus**, on the **18th day of June, 2024 at 2:32 PM** to be served upon **Toyota Motor North America, Inc. c/o CT Corporation, REGISTERED AGENT at 28 Liberty St Floor 42, New York, New York County, NY 10005**.

The undersigned, affirms: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of June, 2024 at 1:11 PM** at the address of **28 Liberty St Floor 42, New York, New York County, NY 10005**,  this affiant served the **COMPLAINT; SUMMONS; EXHIBITS** upon **Toyota Motor North America, Inc. c/o CT Corporation, REGISTERED AGENT** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the **COMPLAINT; SUMMONS; EXHIBITS**, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**CT Corporation, REGISTERED AGENT, I delivered the documents to CT Corporation, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.  Carlos bone, intake specialist**

**The undersigned asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.**

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on _____ 6/26/24

_____

**Stephen Theus, Reg. # 2074985-DCA, NYC DCWP, NY**
ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201